IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-22125-JAD |
| H.A. Stewart Trucking LLC | § | |
|    Debtor | § | |
| | § | CHAPTER NO. 11 |
| | § | |

**REQUEST FOR NOTICE PURSUANT TO**
**BANKRUPTCY RULES 2002 AND 9010**

Please take notice that QL Titling Trust LTD/Quality Leasing Co., Inc. hereby gives notice pursuant to Bankruptcy Rules 2002 and 9010 that the law firm of J. Ward Holliday & Associates, P.C. requests that it be sent copies of all:

1. Notices given or required to be given in the case; and

2. Pleadings and correspondence served or required to be served in this case, regarding

QL Titling Trust LTD/Quality Leasing Co., Inc., Case Number - 23-22125-JAD should be directed to the law firm of J. Ward Holliday & Associates, P.C. at the following address:

> **J. Ward Holliday & Associates, P.C.**
> **5930 Royal Lane, Suite 279**
> **Dallas, Texas 75230**
> Re: QL Titling Trust LTD/Quality Leasing Co., Inc.
> JWH&A File No.: 108383

This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 9007, and 9010 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimiles transmission, e-mail, or otherwise which effects or seeks to effect the above case.

Respectfully submitted,

/s/ J. Ward Holliday
J. Ward Holliday
J. Ward Holliday & Associates, P.C.
5930 Royal Lane, Suite 279
Dallas, Texas 75230
Phone: (214)747-2727

## CERTIFICATE OF SERVICE

  I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Request for Notice was forwarded to all parties of interest as listed below or attached hereto via First Class U.S. Mail; postage prepaid on this the 30th day of October, 2023.

**Debtor's Attorney**
Christopher M. Frye
707 Grant St, Suite 2830 Gulf Tower
Pittsburgh, Pennsylvania 15219

**Trustee**
James S. Fellin
One Gateway Center
Suite 700
Pittsburgh, Pennsylvania 15222

**U.S. Trustee**
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, Pennsylvania 15222

/s/ J. Ward Holliday
J. Ward Holliday