**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: H.A. SteH.A. Stewart Trucking LLC            CHAPTER 11
<u>Debtor(s)</u>

BKY. NO. 23-22125 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of QL Titling Trust LTD/Quality Leasing Co., Inc and index same on the master mailing list.

                      Respectfully submitted,

                      /s/ **Brian C. Nicholas**
                      Brian Nicholas
                      03 Nov 2023, 07:26:05, EDT

                      Brian C. Nicholas, Esq. (317240) ☑
                      Denise Carlon, Esq. (317226) ☐
                      KML Law Group, P.C.
                      BNY Mellon Independence Center
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106
                      412-430-3594
                      bkgroup@kmllawgroup.com