**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| H.A. Stewart Trucking LLC, | ) | Bankruptcy No. 23-22125 JAD |
| | ) | Chapter 11 |
| Debtor | ) | Document No. 34 |
| | ) | |
| H.A. Stewart Trucking LLC, | ) | FILED |
| | ) | 11/2/23 1:05 pm |
| Movant | ) | CLERK |
| | ) | U.S. BANKRUPTCY |
| vs. | ) | COURT - WDPA |
| | ) | |
| No Respondents | ) | |

## ORDER APPROVING DEBTOR'S COUNSEL

**AND NOW**, this ___2nd___ day of ___November___, **2022**, upon consideration of the *Application to Employ Counsel for the Debtor*, it is **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above referenced Application is hereby approved as of the date the Application was filed.

(2)  ***Christopher M. Frye, Esquire and Steidl and Steinberg, P.C., Suite 2830, Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219*** are hereby appointed as Attorney(s) for Debtor in this bankruptcy proceeding for the reasons set forth in the *Motion.*

(3)  Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the limitations imposed by the client or the circumstances, the experience reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and awards in similar cases.

(4)  Approval of any application for appointment of counsel in which certain hourly rates/compensation terms are states for various professionals is not an agreement by the Court to allow such fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

(5)   *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

_____ jsf
Jeffery A. Deller, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22125-JAD |
| H.A. Stewart Trucking LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 02, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + H.A. Stewart Trucking LLC, 235 West Chestnut Street, Apt. 811, Washington, PA 15301-4396 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor H.A. Stewart Trucking LLC chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| James S. Fellin | jfellin@nottinghamgroup.com |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Kate Bradley | on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 02, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Preston D. Jaquish
                    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

TOTAL: 6