# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: H.A. Stewart Trucking LLC<br>Debtor(s) | CHAPTER 11<br><br>BKY. NO. 23-22125 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of QL Titling Trust LTD/Quality Leasing Co., Inc and index same on the master mailing list.

        Respectfully submitted,


        /s/Brian C. Nicholas


        Brian C. Nicholas, Esq. (317240)
        Denise Carlon, Esq. (317226)
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        412-430-3594
        bkgroup@kmllawgroup.com