IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/7/23 1:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:                                             )
                                                   )   Case No. 23-22125 JAD
H.A. Stewart Trucking LLC,                         )   Chapter 11
                                                   )   Docket No. 57
    Debtor                                         )
                                                   )
                                                   )
H.A. Stewart Trucking LLC,                         )
                                                   )
    Movant                                         )
                                                   )
vs.                                                )
                                                   )
U.S. Small Business Administration,                )
and Channel Partners Capital, LLC,                 )
                                                   )
    Respondents                                    )

## FINAL ORDER ALLOWING THE USE OF CASH COLLATERAL

AND NOW, to wit, this ___7th___ day of ___November___, 2023, upon consideration of the Motion to Use Cash Collateral it is hereby ORDERED, ADJUDGED, and DECREED, as follows:

1)     The Debtor is permitted the use of cash collateral in the operation of its business pursuant to the terms of the budget until further Order of this Court;

2)     The pre-petition liens of any creditor with an interest in cash collateral will continue post-petition but said liens shall not be greater post-petition than the value of their lien at the inception of the Chapter 11 case. Replacement liens are being granted

solely to the extent of any diminution in lenders' interests in the prepetition collateral and that the post-petition collateral specifically excludes (i) causes of action (and the proceeds thereof) arising under sections 544, 545, 547, 548, 550 and 553 of the Bankruptcy Code and (ii) recoveries from any claims under section 506(c) of the Bankruptcy Code.

3)   The Debtor will provide the Respondents with access to the Debtor's books and records in addition to the monthly financial reports required by the United States Trustee;

4)   The Court may grant an expedited hearing for modification or enforcement of this Order on the request of the Debtor, Respondent, or any other party in interest;

5)   The Debtor shall not incur any post-petition indebtedness which cannot be paid and shall not incur any post-petition financing without Order of this Court;

6)   The Debtor shall make monthly adequate protection payments to the U.S. Small Business Administration in the amount of $731.00 per month with first payment being due on or before November 5, 2023 and by the 5th of every month thereafter until further Order of this Court;

7)   The Debtor shall operate within 10% of the Interim Cash Collateral Budget that is attached to this Order until further Order of this Court;

8)   The Debtor shall serve this Order on the Respondents, 20 Largest Unsecured Creditors, and any other party as required by *Fed.R.Bankr.P. 4001* and *W.PA.LBR 4001.2*.

Dated  11/7/2023

_____ jsf
Honorable Jeffery A. Deller
United States Bankruptcy Judge

**FINAL MONTHLY CASH COLLATERAL BUDGET FOR H.A. STEWART TRUCKING LLC**

| **Projected Revenue** | **$60,000.00 - $65,000.00** |
|---|---|
|  |  |
| **Projected Expenses** |  |
|  |  |
| Rent | $500.00 |
| Cell Phone | $200.00 |
| Utilities | $300.00 |
| Company Business Truck | $2,000.00 |
| Company Driver Truck Payments<br>- 2016 Freightliner - $2,711.00<br>- 2000 Freightliner - $1,648.00<br>- 2016 Peterbuilt - $1,623.70 | $5,982.70 |
| Trailer Payments | $884.45 |
| Repairs/Maintenance – Business Truck | $200.00 |
| Repairs/Maintenance – Driver Trucks | $6,000.00 |
| Fuel – Business Truck | $200.00 |
| Fuel – Company Driver Trucks | $15,600.00 |
| 1099 Ind. Contractors | $10,300.00 |
| Ali Hussien Stewart (100% Member) | $6,868.00 |
| Janese Stewart-Jones (Insider) | $1,200.00 |
| Possible Non-Insider Employee Wages | $2,000.00 |
| Sub-V Trustee Fees to be held in escrow | $1,000.00 |
| Payroll Taxes/Invoices/401k | $4,000.00 |
| Business Truck Insurance | $250.00 |
| Trucks/Trailers Insurance | $4,605.62 |
| Accounting/Quickbooks | $275.00 |
| Safety Compliance Company | $600.00 |
| Truck Camera Subscirption | $160.00 |
| SBA Adequate Protection Payment | $731.00 |
|  |  |
| **Projected Expense Total** | **$63,856.77** |
|  |  |
|  |  |

**"Exhibit A"**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
H.A. Stewart Trucking LLC  
    Debtor

Case No. 23-22125-JAD  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Nov 07, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | H.A. Stewart Trucking LLC, 235 West Chestnut Street, Apt. 811, Washington, PA 15301-4396 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Debtor H.A. Stewart Trucking LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor QL Titling Trust LTD/Quality Leasing Co., Inc. bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor H.A. Stewart Trucking LLC chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| James S. Fellin | jfellin@nottinghamgroup.com |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Nov 07, 2023 | Form ID: pdf900 | Total Noticed: 1

Kate Bradley
    on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

TOTAL: 8