

*U.S. Department of Justice*

*Office of the United States Trustee*

*Western District of Pennsylvania*

*1001 Liberty Avenue, Room 970*  *(412) 644-4756*
*Pittsburgh, PA  15222*  *fax (412) 644-4785*

# MINUTES OF §341 MEETING OF CREDITORS
## CHAPTER 11

IN RE:

H.A. Stewart Trucking LLC                         Case No. 23-22125 JAD

Chapter 11

    Debtor

The §341(a) Meeting of Creditors was **convened telephonically** on November 16, 2023 and closed.

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9

By: /s/ *Jodi L. Hause*
    Jodi L. Hause
    Trial Attorney
    Presiding Officer
    Jodi.Hause@usdoj.gov

Date: November 16, 2023