# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

| | |
|---|---|
| *IN RE*: | : |
| | : |
| H.A. STEWART TRUCKING LLC, | :    Case No.: 23-22125-JAD |
| | :    (Chapter 11) |
| Debtor | : |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Mr. / Madam Clerk:

Pursuant to Bankruptcy Rule 9010, please note the appearance of THE LAW OFFICES OF RONALD S. CANTER, LLC and Ronald S. Canter, Esquire as counsel for creditor Channel Partners Capital, LLC. Pursuant to Bankruptcy Rule 2002(g), please ensure that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the undersigned counsel at the address stated below.

Respectfully submitted,

THE LAW OFFICES OF RONALD S. CANTER, LLC

*/s/ Ronald S. Canter*
Ronald S. Canter, Esquire
PA Bar #94000
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
rcanter@roncanterllc.com
**Counsel for Creditor,**
**Channel Partners Capital, LLC**

## CERTIFICATE OF SERVICE

    The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by Electronic Notification pursuant to ECF procedures on this 28th day of November, 2023, to:

Christopher M. Frye, Esq.
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
chris.frye@steidl-steinberg.com
**Counsel for Debtor**

Kate Bradley, Esq.
Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
Kate.m.bradley@usdoj.gov

Jodi Hause, Esq.
Office of the United States Trustee
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
jodi.hause@usdoj.gov
**Attorneys for U.S. Trustee**

and mailed, first class, postage pre-paid this 28th day of November, 2023, to:

H.A. Stewart Trucking LLC
235 West Chestnut Street
Apt. 811
Washington, PA 15301
**Debtor**

                                        */s/ Ronald S. Canter*
                                        Ronald S. Canter