# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| *IN RE*: | : |
| | : |
| H.A. STEWART TRUCKING LLC, | :  Case No.: 23-22125-JAD |
| | :  (Chapter 11) |
| Debtor | : |

**CHANNEL PARTNERS CAPITAL, LLC'S CERTIFICATE OF SERVICE
OF ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I hereby certify that a true and correct copy of the Order Granting Motion for Relief from the Automatic Stay (Doc. 76) was furnished to the parties listed below in the manner indicated:

1. **Served via Notice of Electronic Filing (NEF):** The undersigned verifies that the foregoing document was served via NEF on December 28, 2023, to the following person(s) at the email address(es) noted herein:

    Christopher M. Frye, Esq. on behalf of Debtor H.A. Stewart Trucking, LLC
    chris.frye@steidl-steinberg.com;

    James S. Fellin, Esq. on behalf of United States Trustee
    jfellin@nottinghamgroup.com;

    United States Trustee
    USTPRegion03.pi.ecf@usdoj.gov

    Rule 1007-2 parties on the attached matrix designated to receive notice via CM/ECF

2. **Served by U.S. Mail:** On December 29, 2023, the undersigned served the person(s) and/or entities listed below via first class mail, postage prepaid:

    H.A. Stewart Trucking, LLC
    235 West Chestnut Street, Apt. 811
    Washington, PA 15301
    **Debtor**

    Rule 1007-2 parties in interest on the attached matrix not designated to receive notice via CM/ECF.

Dated: December 29, 2023

Respectfully submitted,

THE LAW OFFICES OF RONALD S. CANTER, LLC


*/s/ Ronald S. Canter*
Ronald S. Canter, Esquire
PA Bar #94000
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
rcanter@roncanterllc.com
**Counsel for Creditor,**
**Channel Partners Capital, LLC**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 23-22125-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Nov 27 17:40:27 EST 2023 | First Commonwealth Bank<br>McGrath McCall, P.C.<br>Four Gateway Center, Suite 1040<br>444 Liberty Avenue<br>Pittsburgh, PA 15222-1220 | H.A. Stewart Trucking LLC<br>235 West Chestnut Street<br>Apt. 811<br>Washington, PA 15301-4396 |
| QL Titling Trust, LTD/Quality Leasing Co., I<br>9830 Bauder Drive<br>Indianapolis, IN 46280-1972 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | 2 North Street<br>Suite 320<br>Birmingham, AL 35203 |
| 201 Executive Center Dr.<br>Suite 100<br>Columbia, SC 29210-8410 | 8291 State Route 22<br>New Alexandria, PA 15670-3178 | Amur Financial Services<br>304 W. 3rd Street<br>PO Box 2555<br>Grand Island, NE 68802-2555 |
| Capital One<br>Po Box 71087<br>Charlotte, NC 28272-1087 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Channel<br>10900 Wayzata Blvd.<br>#300<br>Hopkins, MN 55305-1576 |
| (p)CHANNEL PARTNERS CAPITAL  LLC<br>ATTN LEGAL DEPARTMENT<br>10900 WAYZATA BOULEVARD SUITE 300<br>MINNETONKA MN 55305-1576 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | Coast Professional<br>PO Box 425<br>Geneseo, NY 14454-0425 |
| First Commonwealth Bank<br>4198 Washington Road<br>McMurray, PA 15317-2560 | Fyda Freightliner<br>20 Fyda Drive<br>Canonsburg, PA 15317-1466 | Highway Commercial<br>2700 NE Plain City<br>Georgesville Road<br>West Jefferson, OH 43162-9749 |
| Intuit Financing Inc.<br>dba Intuit<br>c/o Weltman, Weinberg & Reis Co., L.P.A.<br>5000 Bradenton Ave.<br>Ste. 100<br>Dublin OH 43017-3574 | Navitas Credit<br>203 Fort Wade Road<br>Suite 300<br>Ponte Vedra, FL 32081-5159 | North Mills Credit Trust<br>601 Merritt, Suite 5<br>Norwalk, CT 06851 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | QL Titling Trust LTD/Quality Leasing Co, Inc<br>9830 Bauer Drive<br>Indianapolis, IN 46280-1972 | Quality Leasing<br>9830 Bauer Drive<br>Indianapolis, IN 46280-1972 |
| (p)INTUIT INC C O CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808-1674 | Rockwood Casualty Insurance<br>654 Main Street<br>Rockwood, PA 15557-1098 | Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 |
| United States of America<br>Small Business Administration<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 | Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | James S. Fellin<br>The Nottingham Group, LLC<br>6000 Town Center<br>Suite 106<br>Cannonsburg, PA 15317-5841 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Channel Partners<br>11100 Wayzata Blvd.<br>Suite 305<br>Minnetonka, MN 55305 | Citizens Bank<br>PO Box 42010<br>Providence, RI 02940-2010 | Quickbooks<br>2700 Coast Avenue<br>Mountain View, CA 94043 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)First Commonwealth Bank<br>McGrath McCall, P.C.<br>Four Gateway Center, Suite 1040<br>444 Liberty Avenue<br>Pittsburgh, PA 15222-1220 | End of Label Matrix<br>Mailable recipients   29<br>Bypassed recipients    1<br>Total                 30 |