**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

FILED
12/28/23 11:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| *IN RE*: | : | |
| | : | |
| H.A. STEWART TRUCKING LLC, | : | Case No.: 23-22125-JAD |
| | : | (Chapter 11) |
| Debtor | : | |

| | | |
|---|---|---|
| CHANNEL PARTNERS CAPITAL, LLC | : | Doc. # 72 |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| H.A. STEWART TRUCKING LLC | : | |
| | : | |
| Respondent | : | |

### ORDER

**AND NOW,** this 28th day of December, 2023, upon consideration of Movant Channel Partners Capital, LLC's Motion for Relief from Automatic Stay, and any opposition thereto, it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

1. The that the Motion is **GRANTED,** and that the automatic stay be modified or terminated to permit Channel Partners Capital, LLC to recover and dispose of the following equipment:

    a. Sand Trailer TIMP, Vin No. 1TDH40020PB178854.

2. The provisions of Bankruptcy Rule 4001(a)(3) shall not apply to this Order modifying the stay.

3. Movant shall serve this Order on all interested parties and file a certificate of service.

Prepared by: Ronald S. Canter, Esq.

Dated: December 28, 2023

JEFFERY A. DELLER    jsf
UNITED STATES BANKRUPTCY JUDGE

cc:   Debtor
      Counsel
      Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22125-JAD |
| H.A. Stewart Trucking LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 28, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | H.A. Stewart Trucking LLC, 235 West Chestnut Street, Apt. 811, Washington, PA 15301-4396 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 30, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor QL Titling Trust LTD/Quality Leasing Co., Inc. bnicholas@kmllawgroup.com |
| Christopher M. Frye | |
| | on behalf of Debtor H.A. Stewart Trucking LLC chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| James S. Fellin | |
| | jfellin@nottinghamgroup.com |
| Jodi Hause | |
| | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Kate Bradley | |
| | on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Dec 28, 2023 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Ronald S. Canter
    on behalf of Creditor Channel Partners Capital  LLC rcanter@roncanterllc.com

TOTAL: 8