# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF
# PENNSYLVANIA PITTSBURGH DIVISION

| | | |
|---|---|---|
| *IN RE:* | ) | |
| | ) | Case No.: 23-22125-JAD |
| H.A. STEWART TRUCKING LLC | ) | (Chapter 11) |
| | ) | |
| Debtor | ) | |

| | |
|---|---|
| HIGHWAY COMMERCIAL SERVICES, INC. | ) ) |
| | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| H.A. STEWART TRUCKING LLC | ) |
| | ) |
| Respondent | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

To the Clerk:

Pursuant to Bankruptcy Rule 9010, please note the appearance of Christopher P. Lacich, Esq. of the law firm of Roth, Blair, Roberts, Strasfeld & Lodge as counsel for Creditor, Highway Commercial Services, Inc.  Pursuant to Bankruptcy Rule 2002(g), please ensure that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the undersigned counsel at the address stated below.

Respectfully submitted,

ROTH, BLAIR, ROBERTS, STRASFELD & LODGE

/s/Christopher P. Lacich, Esq.
Christopher P. Lacich, Esq. (#65267)
100 East Federal Street, Suite 600
Youngstown, Ohio 44503-1893
Telephone: (330)744-521; Fax: (330)744-3184
Email: clacich@roth-blair.com

Counsel for Creditor, Highway Commercial Services, Inc.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by Electronic Notification pursuant to ECF procedures on this 2nd day of January, 2024, to:

Christopher M. Frye, Esq.
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, Pennsylvania 15219
chris.frye@steidl-steinberg.com
Counsel for Debtor

Ronald S. Canter, Esq.
The Law Offices of Ronald S. Canter, LLC
200A Monroe Street, Suite 104
Rockville, Maryland 20850
rcanter@roncanterllc.com
Counsel for Creditor,
Channel Partners Capital, LLC

Kate Bradley, Esq.
Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, Pennsylvania 15222
Kate.m.bradley@usdoj.gov

Jodi Hause, Esq.
Kate Bradley, Esq.
Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, Pennsylvania 15222
jodi.hause@usdoj.gov

Attorneys for U.S. Trustee

/s/Christopher P. Lacich, Esq.
CHRISTOPHER P. LACICH, ESQ. (#65267)
Counsel for Creditor, Highway Commercial Services, Inc.