IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

FILED
1/23/24 12:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| *IN RE:* ) | |
| ) | Case No.: 23-22125-JAD |
| H.A. STEWART TRUCKING LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

| | |
|---|---|
| HIGHWAY COMMERCIAL SERVICES, ) | |
| INC., ) | Doc. # 92 |
| ) | |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| H.A. STEWART TRUCKING LLC, ) | |
| ) | |
| Respondent. ) | |

## CONSENT ORDER

AND NOW, this  23rd  day of  January  , 2024, upon consideration of Highway Commercial Services, Inc.'s ("HCS") and H. A. Stewart Trucking LLC's (the "Debtor") Joint Motion Consenting to Relief from the Automatic Stay (the "Motion"), with good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Motion is granted; it is further

ORDERED, ADJUDGED, and DECREED that the automatic stay pursuant to Section 362 of the Bankruptcy Code is hereby terminated so that HCS may proceed with the disposition of the three (3) leased vehicles (as more fully described in the Motion); and it is further

ORDERED, ADJUDGED, and DECREED that Rule 4001(a)(3) shall not apply to this Order.

BY THE COURT:

_____ jsf
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22125-JAD |
| H.A. Stewart Trucking LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 23, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | H.A. Stewart Trucking LLC, 235 West Chestnut Street, Apt. 811, Washington, PA 15301-4396 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor QL Titling Trust LTD/Quality Leasing Co., Inc. bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor H.A. Stewart Trucking LLC chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher P. Lacich | on behalf of Creditor Highway Commercial Services Inc. clacich@roth-blair.com, kryan@roth-blair.com |
| Denise Carlon | on behalf of Creditor QL Titling Trust LTD/Quality Leasing Co., Inc. dcarlon@kmllawgroup.com |
| James S. Fellin | jfellin@nottinghamgroup.com |

District/off: 0315-2  User: auto  Page 2 of 2
Date Rcvd: Jan 23, 2024  Form ID: pdf900  Total Noticed: 1

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Kate Bradley
    on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Michael P. Kruszewski
    on behalf of Creditor Highway Commercial Services  Inc. mkruszewski@leechtishman.com, dbender@leechtishman.com;bankruptcy@leechtishman.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Ronald S. Canter
    on behalf of Creditor Channel Partners Capital  LLC rcanter@roncanterllc.com

TOTAL: 11