IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

H.A. Stewart Trucking LLC                                   Case No. 23-22125 JAD

                                                                                                                        Chapter 11

      Debtor

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

    Please enter the appearance of Elvina Rofael on behalf of the United States Trustee in the above captioned matter.

                                                          Respectfully Submitted,

                                                          ANDREW R. VARA
                                                          UNITED STATES TRUSTEE
                                                          Regions 3 and 9


                              By:    */s/ Elvina Rofael*
                                                       Elvina Rofael, Trial Attorney
                                                       California ID #333919
                                                     William S. Moorhead Federal Building
                                                   1000 Liberty Avenue, Suite 1316
                                                   Pittsburgh, Pennsylvania 15222
                                                   (412) 644-4756 Telephone
                                                   Elvina.Rofael@usdoj.gov