**Fill in this information to identify the case:**

Debtor Name ___H. A. Stewart Trucking LLC___

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: ___23-22125 JAD___

☐ Check if this is an amended filing

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: ___Jan 2024___

Date report filed: _____
MM / DD / YYYY

Line of business: ___Trucking___

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:     Hussien Ali Stewart, Member

Original signature of responsible party _____

Printed name of responsible party     Hussien Ali Stewart

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | H. A. Stewart Trucking LLC | Case number | 23-22125 JAD |

17. Have you paid any bills you owed before you filed bankruptcy? ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 9,295.16

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 54,798.62

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 58,226.70

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 3,428.08

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 5,867.08

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

*(Exhibit E)*

$ 0.00



Debtor Name  H. A. Stewart Trucking LLC _____     Case number  23-22125 JAD _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                          $ _____ 0.00

    (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?                                        _____ 2

27. What is the number of employees as of the date of this monthly report?                           _____ 2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30. How much have you paid this month in other professional fees?                                    $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                   $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | – | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | – | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | – | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | – | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                               $ _____

36. Total projected cash disbursements for the next month:                                         – $ _____

37. Total projected net cash flow for the next month:                                               = $ _____

Debtor Name  H. A. Stewart Trucking LLC

Case number   **23-22125 JAD**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Print    Save As...    Reset



# H.A. Stewart Trucking LLC.
# Balance Sheet
### As of January 31, 2024

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| Checking - 1st Commonwealth 6794 | 5,867.08 |
| Citizens Bank (Business Checking) | 0.00 |
| insurance escrow | 0.00 |
| Loan to Shareholder | 0.00 |
| United Community | 0.00 |
| **Total Bank Accounts** | $ 5,867.08 |
| **Other Current Assets** | |
| Deposit on Purchase of Trailer | 0.00 |
| Deposit on Purchase of Vehicle | 5,450.43 |
| Payroll Advances to Employees | 0.00 |
| Uncategorized Asset | 0.00 |
| **Total Other Current Assets** | $ 5,450.43 |
| **Total Current Assets** | $ 11,317.51 |
| **Fixed Assets** | |
| Accumulated Depreciation | -216,981.33 |
| Vehicles | 459,998.70 |
| **Total Fixed Assets** | $ 243,017.37 |
| **TOTAL ASSETS** | $ 254,334.88 |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| Capital One Credit Card | 0.00 |
| Citizens Business Credit Card | 0.00 |
| Citizens Credit Card 6898 - 3 | 8,593.77 |
| Citizens Credit Card ending 9662 | 10,494.63 |
| XXXX6049 - 2 | 5,162.25 |
| **Total Credit Cards** | $ 24,250.65 |
| **Total Current Liabilities** | $ 24,250.65 |
| **Long-Term Liabilities** | |
| Channel Loan - Citizens Bank 2022 | 0.00 |
| Channel Partners Citizens Bank Loan 2023 | 86,626.46 |
| Loan From Shareholder | 60,886.98 |
| Mazo Capital Solutions | 52,088.11 |
| Navitas Loan # 2 | 44,603.76 |
| Notes Payable - Alphonso Stewart | 0.00 |
| Notes Payable 1st Commonwealth | 25,936.43 |
| Notes Payable Navitas | 0.00 |
| Notes Payable North Mills | 117,315.63 |
| Notes Payable SBA | 141,959.00 |
| Quality Equipment Finance | 108,408.24 |
| Quickbooks Intuit Loan | 42,502.04 |
| Vehicle Loan | 0.00 |

| | | |
|---|---|---|
| **Vehicle Loan MHC** | | 0.00 |
| **Total Long-Term Liabilities** | **$** | **680,326.65** |
| **Total Liabilities** | **$** | **704,577.30** |
| **Equity** | | |
| **Opening Balance Equity** | | -69.41 |
| **Owner's Pay & Personal Expenses** | | 21,900.00 |
| **Retained Earnings** | | -469,375.93 |
| **Net Income** | | -2,697.08 |
| **Total Equity** | **-$** | **450,242.42** |
| **TOTAL LIABILITIES AND EQUITY** | **$** | **254,334.88** |
| | | |
| | | |
| | | |
| Saturday, Feb 03, 2024 02:51:33 AM GMT-8 - Cash Basis | | |

