IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> H.A. STEWART TRUCKING LLC, <br><br> Debtor. <br><br><br> AMUR EQUIPMENT FINANCE INC, <br><br> Movant, <br><br> v. <br><br> H.A. STEWART TRUCKING LLC, and JAMES S. FELLIN, Trustee <br><br> Respondents. | Bankruptcy No. 23-22125-JAD <br><br> Chapter 11 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO.   )

The undersigned hereby certifies that, as of March 13, 2024, no answer, objection, or other responsive pleading to the Motion for Relief from the Automatic Stay, at Doc. No. 113, and served on the Respondents herein has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than March 8, 2024.

It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: March 13, 2024

          Respectfully submitted,

          BERNSTEIN-BURKLEY, P.C.

          By: /s/*Keri P. Ebeck*
          Keri P. Ebeck, Esq.
          PA I.D. # 91298
          kebeck@bernsteinlaw.com
          601 Grant Street, 9th Floor
          Pittsburgh, PA 15219
          Phone - (412) 456-8112
          Fax - (412) 456-8135

          *Counsel for Amur Equipment Finance Inc.*