UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                        Bankruptcy Case No. 23-22125 JAD

H.A. Stewart Trucking LLC,                                     Chapter 11

        Debtor


## SUMMARY OF BALLOTS REGARDING SMALL BUSINESS DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION DATED AS OF FEBRUARY 2, 2024

 

        **Christopher M. Frye, Esquire**
        PA ID No. 208402
        **Steidl & Steinberg**
        **Suite 2830 Gulf Tower**
        **707 Grant Street**
        **Pittsburgh, PA  15219**
        412-391-8000
        **Counsel for Debtor**

## BALLOT SUMMARY

### Class 1 – United States of America Small Business Administration - Impaired

Class 1 did not submit a ballot with respect to the Debtor's Plan.

### Class 2 – Navitas Credit Corp. - Impaired

Class 2 submitted a ballot that **ACCEPTS** the Debtor's Plan.

### Class 3 – Highway Commercial Services, Inc. - Impaired

Class 3 submitted a ballot that **REJECTS** the Debtor's Plan.

### Class 4 – First Commonwealth Bank - Impaired

Class 4 did not submit a ballot but the Debtor and First Commonwealth Bank entered into a Stipulation with respect to the Plan treatment of First Commonwealth Bank at Docket No. 123. First Commonwealth Bank **ACCCEPTS** the Debtor's Plan subject to the approval of the filed Stipulation.

### Class 5 – Secured Claim with Collateral to be Surrendered - Unimpaired

Class 5 is not impaired and not entitled to vote on the Plan.

### Class 6 – General Unsecured Claims – Impaired

No ballots were submitted by Class 6 creditors.

### Class 7 – Equity Security Holders - Unimpaired

Class 7 is not impaired and not entitled to vote on the Plan.

**NOTE:  ALL ORIGINAL BALLOTS ARE BEING HELD BY CHRISTOPHER M. FRYE, ESQUIRE, COUNSEL FOR THE DEBTOR AND ARE AVAILABLE FOR INSPECTION UPON REQUEST.**

                                        Respectfully submitted,

| | |
|---|---|
| <u>March 14, 2024</u><br>DATE | <u>/s/ Christopher M. Frye</u><br>Christopher M. Frye, Esquire<br>Attorney for the Debtor<br>STEIDL & STEINBERG, P.C.<br>Suite 2830 – Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA  15219<br>(412) 391-8000<br>PA I. D. No.  208402<br>chris.frye@steidl-steinberg.com |