**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

FILED
4/23/24 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| *IN RE:* ) | |
| ) | Case No.: 23-22125-JAD |
| H.A. STEWART TRUCKING LLC, ) | (Chapter 11) |
| ) | |
| Debtor. ) | |

| | |
|---|---|
| HIGHWAY COMMERCIAL SERVICES, ) | Doc. No. 108 |
| INC., ) | |
| ) | Response Deadline: |
| Movant ) | |
| ) | Hearing Date: |
| v. ) | |
| ) | |
| H.A. STEWART TRUCKING LLC, ) | |
| ) | |
| Respondent. ) | |

**ORDER OF COURT**

AND NOW, this  23rd  day of  April , 2024, upon consideration of Highway Commercial Services, Inc.'s ("HCS") Motion for Relief from the Automatic Stay (the "Motion"), with good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Motion is granted; it is further

ORDERED, ADJUDGED, and DECREED that the automatic stay pursuant to Section 362 of the Bankruptcy Code is hereby terminated so that HCS may proceed with the disposition of the 2016 Peterbilt Model 579 VIN 1XPBD49X9GD327745; and it is further

ORDERED, ADJUDGED, and DECREED that Rule 4001(a)(3) shall not apply to this Order.

BY THE COURT:

_____ jsf
JEFFERY A. DELLER
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22125-JAD |
| H.A. Stewart Trucking LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 23, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | H.A. Stewart Trucking LLC, 235 West Chestnut Street, Apt. 811, Washington, PA 15301-4396 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 25, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor H.A. Stewart Trucking LLC chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher P. Lacich | on behalf of Creditor Highway Commercial Services  Inc. clacich@roth-blair.com, kryan@roth-blair.com |
| Denise Carlon | on behalf of Creditor QL Titling Trust  LTD/Quality Leasing Co., Inc. dcarlon@kmllawgroup.com |
| Elvina Rofael | on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| James S. Fellin | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 23, 2024 | Form ID: pdf900 | Total Noticed: 1 |

    jfellin@nottinghamgroup.com

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Kate Bradley
    on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Keri P. Ebeck
    on behalf of Creditor Amur Equipment Finance Inc. kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Michael P. Kruszewski
    on behalf of Creditor Highway Commercial Services Inc. mkruszewski@leechtishman.com,
    dbender@leechtishman.com;bankruptcy@leechtishman.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronald S. Canter
    on behalf of Creditor Channel Partners Capital LLC rcanter@roncanterllc.com

TOTAL: 12