**Fill in this information to identify the case:**

Debtor Name: H. A. Stewart Trucking LLC

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: 23-22125 JAD

☐ Check if this is an amended filing

---

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: Apr 2024

Date report filed: _____
MM / DD / YYYY

Line of business: Trucking

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Hussien Ali Stewart, Member

Original signature of responsible party: /s/ H.A. Stewart

Printed name of responsible party: Hussien Ali Stewart

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page 1

Debtor Name  H. A. Stewart Trucking LLC                    Case number  23-22125 JAD

17. Have you paid any bills you owed before you filed bankruptcy?  ☑ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**   $ 7,616.82

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 41,969.71

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 44,804.10

22. **Net cash flow**   + $ -2,834.39

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**   = $ 4,782.43

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00

    (Exhibit E)

Debtor Name: H. A. Stewart Trucking LLC    Case number: 23-22125 JAD

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables    $ 0.00
    (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?    2
27. What is the number of employees as of the date of this monthly report?    3

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 0.00
30. How much have you paid this month in other professional fees?    $ 0.00
31. How much have you paid in total other professional fees since filing the case?    $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br><br>Copy lines 35-37 from the previous month's report. | Column B<br>Actual<br><br>Copy lines 20-22 of this report. | Column C<br>Difference<br><br>Subtract Column B from Column A. |
|---|---|---|---|
| 32. Cash receipts | $ _____ | − $ _____ | = $ _____ |
| 33. Cash disbursements | $ _____ | − $ _____ | = $ _____ |
| 34. Net cash flow | $ _____ | − $ _____ | = $ _____ |

35. Total projected cash receipts for the next month:    $ _____
36. Total projected cash disbursements for the next month:    − $ _____
37. Total projected net cash flow for the next month:    = $ _____

Debtor Name  H. A. Stewart Trucking LLC                                 Case number  23-22125 JAD

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

# H.A. Stewart Trucking LLC.
## Balance Sheet
### As of April 30, 2024

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| Checking - 1st Commonwealth 6794 | 4,782.43 |
| Citizens Bank (Business Checking) | 0.00 |
| insurance escrow | 0.00 |
| Loan to Shareholder | 0.00 |
| United Community | 0.00 |
| **Total Bank Accounts** | **$ 4,782.43** |
| **Other Current Assets** | |
| Deposit on Purchase of Trailer | 0.00 |
| Deposit on Purchase of Vehicle | 5,450.43 |
| Payroll Advances to Employees | 0.00 |
| Uncategorized Asset | 0.00 |
| **Total Other Current Assets** | **$ 5,450.43** |
| **Total Current Assets** | **$ 10,232.86** |
| **Fixed Assets** | |
| Accumulated Depreciation | -216,981.33 |
| Vehicles | 459,998.70 |
| Vehicles - approved by Court | 270,249.43 |
| **Total Fixed Assets** | **$ 513,266.80** |
| **TOTAL ASSETS** | **$ 523,499.66** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| Capital One Credit Card | 0.00 |
| Citizens Business Credit Card | 0.00 |
| Citizens Credit Card 6898 - 3 | 8,593.77 |

## H.A. Stewart Trucking LLC.
### Balance Sheet
#### As of April 30, 2024

| | Total |
|---|---:|
| Citizens Credit Card ending 9662 | 10,494.63 |
| XXXX6049 - 2 | 5,162.25 |
| **Total Credit Cards** | **$ 24,250.65** |
| **Total Current Liabilities** | **$ 24,250.65** |
| Long-Term Liabilities | |
| 1st Commonwealth Bank Loan Monthly Pmt $353.56 | 16,553.48 |
| Channel Loan - Citizens Bank 2022 | 0.00 |
| Channel Partners Citizens Bank Loan 2023 | 86,626.46 |
| Highway Commercial Loan Monthly Pmt $615.50 | 60,000.00 |
| Loan From Shareholder | 62,986.98 |
| Mazo Capital Solutions | 52,088.11 |
| Navitas Loan Monthly Pmt $1,436.16 | 138,099.14 |
| Navitas Loan Monthly Pmt $512.91 | 49,321.13 |
| Navitas Loan # 2 | 44,603.76 |
| Notes Payable - Alphonso Stewart | 0.00 |
| Notes Payable 1st Commonwealth | 25,936.43 |
| Notes Payable Navitas | 0.00 |
| Notes Payable North Mills | 117,315.63 |
| Notes Payable SBA | 141,959.00 |
| Quality Equipment Finance | 108,408.24 |
| Quickbooks Intuit Loan | 42,502.04 |
| Vehicle Loan | 0.00 |
| Vehicle Loan MHC | 0.00 |
| **Total Long-Term Liabilities** | **$ 946,400.40** |
| **Total Liabilities** | **$ 970,651.05** |
| Equity | |
| Opening Balance Equity | -69.41 |
| Owner's Pay & Personal Expenses | 21,900.00 |
| Retained Earnings | -466,861.30 |

