**Fill in this information to identify the case:**

Debtor Name: H. A. Stewart Trucking LLC

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: 23-22125 JAD

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11   12/17

Month: May 2024   Date report filed: ___ MM/DD/YYYY

Line of business: Trucking   NAISC code: ___

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Hussien Ali Stewart, Member

Original signature of responsible party: /s/ Hussien A. Stewart

Printed name of responsible party: Hussien Ali Stewart

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☑ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  H. A. Stewart Trucking LLC          Case number  23-22125 JAD

17. Have you paid any bills you owed before you filed bankruptcy?  ☒ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☒ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.  $ 4,782.43

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.  $ 40,094.11

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.  – $ 43,836.74

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.  + $ -3,742.63

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.
    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.  = $ 1,039.80

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ 0.00
    *(Exhibit E)*

Debtor Name  H. A. Stewart Trucking LLC    Case number  23-22125 JAD

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____0.00_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    _____2_____
27. What is the number of employees as of the date of this monthly report?    _____3_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____0.00_____
30. How much have you paid this month in other professional fees?    $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?    $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* Projected | − | *Column B* Actual | = | *Column C* Difference |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. Cash receipts | $ _____ | − | $ _____ | = | $ _____ |
| 33. Cash disbursements | $ _____ | − | $ _____ | = | $ _____ |
| 34. Net cash flow | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:    $ _____
36. Total projected cash disbursements for the next month:    − $ _____
37. Total projected net cash flow for the next month:    = $ _____

Debtor Name H. A. Stewart Trucking LLC          Case number 23-22125 JAD

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

H. A. Stewart Trucking LLC
Monthly Report May 2024 – Explanation

Question: 8 – We are currently working on establishing a plan to begin to pay the missed trustee payments. The business encountered a higher-than-normal tow bill.

Question: 14 – Our lawyer was unable to work out a reasonable payment arrangement with Highway Commercial for one of the trucks we were utilizing for business, and we were required to return this truck. We are now renting a truck due to this unexpected event.



**First Commonwealth**

First Commonwealth Bank
PO Box 400
Indiana, PA 15701-0400
Address Service Requested

Page 1
Statement Date:
05/31/2024
234  Y  XXXXXXXXXXXX6794
HAK5349

#BWNMCMC
00001228 MFCBI153860601240702 01 000000000
H A Stewart Trucking LLC
Debtor in Possession #23-22125
235 West Chestnut St APT811
Washington PA 15301

**Customer Service Information**

Personal Service: 1-800-711-BANK (2265)
Monday - Friday 7:00 a.m. - 7:00 p.m.
Saturday - Sunday 8:00 a.m. - 2:00 p.m.
Automated Service: 24 hours, 7 days
Main Office:
First Commonwealth, PO Box 400,
Indiana, PA 15701-0400

Download our app or visit us at
www.fcbanking.com for Online
Banking and Bill Payment.

Visit Us On Facebook: First Commonwealth Bank

Enrolling in eStatements is easy. Just click the eNotices tab within your Online Banking to start receiving email notifications when your statements are ready to be viewed.

```
Summary of Bank Accounts
Account #            Account Type                        Ending Balance
XXXXXXXXXXXX6794     Business Solutions Checking             1,039.80
```

CHECKING ACCOUNTS

Account Holder: H A Stewart Trucking LLC
Debtor in Possession #23-22125

```
Business Solutions Checking
Account Number            XXXXXXXXXXXX6794   Statement Dates   5/01/24 thru  6/02/24
Beginning Balance                 4,782.43   Days in the statement period         33
   14 Deposits/Credits            40,094.11  Average Daily Balance           5,462.61
   48 Checks/Debits               43,811.74  Average Collected               5,462.61
Total Service Charges                25.00
Interest Paid                          .00
Ending Balance                    1,039.80
```

Service Charge Detail

```
Date   Description                                        Amount
5/31   Service Charge                                      25.00
```