# H.A. Stewart Trucking LLC.
## Profit and Loss

### January 2024

| | Total |
|---|---|
| **Income** | |
| Sales | 60,062.07 |
| **Total Income** | **$ 60,062.07** |
| **Gross Profit** | **$ 60,062.07** |
| **Expenses** | |
| Accounting | 470.40 |
| Bank Charges & Fees | 90.00 |
| Commissions and Fees | 2,139.43 |
| Dues & subscriptions | 161.88 |
| Fuel | 14,605.81 |
| IFTA Taxes | 65.45 |
| Insurance | 13,682.56 |
| Insurance Escrow Greenleaf | 250.00 |
| Job Supplies | 427.34 |
| Lawyer Steidl and Steinberg | 1,000.00 |
| Payroll Expenses | 11,165.97 |
| Payroll Expenses EIB | 772.86 |
| Payroll Expenses HRS + 401 K Ded | 3,255.01 |
| Payroll Taxes | 3,439.74 |
| Repairs & Maintenance | 1,800.00 |
| Subcontractors | 5,430.95 |
| Tags | 44.29 |
| Trailer Rental | 3,333.56 |
| Training | 210.00 |
| Utilities | 413.90 |
| **Total Expenses** | **$ 62,759.15** |
| **Net Operating Income** | **-$ 2,697.08** |
| **Net Income** | **-$ 2,697.08** |

Saturday, Feb 03, 2024 02:52:57 AM GMT-8 - Cash Basis



**First Commonwealth.**

First Commonwealth Bank
PO Box 400
Indiana, PA 15701-0400
**Address Service Requested**

**Page** 1
**Statement Date:**
01/31/2024
234   Y  XXXXXXXXXXXX6794
HAK5349

#BWNMCMC
00002104 MFCBI153860201240736 01 000000000
H A Stewart Trucking LLC
Debtor in Possession #23-22125
235 West Chestnut St APT811
Washington PA 15301

**Customer Service Information**
• • • • • • • • • • • • • • • • • • • • • • • • •
**Personal Service:** 1-800-711-BANK (2265)
Monday - Friday 7:00 a.m. - 7:00 p.m.
Saturday - Sunday 8:00 a.m. - 2:00 p.m.
**Automated Service:** 24 hours, 7 days
**Main Office:**
First Commonwealth, PO Box 400,
Indiana, PA 15701-0400

**Download our app or visit us at
www.fcbanking.com for Online
Banking and Bill Payment.**

**f** **Visit Us On Facebook:** First Commonwealth Bank

Enrolling in eStatements is easy. Just click the eNotices tab within your Online
Banking to start receiving email notifications when your statements are ready to be
viewed.

---

Summary of Bank Accounts
Account #              Account Type                      Ending Balance
XXXXXXXXXXXX6794    Business Solutions Checking            5,867.08

CHECKING ACCOUNTS

Account Holder: H A Stewart Trucking LLC
Debtor in Possession #23-22125

Business Solutions Checking
Account Number         XXXXXXXXXXXX6794    Statement Dates   1/01/24 thru  1/31/24
Beginning Balance            9,295.16      Days in the statement period       31
   14 Deposits/Credits      54,798.62      Average Daily Balance        9,928.12
   62 Checks/Debits         58,201.70      Average Collected            9,928.12
Total Service Charges           25.00
Interest Paid                     .00
Ending Balance               5,867.08

---

Service Charge Detail
Date      Description                        Amount
1/31      Service Charge                      25.00

---

Activity in Date Order
Date   Description                  Debit       Credit          Balance
1/02 DBT CRD 0532 01/02/24 2578     133.65-                    9,161.51
     VZWRLSS*APOCC VISB

**FIRST Commonwealth Bank.**

First Commonwealth Bank
PO Box 400
Indiana, PA 15701-0400
Address Service Requested

### RECONCILEMENT WORKSHEET

Before you begin to balance your account with this statement, **make sure all items shown on the statement have been entered in your records, including any interest earned or service fees assessed.** Then follow the instructions below to reconcile your account.