# H.A. Stewart Trucking LLC.
## Balance Sheet
### As of April 30, 2024

|  | Total |
|---|---:|
| Net Income | -$ 2,120.68 |
| Total Equity | -$ 447,151.39 |
| **TOTAL LIABILITIES AND EQUITY** | **$ 523,499.66** |

Tuesday, May 07, 2024 02:16:04 AM GMT-7 - Cash Basis

# H.A. Stewart Trucking LLC.
## Profit and Loss by Month
### January - April, 2024

| | Jan 2024 | Feb 2024 | Mar 2024 | Apr 2024 | Total |
|---|---:|---:|---:|---:|---:|
| **Income** | | | | | |
|   Sales | 60,062.07 | 80,931.39 | 61,923.12 | 45,335.44 | 248,252.02 |
| **Total Income** | **$ 60,062.07** | **$ 80,931.39** | **$ 61,923.12** | **$ 45,335.44** | **$ 248,252.02** |
| **Gross Profit** | **$ 60,062.07** | **$ 80,931.39** | **$ 61,923.12** | **$ 45,335.44** | **$ 248,252.02** |
| **Expenses** | | | | | |
|   Accounting | 470.40 | 1,095.40 | 895.40 | 95.40 | 2,556.60 |
|   Bank Charges & Fees | 90.00 | 58.00 | 58.00 | 122.00 | 328.00 |
|   Commissions and Fees | 2,139.43 | 2,427.94 | 1,857.71 | 1,360.08 | 7,785.16 |
|   Company Car Payment | | 1,500.00 | 2,500.00 | 2,000.00 | 6,000.00 |
|   Dues & subscriptions | 161.88 | 159.75 | 164.01 | 161.88 | 647.52 |
|   Escrow account | | | | 0.00 | 0.00 |
|   Fuel | 14,605.81 | 15,285.97 | 20,430.44 | 9,926.81 | 60,249.03 |
|   IFTA Taxes | 65.45 | | | 92.12 | 157.57 |
|   Insurance | 13,682.56 | 4,308.14 | 6,947.53 | 5,273.18 | 30,211.41 |
|   Insurance Escrow Greenleaf | 250.00 | | | | 250.00 |
|   Interest Paid | 59.59 | 58.77 | 721.48 | 711.49 | 1,551.33 |
|   Job Supplies | 427.34 | 148.18 | | | 575.52 |
|   Lawyer Steidl and Steinberg | 1,000.00 | 2,000.00 | | | 3,000.00 |
|   Medical Exam | | | 148.50 | | 148.50 |
|   Office Supplies & Software | | | 105.99 | | 105.99 |
|   Payroll Expenses | 11,165.97 | 17,101.52 | 23,729.92 | 14,721.31 | 66,718.72 |
|   Payroll Expenses EIB | 772.86 | 429.30 | 439.68 | 456.22 | 2,098.06 |
|   Payroll Expenses HRS + 401 K Ded | 3,255.01 | 2,436.40 | 2,436.40 | 2,710.91 | 10,838.72 |
|   Payroll Taxes | 3,439.74 | 2,719.65 | 4,052.25 | 4,013.52 | 14,225.16 |
|   Repairs & Maintenance | 1,800.00 | 3,268.13 | 2,743.22 | 1,837.34 | 9,648.69 |
|   Subcontractors | 5,430.95 | 6,892.84 | 1,443.30 | | 13,767.09 |
|   Tags | 44.29 | | | | 44.29 |
|   Tolls and Parking | | 1,096.45 | | | 1,096.45 |
|   tow | | 2,004.00 | 950.00 | | 2,954.00 |
|   Trailer Rental | 2,980.00 | 4,600.00 | 3,240.00 | 2,020.00 | 12,840.00 |
|   Training | 210.00 | 595.00 | | | 805.00 |
|   Truck Parts | | 12.18 | | | 12.18 |
|   Utilities | 413.90 | 133.69 | 133.69 | 1,076.43 | 1,757.71 |
| **Total Expenses** | **$ 62,465.18** | **$ 68,331.31** | **$ 72,997.52** | **$ 46,578.69** | **$ 250,372.70** |
| **Net Operating Income** | **-$ 2,403.11** | **$ 12,600.08** | **-$ 11,074.40** | **-$ 1,243.25** | **-$ 2,120.68** |
| **Net Income** | **-$ 2,403.11** | **$ 12,600.08** | **-$ 11,074.40** | **-$ 1,243.25** | **-$ 2,120.68** |