Activity in Date Order

```
Date   Description                       Debit       Credit        Balance
5/01   PAYCHEX EIB    INVOICE           117.49-                   4,664.94
       X07209500012284
```

# FIRST Commonwealth Bank

First Commonwealth Bank
PO Box 400
Indiana, PA 15701-0400
Address Service Requested

## RECONCILEMENT WORKSHEET

Before you begin to balance your account with this statement, make sure all items shown on the statement have been entered in your records, including any interest earned or service fees assessed. Then follow the instructions below to reconcile your account.

| | | | | |
|---|---|---|---|---|
| 1. **Ending** balance from statement: | $ | | 1. **Balance** shown in your checkbook: | $ |
| **List** deposits/credits not shown on statement: | $ | | **List** deposits/credits not entered in your checkbook: | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| 2. **SUBTOTAL** deposits not on statement: | $ | | | $ |
| **List** outstanding checks/debits not shown on statement: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | Account interest | $ |
| Check number/Debit: | $ | | 2. **SUBTOTAL** deposits not on statement: | $ |
| Check number/Debit: | $ | | **List** service charges and other account charges not in checkbook: | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| 3. **SUBTOTAL** debits not on statement: | $ | | 3. **SUBTOTAL** debits not on statement: | $ |
| 4. **TOTAL** outstanding transactions 2 - 3: | $ | | 4. **TOTAL** outstanding transactions 2 - 3: | $ |
| 5. **UPDATED BALANCE** 1+4: | $ | = | 5. **UPDATED BALANCE** 1+4: | $ |

## ELECTRONIC FUNDS TRANSFER



In case of errors or questions about your electronic transfers, call us at 800.711.2265, or write us as soon as you can at EFT Processing, P.O. Box 400, Indiana, Pa., 15701-0400. If you think your statement or receipt is incorrect or you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Provide us with your name and account number (if any.)
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Provide us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will adjust your account for the amount you think is in error, so that you will have use of the money during the time it takes for us to complete our investigation.



Member FDIC



**First Commonwealth**

Business Solutions Checking          XXXXXXXXXXXX6794   (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---:|---:|---:|
| 5/01 | H A STEWART TRUCKING<br>PAYCHEX-HRS     401(K)<br>0000044471282 | 643.44- | | 4,021.50 |
| 5/02 | H A STEWART TRUCKING<br>GREEN BROKERAGE    ACH | | 913.40 | 4,934.90 |
| 5/02 | H A STEWART TRUCKING<br>GREEN BROKERAGE    ACH | | 2,435.73 | 7,370.63 |
| 5/02 | H A STEWART TRUCKING<br>GREEN BROKERAGE    ACH | | 5,150.82 | 12,521.45 |
| 5/02 | H A STEWART TRUCKING<br>DBT CRD 0812 05/02/24 5853<br>VZWRLSS*APOCC VISB<br>899 HEATHROW PARK LN<br>800-922-0204FL  C# 0543 | 180.11- | | 12,341.34 |
| 5/02 | UNITED FIN CAS    INS PRE | 2,059.00- | | 10,282.34 |
| 5/03 | H A STEWART TRUCKING L<br>UNITED COMM    ST- WKL | 500.00- | | 9,782.34 |
| 5/03 | HUSSEIN  STEWART<br>Wex Inc    EFSLLC<br>3770002015312 | 995.71- | | 8,786.63 |
| 5/03 | H.A. STEWART TRUCKING<br>H A Stewart Truc   Employe | 4,160.44- | | 4,626.19 |
| 5/07 | H A Stewart Truc<br>POS DEB 1746 05/07/24 0530<br>GOOGLE *GOOGLE STORAGE<br>MOUNTAIN VIEWCA<br>Card# 0543 | 2.13- | | 4,624.06 |
| 5/07 | PAYCHEX TPS    TAXES<br>07280700008783X | 971.25- | | 3,652.81 |
| 5/07 | H A STEWART TRUCKING<br>Check         1076 | 1,000.00- | | 2,652.81 |
| 5/07 | Account Analysis Fee | 30.00- | | 2,622.81 |