| | | | | | |
|---|---|---|---|---|---|
| 1. **Ending** balance from statement: | $ | | 1. **Balance** shown in your checkbook: | $ |
| **List** deposits/credits not shown on statement: | $ | | **List** deposits/credits not entered in your checkbook: | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| 2. **SUBTOTAL** deposits not on statement: | $ | | | $ |
| **List** outstanding checks/debits not shown on statement: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | Account interest | $ |
| Check number/Debit: | $ | | 2. **SUBTOTAL** deposits not on statement: | $ |
| Check number/Debit: | $ | | **List** service charges and other account charges not in checkbook: | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| 3. **SUBTOTAL** debits not on statement: | $ | | 3. **SUBTOTAL** debits not on statement: | $ |
| 4. **TOTAL** outstanding transactions 2 - 3: | $ | | 4. **TOTAL** outstanding transactions 2 - 3: | $ |
| 5. **UPDATED BALANCE** 1+4: | $ | = | 5. **UPDATED BALANCE** 1+4: | $ |

### ELECTRONIC FUNDS TRANSFER



In case of errors or questions about your electronic transfers, call us at 800.711.2265, or write us as soon as you can at EFT Processing, P.O. Box 400, Indiana, Pa., 15701-0400. If you think your statement or receipt is incorrect or you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Provide us with your name and account number (if any.)
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Provide us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will adjust your account for the amount you think is in error, so that you will have use of the money during the time it takes for us to complete our investigation.



EQUAL HOUSING OPPORTUNITY  Member FDIC

00002104-0287121-0002-0009-MFCBI153860201240736-30-L





00002104-0287122-0003-0009-MFCBI153860201240736-30-L

Business Solutions Checking          XXXXXXXXXXXX6794   (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| | 899 HEATHROW PARK LN | | | |
| | 800-922-0204FL  C# 9194 | | | |
| 1/02 | PAYCHEX TPS        TAXES | 689.85- | | 8,471.66 |
| | 05282600005098X | | | |
| | H A STEWART TRUCKING | | | |
| 1/03 | PAYCHEX EIB        INVOICE | 102.99- | | 8,368.67 |
| | X05310100008097 | | | |
| | H A STEWART TRUCKING | | | |
| 1/03 | PAYCHEX-HRS        401(K) | 609.10- | | 7,759.57 |
| | 0000043388065 | | | |
| | H A STEWART TRUCKING | | | |
| 1/03 | UNITED FIN CAS     INS PRE | 3,000.00- | | 4,759.57 |
| | H A STEWART TRUCKING L | | | |
| 1/03 | Check               1029 | 2,187.83- | | 2,571.74 |
| 1/04 | GREEN BROKERAGE     ACH | | 4,602.99 | 7,174.73 |
| | H A STEWART TRUCKING | | | |
| 1/04 | GREEN BROKERAGE     ACH | | 10,742.59 | 17,917.32 |
| | H A STEWART TRUCKING | | | |
| 1/04 | SBA EIDL LOAN       PAYMENT | 731.00- | | 17,186.32 |
| | 0000 | | | |
| | HUSSIEN STEWART | | | |
| 1/05 | H A Stewart Truc    Employe | 2,053.01- | | 15,133.31 |
| | H A Stewart Truc | | | |
| 1/05 | Wex Inc            EFSLLC | 3,551.58- | | 11,581.73 |
| | 3770002015312 | | | |
| | H.A. STEWART TRUCKING | | | |
| 1/05 | Check               1028 | 1,000.00- | | 10,581.73 |
| 1/08 | POS DEB 1646 01/07/24 0429 | 2.13- | | 10,579.60 |
| | GOOGLE *GOOGLE STORAGE | | | |