Tuesday, May 07, 2024 02:17:23 AM GMT-7 - Cash Basis



**First Commonwealth**
First Commonwealth Bank
PO Box 400
Indiana, PA 15701-0400
Address Service Requested

Page     1
Statement Date:
04/30/2024
234   Y  XXXXXXXXXXXX6794
HAK5349

#BWNMCMC
00001455 MFCBI153860501240728 01 000000000
H A Stewart Trucking LLC
Debtor in Possession #23-22125
235 West Chestnut St APT811
Washington PA 15301

**Customer Service Information**

**Personal Service:** 1-800-711-BANK (2265)
Monday - Friday 7:00 a.m. - 7:00 p.m.
Saturday - Sunday 8:00 a.m. - 2:00 p.m.
**Automated Service:** 24 hours, 7 days
**Main Office:**
First Commonwealth, PO Box 400,
Indiana, PA 15701-0400

**Download our app or visit us at www.fcbanking.com for Online Banking and Bill Payment.**

**Visit Us On Facebook:** First Commonwealth Bank

Enrolling in eStatements is easy. Just click the eNotices tab within your Online Banking to start receiving email notifications when your statements are ready to be viewed.

```
Summary of Bank Accounts
Account #              Account Type                        Ending Balance
XXXXXXXXXXXX6794       Business Solutions Checking              4,782.43
```

```
                            CHECKING ACCOUNTS

           Account Holder: H A Stewart Trucking LLC
                           Debtor in Possession #23-22125

Business Solutions Checking
Account Number               XXXXXXXXXXXX6794    Statement Dates    4/01/24 thru  4/30/24
Beginning Balance                    7,616.82    Days in the statement period          30
  15 Deposits/Credits               41,969.71    Average Daily Balance           6,793.94
  44 Checks/Debits                  44,779.10    Average Collected               6,793.94
Total Service Charges                   25.00
Interest Paid                             .00
Ending Balance                       4,782.43
```

```
                          Service Charge Detail
Date   Description                                    Amount
4/30   Service Charge                                  25.00
```

```
                         Activity in Date Order
Date   Description                  Debit          Credit             Balance
4/01   DBT CRD 0434 04/01/24 1119   579.39-                          7,037.43
       COMCAST THREE RIVERS
```

# FIRST Commonwealth Bank

First Commonwealth Bank
PO Box 400
Indiana, PA 15701-0400
Address Service Requested

## RECONCILEMENT WORKSHEET

Before you begin to balance your account with this statement, make sure all items shown on the statement have been entered in your record, including any interest earned or service fees assessed. Then follow the instructions below to reconcile your account.

| | | | | |
|---|---|---|---|---|
| 1. **Ending** balance from statement: | $ | | 1. **Balance** shown in your checkbook: | $ |
| **List** deposits/credits not shown on statement: | $ | | **List** deposits/credits not entered in your checkbook: | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| 2. **SUBTOTAL** deposits not on statement: | $ | | | $ |
| **List** outstanding checks/debits not shown on statement: | $ | | | $ |
| Check number/Debit: | $ | | Account interest | $ |
| Check number/Debit: | $ | | 2. **SUBTOTAL** deposits not on statement: | $ |
| Check number/Debit: | $ | | **List** service charges and other account charges not in checkbook: | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| 3. **SUBTOTAL** debits not on statement: | $ | | 3. **SUBTOTAL** debits not on statement: | $ |
| 4. **TOTAL** outstanding transactions 2 - 3: | $ | | 4. **TOTAL** outstanding transactions 2 - 3: | $ |
| 5. **UPDATED BALANCE** 1+4: | $ | = | 5. **UPDATED BALANCE** 1+4: | $ |