**First Commonwealth.**

Page  4



Business Solutions Checking          XXXXXXXXXXXX6794   (Continued)

```
                              Activity in Date Order
Date  Description                      Debit          Credit              Balance
5/08  PAYCHEX EIB        INVOICE       117.49-                            2,505.32
        X07295500009099

        H A STEWART TRUCKING
5/08  PAYCHEX-HRS        401(K)        643.44-                            1,861.88
        0000044539504

        H A STEWART TRUCKING
5/09  GREEN BROKERAGE    ACH                          758.57              2,620.45
        H A STEWART TRUCKING
5/09  GREEN BROKERAGE    ACH                          913.40              3,533.85
        H A STEWART TRUCKING
5/10  PAYCHEX-HRS        HRS PMT       214.38-                            3,319.47
        45736135

        H A STEWART TRUCKING
5/10  UNITED COMM        ST- WKL       500.00-                            2,819.47
        HUSSEIN   STEWART
5/10  Wex Inc            EFSLLC      1,082.77-                            1,736.70
        3770002015312

        H.A. STEWART TRUCKING
5/13  DBT CRD 0628 05/13/24 4286        83.53-                            1,653.17
        BB OF BENTLEYVILLE # 7
        201 WILSON RD
        BENTLEYVILLEPA  C# 0543
5/13  H A Stewart Truc   Employe       300.00-                            1,353.17
        H A Stewart Truc
5/15  PAYCHEX EIB        INVOICE        93.43-                            1,259.74
        X07379300016057

        H A STEWART TRUCKING
5/16  GREEN BROKERAGE    ACH                         4,292.65             5,552.39
        H A STEWART TRUCKING
5/16  GREEN BROKERAGE    ACH                         6,380.77            11,933.16
```



**First Commonwealth**

Page 5



Business Solutions Checking        XXXXXXXXXXXX6794   (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 5/17 | H A STEWART TRUCKING<br>Wex Inc            EFSLLC<br>3770002015312 | 1,935.24- | | 9,997.92 |
| 5/17 | H.A. STEWART TRUCKING<br>H A Stewart Truc    Employe | 3,466.81- | | 6,531.11 |
| 5/17 | H A Stewart Truc<br>Electronic transfer | 353.56- | | 6,177.55 |
| 5/20 | DBT CRD 1309 05/18/24 2589<br>SUNOCO 04666848<br>WHEELINGWV<br>Card# 0543 | 60.02- | | 6,117.53 |
| 5/20 | UNITED FIN CAS      INS PRE | 1,999.04- | | 4,118.49 |
| 5/21 | H A STEWART TRUCKING L<br>Deposit | | 1,000.00 | 5,118.49 |
| 5/21 | POS DEB 1215 05/21/24 8206<br>PENSKE TRK LSG 058910<br>PITTSBURGHPA<br>Card# 0543 | 959.88- | | 4,158.61 |
| 5/21 | Pie Insurance Se    Pie Ins<br>ST-F1G8U8B1Z1A0 | 522.00- | | 3,636.61 |
| 5/21 | HUSSIEN STEWART<br>PAYCHEX TPS        TAXES<br>07450800058650X | 689.43- | | 2,947.18 |
| 5/21 | H A STEWART TRUCKING<br>Check              1078 | 100.00- | | 2,847.18 |
| 5/22 | PAYCHEX EIB        INVOICE<br>X07466500011255 | 113.80- | | 2,733.38 |
| 5/22 | H A STEWART TRUCKING<br>Samsara            Samsara<br>ST-O8Z9W3P1P6Y9 | 159.75- | | 2,573.63 |