Business Solutions Checking        XXXXXXXXXXXX6794  (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| | MOUNTAIN VIEWCA Card# 9194 | | | |
| 1/08 | POS DEB 1824 01/06/24 1821 | 200.34- | | 10,379.26 |
| | SAMS CLUB SAM S Club WASHINGTONPA Card# 9194 | | | |
| 1/08 | ATM W/D 010 01/06/24 0000 | 506.99- | | 9,872.27 |
| | WASHINGTONPA    C# 9194 | | | |
| 1/08 | Check           1026 | 125.00- | | 9,747.27 |
| 1/08 | Check           1027 | 250.00- | | 9,497.27 |
| 1/08 | W/D SVC 010 01/06/24 0000 | 3.00- | | 9,494.27 |
| | WASHINGTONPA    C# 9194 | | | |
| 1/08 | Account Analysis Fee | 30.00- | | 9,464.27 |
| 1/09 | COMMWLTHOFPAPATH   PAIFTAM | 65.45- | | 9,398.82 |
| | PATH7429986 | | | |
| | H.A STEWART TRUCKING L | | | |
| 1/09 | PAYCHEX TPS        TAXES | 689.85- | | 8,708.97 |
| | 05470000005532X | | | |
| | H A STEWART TRUCKING | | | |
| 1/09 | UNITED FIN CAS     INS PRE | 3,102.38- | | 5,606.59 |
| | H A STEWART TRUCKING L | | | |
| 1/10 | PAYCHEX EIB        INVOICE | 350.49- | | 5,256.10 |
| | X05506300016222 | | | |
| | H A STEWART TRUCKING | | | |
| 1/10 | PAYCHEX-HRS        401(K) | 609.10- | | 4,647.00 |
| | 0000043448472 | | | |
| | H A STEWART TRUCKING | | | |
| 1/10 | Check           1030 | 1,400.87- | | 3,246.13 |



00002104-0287123-0004-0009-MFCBI153860201240736-30-L





00002104-0287124-0005-0009-MFCBI153860201240736-30-L

Business Solutions Checking          XXXXXXXXXXXXX6794   (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| 1/11 | GREEN BROKERAGE     ACH | | 91.41 | 3,337.54 |
| | H A STEWART TRUCKING | | | |
| 1/11 | GREEN BROKERAGE     ACH | | 3,731.54 | 7,069.08 |
| | H A STEWART TRUCKING | | | |
| 1/11 | GREEN BROKERAGE     ACH | | 7,178.07 | 14,247.15 |
| | H A STEWART TRUCKING | | | |
| 1/11 | POS DEB 1349 01/11/24 4460 | 105.98- | | 14,141.17 |
| | NWS STAPLES 0929   000759 | | | |
| | 301 OAK SPRING RD | | | |
| | WASHINGTONPA    C# 9194 | | | |
| 1/12 | PAYCHEX-HRS      HRS PMT | 209.51- | | 13,931.66 |
| | 44635429 | | | |
| | H A STEWART TRUCKING | | | |
| 1/12 | H A Stewart Truc    Employe | 2,158.13- | | 11,773.53 |
| | H A Stewart Truc | | | |
| 1/12 | Wex Inc          EFSLLC | 2,750.67- | | 9,022.86 |
| | 3770002015312 | | | |
| | H.A. STEWART TRUCKING | | | |
| 1/12 | Electronic transfer | 353.56- | | 8,669.30 |
| 1/16 | POS CRE 0523 01/15/24 76038918 | | 105.98 | 8,775.28 |
| | NWS STAPLES 0929   002768 | | | |
| | 301 OAK SPRING RD | | | |
| | WASHINGTONPA    C# 9194 | | | |
| 1/16 | DBT CRD 1515 01/15/24 4715 | 53.00- | | 8,722.28 |
| | BP#1683614BP EI | | | |
| | EIGHTY FOURPA | | | |
| | Card# 9194 | | | |
| 1/16 | DBT CRD 0554 01/16/24 3241 | 67.31- | | 8,654.97 |
| | STAPLES        00109298 | | | |
| | 301 OAK SPRING RD | | | |
| | WASHINGTONPA    C# 9194 | | | |
| 1/16 | POS DEB 0524 01/15/24 7203 | 144.15- | | 8,510.82 |
| | NWS STAPLES 0929   001193 | | | |