## ELECTRONIC FUNDS TRANSFER



In case of errors or questions about your electronic transfers, call us at 800.711.2265, or write us as soon as you can at EFT Processing, P.O. Box 400, Indiana, Pa., 15701-0400. If you think your statement or receipt is incorrect or you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Provide us with your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Provide us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will adjust your account for the amount you think is in error, so that you will have use of the money during the time it takes for us to complete our investigation.



Member FDIC



First Commonwealth

Page 3

Business Solutions Checking        XXXXXXXXXXXX6794   (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | 15 SUMMIT PARK DR | | | |
| | 800-266-2278PA   C# 0543 | | | |
| 4/02 | DBT CRD 0820 04/02/24 8599 | 208.78- | | 6,828.65 |
| | VZWRLSS*APOCC VISB | | | |
| | 899 HEATHROW PARK LN | | | |
| | 800-922-0204FL   C# 0543 | | | |
| 4/02 | PAYCHEX TPS         TAXES | 841.35- | | 5,987.30 |
| | 06823000013976X | | | |
| | H A STEWART TRUCKING | | | |
| 4/03 | PAYCHEX EIB         INVOICE | 109.92- | | 5,877.38 |
| | X06840900051740 | | | |
| | H A STEWART TRUCKING | | | |
| 4/03 | PAYCHEX-HRS         401(K) | 609.10- | | 5,268.28 |
| | 0000044220512 | | | |
| | H A STEWART TRUCKING | | | |
| 4/04 | GREEN BROKERAGE     ACH | | 1,250.04 | 6,518.32 |
| | H A STEWART TRUCKING | | | |
| 4/04 | GREEN BROKERAGE     ACH | | 3,572.80 | 10,091.12 |
| | H A STEWART TRUCKING | | | |
| 4/04 | GREEN BROKERAGE     ACH | | 4,365.98 | 14,457.10 |
| | H A STEWART TRUCKING | | | |
| 4/04 | GREEN BROKERAGE     ACH | | 4,970.82 | 19,427.92 |
| | H A STEWART TRUCKING | | | |
| 4/04 | COMMWLTHOFPAPATH    PAIFTAM | 92.12- | | 19,335.80 |
| | PATH9088439 | | | |
| | H.A STEWART TRUCKING L | | | |
| 4/05 | ATM W/D 2018 04/04/24 0000 | 400.00- | | 18,935.80 |
| | PNC BANK | | | |
| | 3954 WILLIAM PENN | | | |
| | MONROEVILLEPA   C# 0543 | | | |
| 4/05 | UNITED COMM         ST- WKL | 500.00- | | 18,435.80 |



![First Commonwealth]

Page    4



Business Solutions Checking         XXXXXXXXXXXX6794   (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 4/05 | HUSSEIN STEWART<br>Wex Inc          EFSLLC<br>3770002015312 | 2,471.95- | | 15,963.85 |
| 4/05 | H.A. STEWART TRUCKING<br>H A Stewart Truc   Employe | 4,046.92- | | 11,916.93 |
| 4/05 | H A Stewart Truc<br>W/D SVC 2018 04/04/24 0000 | 3.00- | | 11,913.93 |
| 4/05 | PNC BANK<br>3954 WILLIAM PENN<br>MONROEVILLEPA   C# 0543<br>Account Analysis Fee | 30.00- | | 11,883.93 |
| 4/08 | POS DEB 1746 04/07/24 0526<br>GOOGLE *GOOGLE STORAGE<br>MOUNTAIN VIEWCA<br>Card# 0543 | 2.13- | | 11,881.80 |
| 4/09 | PAYCHEX TPS        TAXES<br>06922400005069X | 681.77- | | 11,200.03 |
| 4/09 | H A STEWART TRUCKING<br>UNITED FIN CAS     INS PRE | 4,200.00- | | 7,000.03 |
| 4/10 | H A STEWART TRUCKING L<br>PAYCHEX EIB       INVOICE<br>X06935300004911 | 129.92- | | 6,870.11 |
| 4/10 | H A STEWART TRUCKING<br>PAYCHEX-HRS        401(K)<br>0000044283543 | 643.44- | | 6,226.67 |
| 4/11 | H A STEWART TRUCKING<br>GREEN BROKERAGE    ACH | | 1,192.76 | 7,419.43 |
| 4/11 | H A STEWART TRUCKING<br>GREEN BROKERAGE    ACH | | 1,853.75 | 9,273.18 |
| 4/11 | H A STEWART TRUCKING<br>GREEN BROKERAGE    ACH | | 2,335.30 | 11,608.48 |