**First Commonwealth**

Page  6



Business Solutions Checking              XXXXXXXXXXXX6794   (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---:|---:|---:|
| 5/22 | HUSSIEN STEWART<br>PAYCHEX-HRS          401(K)<br>0000044665054 | 475.44- | | 2,098.19 |
| 5/23 | H A STEWART TRUCKING<br>GREEN BROKERAGE      ACH | | 2,783.31 | 4,881.50 |
| 5/23 | H A STEWART TRUCKING<br>GREEN BROKERAGE      ACH | | 4,291.69 | 9,173.19 |
| 5/23 | H A STEWART TRUCKING<br>CREDIT 1832 05/23/24 00886416<br>Progressive<br>Visa DirectOH<br>Card# 0543 | | 4,899.84 | 14,073.03 |
| 5/24 | CREDIT 1807 05/23/24 0006528<br>PENSKE TRK LSG 058910<br>5600 GRAND AVE<br>PITTSBURGHPA    C# 0543 | | 959.88 | 15,032.91 |
| 5/24 | POS DEB 1035 05/24/24 0019<br>Speedway<br>5603 Grand Ave<br>PittsburghPA    C# 0543 | 83.61- | | 14,949.30 |
| 5/24 | Wex Inc           EFSLLC<br>3770002015312 | 1,092.99- | | 13,856.31 |
| 5/24 | H.A. STEWART TRUCKING<br>H A Stewart Truc    Employe<br>H A Stewart Truc | 2,610.18- | | 11,246.13 |
| 5/24 | Check              1077 | 517.08- | | 10,729.05 |
| 5/28 | DBT CRD 1802 05/25/24 1479<br>MCAFEE*AUTORENEWAL<br>17 Cowboys Way suite 60<br>866-622-3911TX  C# 0543 | 37.09- | | 10,691.96 |
| 5/28 | DDA B/P 0937 05/27/24 0903<br>INTUIT  18004INTUIT | 95.40- | | 10,596.56 |



**First Commonwealth**

Page 7



Business Solutions Checking           XXXXXXXXXXXX6794   (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---:|---:|---:|
| | MOUNTAIN VIEWCA Card# 0543 | | | |
| 5/28 | DBT CRD 0428 05/27/24 1808 | 283.22- | | 10,313.34 |
| | COMCAST THREERIVERS,PA | | | |
| | 15 SUMMIT PARK DR | | | |
| | 800-COMCASTPA    C# 0543 | | | |
| 5/28 | PAYCHEX TPS         TAXES | 294.80- | | 10,018.54 |
| | 07534800000492X | | | |
| | H A STEWART TRUCKING | | | |
| 5/28 | Samsara              Samsara | 1,160.80- | | 8,857.74 |
| | ST-Z0F4K4W4P2B2 | | | |
| | HUSSIEN STEWART | | | |
| 5/28 | Stop Payment Fee | 32.00- | | 8,825.74 |
| 5/29 | PAYCHEX EIB         INVOICE | 113.80- | | 8,711.94 |
| | X07547600019906 | | | |
| | H A STEWART TRUCKING | | | |
| 5/29 | PAYCHEX-HRS          401(K) | 407.02- | | 8,304.92 |
| | 0000044723439 | | | |
| | H A STEWART TRUCKING | | | |
| 5/29 | Check              1079 | 100.00- | | 8,204.92 |
| 5/30 | GREEN BROKERAGE     ACH | | 2,362.05 | 10,566.97 |
| | H A STEWART TRUCKING | | | |
| 5/30 | GREEN BROKERAGE     ACH | | 2,952.00 | 13,518.97 |
| | H A STEWART TRUCKING | | | |
| 5/31 | DBT CRD 0449 05/31/24 0005 | 1,331.58- | | 12,187.39 |
| | PENSKE TRK LSG 025410 | | | |
| | 209 E VIEW DR | | | |
| | MOUNT PLEASANPA C# 0543 | | | |
| 5/31 | Wex Inc             EFSLLC | 1,143.77- | | 11,043.62 |
| | 3770002015312 | | | |