Business Solutions Checking          XXXXXXXXXXXXX6794   (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
|  | 301 OAK SPRING RD |  |  |  |
|  | WASHINGTONPA     C# 9194 |  |  |  |
| 1/16 | DBT CRD 1757 01/12/24 2511 | 526.79- |  | 7,984.03 |
|  | STATE FARM  INSURANCE |  |  |  |
|  | 1 STATE FARM PLAZA |  |  |  |
|  | BLOOMINGTONIL     C# 9194 |  |  |  |
| 1/16 | CREDIT FIRST NA     CFNA PY | 100.00- |  | 7,884.03 |
|  | C       342065432 |  |  |  |
|  |                STEWART |  |  |  |
| 1/16 | PAYCHEX TPS       TAXES | 689.85- |  | 7,194.18 |
|  | 05652000003758X |  |  |  |
|  | H A STEWART TRUCKING |  |  |  |
| 1/17 | Vorto, LLC        EDI PYMNTS |  | 4,678.64 | 11,872.82 |
|  | P24011603381348 |  |  |  |
|  | H. A. Stewart Trucking |  |  |  |
| 1/17 | PAYCHEX EIB       INVOICE | 106.46- |  | 11,766.36 |
|  | X05676000010637 |  |  |  |
|  | H A STEWART TRUCKING |  |  |  |
| 1/17 | PAYCHEX-HRS       401(K) | 609.10- |  | 11,157.26 |
|  | 0000043513483 |  |  |  |
|  | H A STEWART TRUCKING |  |  |  |
| 1/18 | Vorto, LLC        EDI PYMNTS |  | 353.49 | 11,510.75 |
|  | P24011703261165 |  |  |  |
|  | H. A. Stewart Trucking |  |  |  |
| 1/19 | GREEN BROKERAGE     ACH |  | 1,226.60 | 12,737.35 |
|  | H A STEWART TRUCKING |  |  |  |
| 1/19 | GREEN BROKERAGE     ACH |  | 2,878.25 | 15,615.60 |
|  | H A STEWART TRUCKING |  |  |  |
| 1/19 | GREEN BROKERAGE     ACH |  | 4,503.29 | 20,118.89 |



00002104-0287125-0006-0009-MFCBI153860201240736-30-L





Business Solutions Checking        XXXXXXXXXXXX6794   (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | H A STEWART TRUCKING | | | |
| 1/19 | Wex Inc         EFSLLC | 3,075.41- | | 17,043.48 |
| | 3770002015312 | | | |
| | H.A. STEWART TRUCKING | | | |
| 1/19 | H A Stewart Truc    Employe | 3,472.30- | | 13,571.18 |
| | H A Stewart Truc | | | |
| 1/19 | Check             1031 | 1,143.43- | | 12,427.75 |
| 1/22 | DBT CRD 0313 01/22/24 0474 | 159.75- | | 12,268.00 |
| | SAMSARA | | | |
| | 1 De Haro St | | | |
| | SAN FRANCISCOCA C# 9194 | | | |
| 1/22 | CREDIT FIRST NA    CFNA PY | 100.00- | | 12,168.00 |
| | C      343561764 | | | |
| | STEWART | | | |
| 1/22 | Pie Insurance Se    Pie Ins | 522.00- | | 11,646.00 |
| | ST-C6C3N1K0Z5H5 | | | |
| | HUSSIEN STEWART | | | |
| 1/22 | Check             1013 | 1,500.00- | | 10,146.00 |
| 1/23 | PAYCHEX TPS        TAXES | 689.86- | | 9,456.14 |
| | 05822000002231X | | | |
| | H A STEWART TRUCKING | | | |
| 1/23 | UNITED FIN CAS    INS PRE | 3,000.00- | | 6,456.14 |
| | H A STEWART TRUCKING L | | | |
| 1/24 | PAYCHEX EIB        INVOICE | 106.46- | | 6,349.68 |
| | X05822800011798 | | | |
| | H A STEWART TRUCKING | | | |
| 1/24 | PAYCHEX-HRS        401(K) | 609.10- | | 5,740.58 |
| | 0000043572359 | | | |
| | H A STEWART TRUCKING | | | |
| 1/25 | GREEN BROKERAGE    ACH | | 3,983.16 | 9,723.74 |