**First Commonwealth**

Page 5



Business Solutions Checking          XXXXXXXXXXXX6794   (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 4/11 | H A STEWART TRUCKING<br>Check                1050 | 1,949.07- | | 9,659.41 |
| 4/12 | PAYCHEX-HRS       HRS PMT<br>45522457 | 171.49- | | 9,487.92 |
| 4/12 | H A STEWART TRUCKING<br>UNITED COMM     ST- WKL | 500.00- | | 8,987.92 |
| 4/12 | HUSSEIN   STEWART<br>Wex Inc          EFSLLC<br>3770002015312 | 2,054.50- | | 6,933.42 |
| 4/12 | H.A. STEWART TRUCKING<br>H A Stewart Truc   Employe | 2,702.93- | | 4,230.49 |
| 4/15 | H A Stewart Truc<br>DBT CRD 1859 04/14/24 7281<br>STATE FARM   INSURANCE<br>1 STATE FARM PLAZA<br>BLOOMINGTONIL  C# 0543 | 551.18- | | 3,679.31 |
| 4/16 | PAYCHEX TPS       TAXES<br>07018600007457X | 705.23- | | 2,974.08 |
| 4/16 | H A STEWART TRUCKING<br>Electronic transfer | 353.56- | | 2,620.52 |
| 4/17 | PAYCHEX EIB       INVOICE<br>X07027900002945 | 106.46- | | 2,514.06 |
| 4/17 | H A STEWART TRUCKING<br>PAYCHEX-HRS       401(K)<br>0000044347886 | 643.44- | | 1,870.62 |
| 4/18 | H A STEWART TRUCKING<br>GREEN BROKERAGE    ACH | | 1,080.10 | 2,950.72 |
| 4/18 | H A STEWART TRUCKING<br>GREEN BROKERAGE    ACH | | 1,856.16 | 4,806.88 |
| 4/18 | H A STEWART TRUCKING<br>GREEN BROKERAGE    ACH | | 3,072.50 | 7,879.38 |



**First Commonwealth**

Page 6



```
Business Solutions Checking         XXXXXXXXXXXX6794   (Continued)
                                 Activity in Date Order
Date  Description                      Debit        Credit         Balance
            H A STEWART TRUCKING
4/18  GREEN BROKERAGE     ACH                       5,452.06       13,331.44
            H A STEWART TRUCKING
4/19  DBT CRD 0823 04/19/24 3100       1,837.34-                   11,494.10
            CERTIFIED TRUCK AND TR
            24 DONEGAL AVE
            CLAYSVILLEPA     C# 0543
4/19  UNITED COMM         ST- WKL        500.00-                   10,994.10
            HUSSEIN   STEWART
4/19  Pie Insurance Se   Pie Ins         522.00-                   10,472.10
            ST-K7P4K9E9U2H2

            HUSSIEN STEWART
4/19  Wex Inc             EFSLLC       2,495.38-                    7,976.72
            3770002015312

            H.A. STEWART TRUCKING
4/19  H A Stewart Truc    Employe      4,076.31-                    3,900.41
            H A Stewart Truc
4/22  PAYCHEX TPS         TAXES                        14.35        3,914.76
            07103000117307X

            H A STEWART TRUCKING
4/22  Samsara             Samsara        159.75-                    3,755.01
            ST-F2L7K8G401N3

            HUSSIEN STEWART
4/23  PAYCHEX TPS         TAXES          987.62-                    2,767.39
            07108600005621X

            H A STEWART TRUCKING
4/24  PAYCHEX EIB         INVOICE        109.92-                    2,657.47
            X07121500012254

            H A STEWART TRUCKING
```