**First Commonwealth**

Page 8

```
Business Solutions Checking        XXXXXXXXXXXX6794   (Continued)
                                Activity in Date Order
Date    Description                       Debit         Credit          Balance
            H.A. STEWART TRUCKING
5/31 H A Stewart Truc    Employe       3,347.82-                       7,695.80
         H A Stewart Truc
5/31 Pie Insurance Se    Pie Ins       6,631.00-                       1,064.80
         ST-H3H6K5N9J0Z0
            HUSSIEN STEWART
5/31 Service Charge                       25.00-        SC             1,039.80


                          --- CHECKS PAID SUMMARY ---
Date    Check No              Amount Date    Check No              Amount
5/07      1076             1,000.00  5/21      1078                100.00
5/24      1077               517.08  5/29      1079                100.00
* Denotes check paid out of sequence
```

## Referral Rewards



Earn rewards when friends, business owners and family you refer open and use a First Commonwealth Bank checking account.[1]

Get started in your First Commonwealth Bank online banking or mobile app. Once your friend registers for the referral offer using your personal referral link and completes the offer criteria, you will each receive a Mastercard® Reward Card.

1 Terms and conditions apply and are available at www.fcbanking.com/referafriend.

## Avoid Fraud

**Have you ever received a text message and thought, "was that my bank or a fraudster?"**

We will **never** send a text asking you for confidential information.
Even if the text message says it's from us, it's not. We won't ever ask you for information like usernames and passwords.

We will **never** ask for your two factor authentication code.
Two-factor authentication protects your accounts. But the codes you receive during the 2FA process should never be shared. If anyone ever asks for your 2FA code, it's a fraudster.



Explore our fraud resource center by scanning the QR code or visit fcbanking.com/resources/fraud-prevention-resources.



## Mastercard® Endless Surprises

Now through September 30, 2024, every eligible purchase you make with your First Commonwealth Bank® Mastercard will earn an entry for a chance to win a grand prize trip and more!

Choose from 14 trips, including carving the slopes of Jackson Hole or wandering the cobblestone streets in Puerto Rico. Every eligible tap, swipe and check out with your Mastercard gets you closer to the action.

Visit https://www.priceless.com for complete rules and details.

# H.A. Stewart Trucking LLC.
## Balance Sheet
### As of May 31, 2024

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| Checking - 1st Commonwealth 6794 | 1,039.80 |
| Citizens Bank (Business Checking) | 0.00 |
| insurance escrow | 0.00 |
| Loan to Shareholder | 0.00 |
| United Community | 0.00 |
| **Total Bank Accounts** | $ 1,039.80 |
| **Other Current Assets** | |
| Deposit on Purchase of Trailer | 0.00 |
| Deposit on Purchase of Vehicle | 5,450.43 |
| Payroll Advances to Employees | 0.00 |
| Uncategorized Asset | 0.00 |
| **Total Other Current Assets** | $ 5,450.43 |
| **Total Current Assets** | $ 6,490.23 |
| **Fixed Assets** | |
| Accumulated Depreciation | -216,981.33 |
| Vehicles | 459,998.70 |
| Vehicles - approved by Court | 270,249.43 |
| **Total Fixed Assets** | $ 513,266.80 |
| **TOTAL ASSETS** | $ 519,757.03 |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| Capital One Credit Card | 0.00 |
| Citizens Business Credit Card | 0.00 |
| Citizens Credit Card 6898 - 3 | 8,593.77 |
| Citizens Credit Card ending 9662 | 10,494.63 |
| XXXX6049 - 2 | 5,162.25 |
| **Total Credit Cards** | $ 24,250.65 |
| **Total Current Liabilities** | $ 24,250.65 |
| **Long-Term Liabilities** | |
| 1st Commonwealth Bank Loan Monthly Pmt $353.56 | 16,255.70 |
| Channel Loan - Citizens Bank 2022 | 0.00 |
| Channel Partners Citizens Bank Loan 2023 | 86,626.46 |
| Highway Commercial Loan Monthly Pmt $615.50 | 60,000.00 |
| Loan From Shareholder | 63,986.98 |
| Mazo Capital Solutions | 52,088.11 |
| Navitas Loan Monthly Pmt $1,436.16 | 138,099.14 |
| Navitas Loan Monthly Pmt $512.91 | 49,321.13 |
| Navitas Loan # 2 | 44,603.76 |
| Notes Payable - Alphonso Stewart | 0.00 |
| Notes Payable 1st Commonwealth | 25,936.43 |
| Notes Payable Navitas | 0.00 |