00002104-0287126-0007-0009-MFCBI153860201240736-30-L







Business Solutions Checking           XXXXXXXXXXXX6794   (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| | H A STEWART TRUCKING | | | |
| 1/25 | GREEN BROKERAGE     ACH | | 4,632.02 | 14,355.76 |
| | H A STEWART TRUCKING | | | |
| 1/25 | GREEN BROKERAGE     ACH | | 6,090.59 | 20,446.35 |
| | H A STEWART TRUCKING | | | |
| 1/25 | POS DEB 1321 01/25/24 2305 | 15.54- | | 20,430.81 |
| | NST THE HOME DEPOT OO1395 | | | |
| | 301 OAK SPRING RD | | | |
| | WASHINGTONPA      C# 9194 | | | |
| 1/25 | Check            1032 | 698.82- | | 19,731.99 |
| 1/26 | H A Stewart Truc   Employe | 3,482.53- | | 16,249.46 |
| | H A Stewart Truc | | | |
| 1/26 | Wex Inc         EFSLLC | 4,668.16- | | 11,581.30 |
| | 3770002015312 | | | |
| | H.A. STEWART TRUCKING | | | |
| 1/29 | DBT CRD 0117 01/28/24 9200 | 44.29- | | 11,537.01 |
| | ALTVATER AUTO SALES | | | |
| | 5299 STEUBENVILLE PIKE | | | |
| | PITTSBURGHPA      C# 9194 | | | |
| 1/29 | DDA B/P 0846 01/27/24 0887 | 95.40- | | 11,441.61 |
| | INTUIT  18004INTUIT | | | |
| | MOUNTAIN VIEWCA | | | |
| | Card# 9194 | | | |
| 1/29 | DBT CRD 0150 01/27/24 6651 | 280.25- | | 11,161.36 |
| | COMCAST THREERIVERS, PA | | | |
| | 15 SUMMIT PARK DR | | | |
| | 800-COMCASTPA    C# 9194 | | | |
| 1/30 | CREDIT FIRST NA CFNA PY | 100.00- | | 11,061.36 |
| | C    344924625 | | | |
| | STEWART | | | |
| 1/30 | PAYCHEX TPS         TAXES | 680.33- | | 10,381.03 |
| | 05982700010389X | | | |



00002104-0287127-0008-0009-MFCBI153860201240736-30-L





00002104-0287128-0009-0009-MFCBH15386020124O736-30-L

Business Solutions Checking          XXXXXXXXXXXX6794   (Continued)

### Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| | H A STEWART TRUCKING | | | |
| 1/30 | Stop Payment Fee | 32.00- | | 10,349.03 |
| 1/31 | POS DEB 1939 01/30/24 0727 | 210.00- | | 10,139.03 |
| | PAYPAL *PANDERTRAIN | | | |
| | SAN JOSECA | | | |
| | Card# 9194 | | | |
| 1/31 | DBT CRD 1749 01/30/24 8115 | 531.39- | | 9,607.64 |
| | STATE FARM  INSURANCE | | | |
| | 1 STATE FARM PLAZA | | | |
| | BLOOMINGTONIL  C# 9194 | | | |
| 1/31 | PAYCHEX EIB       INVOICE | 106.46- | | 9,501.18 |
| | X06001200022673 | | | |
| | H A STEWART TRUCKING | | | |
| 1/31 | PAYCHEX–HRS      401(K) | 609.10- | | 8,892.08 |
| | 0000043630956 | | | |
| | H A STEWART TRUCKING | | | |
| 1/31 | UNITED FIN CAS      INS PRE | 3,000.00- | | 5,892.08 |
| | H A STEWART TRUCKING L | | | |
| 1/31 | Service Charge | 25.00- | SC | 5,867.08 |

---

### --- CHECKS PAID SUMMARY ---

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 1/22 | 1013 | 1,500.00 | 1/03 | 1029 | 2,187.83 |
| 1/08 | 1026* | 125.00 | 1/10 | 1030 | 1,400.87 |
| 1/08 | 1027 | 250.00 | 1/19 | 1031 | 1,143.43 |
| 1/05 | 1028 | 1,000.00 | 1/25 | 1032 | 698.82 |

* Denotes check paid out of sequence

## Avoid Fraud



### Fraud Prevention Tips

- Regularly update your passwords for any online accounts.
- Do not write your credit card or driver's license number on your checks.
- Never provide personal information to anyone over the phone unless you initiate the call and you know the company is reputable.

Explore our fraud resource center by scanning the QR code or visit fcbanking.com/resources/fraud-prevention-resources.