**First Commonwealth**                                                                          Page    7



Business Solutions Checking          XXXXXXXXXXXX6794    (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 4/24 | PAYCHEX-HRS    401(K)<br>0000044408804 | 643.44- | | 2,014.03 |
| 4/25 | H A STEWART TRUCKING<br>GREEN BROKERAGE    ACH | | 2,740.19 | 4,754.22 |
| 4/25 | H A STEWART TRUCKING<br>GREEN BROKERAGE    ACH | | 3,829.97 | 8,584.19 |
| 4/25 | H A STEWART TRUCKING<br>GREEN BROKERAGE    ACH | | 4,382.93 | 12,967.12 |
| 4/25 | H A STEWART TRUCKING<br>Stop Payment Fee | 32.00- | | 12,935.12 |
| 4/25 | Stop Payment Fee | 32.00- | | 12,903.12 |
| 4/26 | UNITED COMM    ST- WKL | 500.00- | | 12,403.12 |
| 4/26 | HUSSEIN   STEWART<br>Wex Inc    EFSLLC<br>3770002015312 | 2,504.98- | | 9,898.14 |
| 4/26 | H.A. STEWART TRUCKING<br>H A Stewart Truc    Employe<br>H A Stewart Truc | 3,895.15- | | 6,002.99 |
| 4/29 | DDA B/P 0959 04/27/24 0929<br>INTUIT    18004INTUIT<br>MOUNTAIN VIEWCA<br>Card# 0543 | 95.40- | | 5,907.59 |
| 4/29 | DBT CRD 0645 04/27/24 7926<br>COMCAST THREERIVERS,PA<br>15 SUMMIT PARK DR<br>800-COMCASTPA    C# 0543 | 288.26- | | 5,619.33 |
| 4/30 | PAYCHEX TPS    TAXES<br>07196000014989X | 811.90- | | 4,807.43 |
| 4/30 | H A STEWART TRUCKING<br>Service Charge | 25.00- | SC | 4,782.43 |



**First Commonwealth**

Page        8



Business Solutions Checking        XXXXXXXXXXXX6794   (Continued)

--- CHECKS PAID SUMMARY ---

| Date | Check No | Amount |
|---|---|---|
| 4/11 | 1050 | 1,949.07 |

* Denotes check paid out of sequence

## Time for Confidence



**Use our digital banking solutions to make giving, paying bills and tracking expenses easier.**

√ Transfer money just one time, in the future or make repeating transfers
√ Get alerts when your balance is low so you're always in the know
√ Deposit checks anytime, anywhere - right from your smartphone or tablet
√ Start a secure conversation to get answers about your accounts

**Get started at fcbanking.com**

## Referral Rewards



Earn rewards when friends, business owners and family you refer open and use a First Commonwealth Bank checking account.[1]

Get started in your First Commonwealth Bank online banking or mobile app. Once your friend registers for the referral offer using your personal referral link and completes the offer criteria, you will each receive a Mastercard® Reward Card.

[1] Terms and conditions apply and are available at www.fcbanking.com/referafriend.

## Avoid Fraud

**Have you ever received a text message and thought, "was that my bank or a fraudster?"**

We will never send a text asking you for confidential information.
Even if the text message says it's from us, it's not. We won't ever ask you for information like usernames and passwords.

We will never ask for your two factor authentication code.
Two-factor authentication protects your accounts. But the codes you receive during the 2FA process should never be shared. If anyone ever asks for your 2FA code, it's a fraudster.

Explore our fraud resource center by scanning the QR code or visit fcbanking.com/resources/fraud-prevention-resources.





5/10/24, 4:59 AM   about:blank

**First Commonwealth Bank**

Account: Checking 6794
Date: 5/10/2024



H A STEWART TRUCKING LLC
PH. 412-512-8811
235 WEST CHESTNUT ST APT811
WASHINGTON, PA 15301

60-682/433      1050

DATE 4/1/2024

PAY TO THE ORDER OF  Navitas      $ 1949.07

One thousand Nine hundred forty Nine 07/100  DOLLARS

First Commonwealth Bank.
MEMBER FDIC  1-800-711-BANK (2265)
fcbanking.com

4093968
409656098