| | | |
|---|---:|---:|
| Notes Payable North Mills | | 117,315.63 |
| Notes Payable SBA | | 141,959.00 |
| Quality Equipment Finance | | 108,408.24 |
| Quickbooks Intuit Loan | | 42,502.04 |
| Vehicle Loan | | 0.00 |
| Vehicle Loan MHC | | 0.00 |
| **Total Long-Term Liabilities** | $ | **947,102.62** |
| **Total Liabilities** | $ | **971,353.27** |
| **Equity** | | |
| Opening Balance Equity | | -69.41 |
| Owner's Pay & Personal Expenses | | 21,900.00 |
| Retained Earnings | | -466,861.30 |
| Net Income | | -6,565.53 |
| **Total Equity** | -$ | **451,596.24** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **519,757.03** |

Wednesday, Jun 05, 2024 02:14:59 AM GMT-7 - Cash Basis

# H.A. Stewart Trucking LLC.
## Profit and Loss by Month
### January - May, 2024

|  | Jan 2024 | Feb 2024 | Mar 2024 | Apr 2024 | May 2024 | Total |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Sales | 60,062.07 | 80,931.39 | 61,923.12 | 45,335.44 | 36,324.11 | 284,576.13 |
| **Total Income** | $ 60,062.07 | $ 80,931.39 | $ 61,923.12 | $ 45,335.44 | $ 36,324.11 | $ 284,576.13 |
| **Gross Profit** | $ 60,062.07 | $ 80,931.39 | $ 61,923.12 | $ 45,335.44 | $ 36,324.11 | $ 284,576.13 |
| **Expenses** | | | | | | |
| Accounting | 470.40 | 1,095.40 | 895.40 | 95.40 | 195.40 | 2,752.00 |
| Bank Charges & Fees | 90.00 | 58.00 | 58.00 | 122.00 | 87.00 | 415.00 |
| Commissions and Fees | 2,139.43 | 2,427.94 | 1,857.71 | 1,360.08 | 1,089.72 | 8,874.88 |
| Company Car Payment |  | 1,500.00 | 2,500.00 | 2,000.00 | 1,000.00 | 7,000.00 |
| Dues & subscriptions | 161.88 | 159.75 | 164.01 | 161.88 | 1,322.68 | 1,970.20 |
| Escrow account |  |  |  | 0.00 |  | 0.00 |
| Fuel | 14,605.81 | 15,285.97 | 20,430.44 | 9,926.81 | 6,394.11 | 66,643.14 |
| IFTA Taxes | 65.45 |  |  | 92.12 |  | 157.57 |
| Insurance | 13,682.56 | 4,308.14 | 6,947.53 | 5,273.18 | 11,211.04 | 41,422.45 |
| Insurance Escrow Greenleaf | 250.00 |  |  |  |  | 250.00 |
| Interest Paid | 59.59 | 58.77 | 721.48 | 711.49 | 55.78 | 1,607.11 |
| Job Supplies | 427.34 | 148.18 |  |  |  | 575.52 |
| Lawyer Steidl and Steinberg | 1,000.00 | 2,000.00 |  |  |  | 3,000.00 |
| Medical Exam |  |  | 148.50 |  | 100.00 | 248.50 |
| Office Supplies & Software |  |  | 105.99 |  | 37.09 | 143.08 |
| Payroll Expenses | 11,165.97 | 17,101.52 | 23,729.92 | 14,721.31 | 13,885.25 | 80,603.97 |
| Payroll Expenses EIB | 772.86 | 429.30 | 439.68 | 456.22 | 556.01 | 2,654.07 |
| Payroll Expenses HRS + 401 K Ded | 3,255.01 | 2,436.40 | 2,436.40 | 2,710.91 | 2,383.72 | 13,222.44 |
| Payroll Taxes | 3,439.74 | 2,719.65 | 4,052.25 | 4,013.52 | 1,955.48 | 16,180.64 |
| Repairs & Maintenance | 1,800.00 | 3,268.13 | 2,743.22 | 1,837.34 | -3,899.84 | 5,748.85 |
| Subcontractors | 5,430.95 | 6,892.84 | 1,443.30 |  | 517.08 | 14,284.17 |
| Tags | 44.29 |  |  |  |  | 44.29 |
| Tolls and Parking |  | 1,096.45 |  |  |  | 1,096.45 |
| tow |  | 2,004.00 | 950.00 |  |  | 2,954.00 |
| Trailer Rental | 2,980.00 | 4,600.00 | 3,240.00 | 2,020.00 | 2,000.00 | 14,840.00 |
| Training | 210.00 | 595.00 |  |  |  | 805.00 |
| Truck Parts |  | 12.18 |  |  |  | 12.18 |
| Truck Wash |  |  |  |  | 83.53 | 83.53 |
| Utilities | 413.90 | 133.69 | 133.69 | 1,076.43 | 463.33 | 2,221.04 |
| Vehicle Leases |  |  |  |  | 1,331.58 | 1,331.58 |
| **Total Expenses** | $ 62,465.18 | $ 68,331.31 | $ 72,997.52 | $ 46,578.69 | $ 40,768.96 | $ 291,141.66 |
| **Net Operating Income** | -$ 2,403.11 | $ 12,600.08 | -$ 11,074.40 | -$ 1,243.25 | -$ 4,444.85 | -$ 6,565.53 |
| **Net Income** | -$ 2,403.11 | $ 12,600.08 | -$ 11,074.40 | -$ 1,243.25 | -$ 4,444.85 | -$ 6,565.53 |