## Building Your Financial Confidence



### Credit Score Manager

You can access your credit score and report within your First Commonwealth Bank online and mobile banking account. With Credit Score Manager you can stay on top of your credit with alerts if your score changes, see how your credit score might change when you take certain actions like getting a loan or opening a new credit card and more. **Log in to online banking or your mobile app today to get started.**

The credit score on this screen is an illustration only.

First Commonwealth Bank.

Account: Checking 6794
Date: 1/23/2024



FOR DEPOSIT ONLY
Wabellco FCU
TELLER ID: JDP | BATCH ID: 54889
DATE: 1/19/2024
TIME: 15:24:13

H A STEWART TRUCKING LLC
PH. 412-512-8811
235 WEST CHESTNUT ST APT811
WASHINGTON, PA 15301

60-682/433

1013

DATE 1-15-2024

PAY TO THE
ORDER OF Smitty's                                    $ 1,500

ONE Thousand five hundred                            00/100 DOLLARS

First Commonwealth Bank.
MEMBER FDIC 1-800-711-BANK (2265)
fcbanking.com

MEMO Repair 2840



Account: Checking 6794
Date: 1/23/2024

**H A STEWART TRUCKING LLC**
PH. 412-512-8811
235 WEST CHESTNUT ST APT811
WASHINGTON, PA 15301

60-682/433

1026

DATE 1/1/2024

PAY TO THE ORDER OF: Benjie K. Hadbury Financia    125.00

ONE Hundred Twenty Five                    00/100 DOLLARS

**First Commonwealth Bank.**
MEMBER FDIC  1-800-711-BANK (2265)
fcbanking.com

MEMO



Account: Checking 6794
Date: 1/23/2024





Account: Checking 6794
Date: 1/23/2024









H A STEWART TRUCKING LLC
PH. 412-512-8811
235 WEST CHESTNUT ST APT811
WASHINGTON, PA 15301

60-682/433

1029

DATE *1-1-2024*

PAY TO THE ORDER OF *Herman Kearney*   $ *2,187.83*

*Two thousand One hundred Eighty Seven 83/100* DOLLARS

First Commonwealth Bank.
MEMBER FDIC 1-800-711-BANK (2265)
fcbanking.com

MEMO *Payroll*



Account: Checking 6794
Date: 1/23/2024



First Commonwealth Bank
Drawer#/Trans#: 23404/0008
HIN: 877523420000015

< 043306826 > 23404 8 01/10/24



H A STEWART TRUCKING LLC
PH. 412-512-8811
235 WEST CHESTNUT ST APT811
WASHINGTON, PA 15301

60-682/433                                    1030

DATE 1-10-2024

PAY TO THE ORDER OF Herman Kearney        $1,400.87

ONE thousand four hundred        87/100        DOLLARS

First Commonwealth Bank.
MEMBER FDIC   1-800-711-BANK (2265)
fcbanking.com

MEMO Payroll


FIRST Commonwealth Bank.

Account: Checking 6794
Date: 1/23/2024

>043306826< 20240119
First Commonwealth Bank
Drawer#/Trans#: 23402/0009
HIN: 878423400000053

< 043306826 > 23402 9 01/19/24

---

H A STEWART TRUCKING LLC
PH. 412-512-8811
235 WEST CHESTNUT ST APT811
WASHINGTON, PA 15301

1031

60-682/433

DATE 1-17-2024

PAY TO THE ORDER OF _HERMAN KEARNEY_          $ 1,143.43

ONE thousand one hundred forty three 43/100          DOLLARS

FIRST Commonwealth Bank.
MEMBER FDIC  1-800-711-BANK (2265)
fcbanking.com

MEMO _Payroll_

**First Commonwealth Bank.**

Account: Checking 6794
Date: 2/1/2024



>043306826< 20240125
First Commonwealth Bank
Drawer#/Trans#: 23402/0027
HIN: 879023400000176

< 043306826 > 23402 27 01/25/24



**H A STEWART TRUCKING LLC**
PH. 412-512-8811
235 WEST CHESTNUT ST APT811
WASHINGTON, PA 15301

60-682/433                    1032

DATE 1/24/2024

PAY TO THE ORDER OF   Herman Kearney          $ 698.82

On hundred Ninety eight —— 82/100   DOLLARS

**First Commonwealth Bank.**
MEMBER FDIC   1-800-711-BANK (2265)
fcbanking.com

MEMO  Payroll