Wednesday, Jun 05, 2024 02:16:30 AM GMT-7 - Cash Basis

First Commonwealth Bank.

Account: Checking 6794
Date: 6/12/2024



FOR DEPOSIT ONLY
Wabellco FCU
TELLER ID: JDP | BATCH ID: 49639
DATE: 5/3/2024
TIME: 13:47:53



H A STEWART TRUCKING LLC
PH. 412-512-8811
235 WEST CHESTNUT ST APT811
WASHINGTON, PA 15301

60-682/433    1076
DATE 5/2/2024

PAY TO THE ORDER OF  Smitty's    $ 1,000

ONE Thousand    DOLLARS

First Commonwealth Bank.
MEMBER FDIC  1-800-711-BANK (2265)
fcbanking.com

MEMO  Repairs #8840

**First Commonwealth Bank.**

Account: Checking 6794
Date: 6/12/2024





H A STEWART TRUCKING LLC
PH. 412-512-8811
235 WEST CHESTNUT ST APT811
WASHINGTON, PA 15301

60-682/433    1077
DATE 5/24/2024

PAY TO THE ORDER OF Nerman Kearney    $ 517.08

Five hundred seventeen — 08/100 DOLLARS

First Commonwealth Bank.
MEMBER FDIC  1-800-711-BANK (2265)
fcbanking.com

MEMO Payroll

 First Commonwealth Bank

Account: Checking 6794
Date: 6/12/2024





**H A STEWART TRUCKING LLC**
PH. 412-512-8811
235 WEST CHESTNUT ST APT811
WASHINGTON, PA 15301

60-682/433    1078
DATE 5/12/2024
PAY TO THE ORDER OF  Bendis K. Wattbury Financial  $ 100—
ONE hundred                                    00/100  DOLLARS

First Commonwealth Bank
MEMBER FDIC  1-800-711-BANK (2265)
fcbanking.com

MEMO Accounts Work

First Commonwealth Bank.

Account: Checking 6794
Date: 6/12/2024

20240528009402820154

