FILED
7/16/24 3:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 23-22125JAD |
| H.A. Stewart Trucking LLC, | : | Chapter 11 (Sub. V) |
| | : | |
| *Debtor*. | : | Related to ECF 144 |
| | : | |

## ORDER SETTING DEADLINES AND SCHEDULING
## HEARING ON PLAN CONFIRMATION
## (SUBCHAPTER V SMALL BUSINESS CASE)

**AND NOW**, upon consideration the *Amended Chapter 11 Subchapter V Plan of Reorganization* dated July 15, 2024 (the "Plan") filed by H.A. Stewart Trucking LLC (the "Debtor") in this case filed under subchapter V of title 11, and it appearing the Court has jurisdiction over this matter; and due notice of the filing of the *Plan* having been given; and just cause existing for the relief granted herein;

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. **Plan Confirmation Hearing Date.** The Court will conduct hearing on **September 3, 2024**, at **10:00 a.m.** via zoom with Judge Deller. To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: **https://www.zoomgov.com/j/16009283473** or alternatively, you may use the following Meeting ID: 160 0928 3473. Parties may also appear in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh PA 15219.

2. **Objection Deadline.** Objections to confirmation of the *Plan*, if any, must be in writing, must state the name of the objecting party, its interest in the chapter 11 case, the nature of the objection, and the basis for the objection, and must be filed with the Court and served in a manner so as to be received by the Debtor, counsel to the Debtor, and the United States Trustee by no later than August 26, 2024 the following addresses:

| **DEBTOR** | **DEBTOR'S COUNSEL** | Office of the U.S. Trustee |
|---|---|---|
| **H.A. Stewart Trucking LLC** 235 West Chestnut Street Apt. 811 Washington, PA 15301 | **Christopher M. Frye** Steidl & Steinberg Suite 2830 Gulf Tower 707 Grant Street Pittsburgh, PA 15219 | Jodi Hause Liberty Center, Suite 1316 1001 Liberty Avenue Pittsburgh, PA  15222 *United States Trustee* |

3.   **Deadline for § 1111(b) Elections.**   Any election by a secured creditor under 11 U.S.C. § 1111(b)(2) must be filed with the Court no later than 30 days after the date the Debtor's *Plan* was filed.

4.   **Balloting Deadline**.   The balloting deadline for voting on the *Plan* is **August 26, 2024.** All parties who are entitled to vote on the *Plan* must submit written ballots (either accepting or rejecting the *Plan*) to Debtor's counsel at the address listed in paragraph 2 of this *Order* so that the ballot is received no later than August 26, 2024.

5.   **Ballot Summary Deadline.**   The Debtor shall file a *Ballot Summary* no later than August 28, 2024.

6.   **Solicitation Package Deadline.**   On or before February 8, 2024, the Debtor shall send a *Solicitation Package* (defined herein) to each creditor or party-in-interest who is entitled to vote on the *Plan*.  The *Solicitation Package* shall include:  (i) a copy of this *Order*; (ii) the *Plan Summary*; (iii) the *Plan*; and (iv) a ballot conforming with Official Form 14.  The *Solicitation Package* shall also be served upon the United States Trustee (without a ballot).  A certificate of service indicating compliance with this paragraph shall be filed with the Court within three business days of service.

7.   **Confirmation Hearing Package Deadline.**   On or before February 8, 2024, the Debtor shall send a *Confirmation Hearing Package* (defined herein) to all creditors and parties-in-interest pursuant to Federal Bankruptcy Rule 2002 **to the extent such parties are not recipients of the Solicitation Package**.  Recipients of the *Confirmation Hearing Package* shall include each of the following:  (i) each person or entity that filed a proof of claim; (ii) each person or entity listed on the schedules (including any party to an executory contract); (iii) any party that filed a request for notice under Federal Bankruptcy Rule 2002; (iv) any known holders of claims or equity interests in the Debtor; and (v) any other party contained on the creditors' matrix maintained by the Court.  The *Confirmation Hearing Package* shall include: (i) this *Order*; (ii) the *Plan Summary*; and (iii) a notice containing: (a) a statement that the person or entity is not eligible to cast a vote on the *Plan*; and (b) instructions for requesting a copy of the *Plan* at no cost to the

requesting party. A certificate of service indicating compliance with this paragraph shall be filed with the Court within three business days.

Dated: July 16, 2024

                      JEFFERY A. DELLER jsf
                      UNITED STATES BANKRUPTCY JUDGE

<u>Case Administrator to mail to:</u>
Debtor

3

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22125-JAD |
| H.A. Stewart Trucking LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + H.A. Stewart Trucking LLC, 235 West Chestnut Street, Apt. 811, Washington, PA 15301-4396 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 18, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor H.A. Stewart Trucking LLC chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher P. Lacich | on behalf of Creditor Highway Commercial Services  Inc. clacich@roth-blair.com, kryan@roth-blair.com |
| Denise Carlon | on behalf of Creditor QL Titling Trust  LTD/Quality Leasing Co., Inc. dcarlon@kmllawgroup.com |
| Elvina Rofael | on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| James S. Fellin | |

jfellin@nottinghamgroup.com

Jodi Hause
on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Kate Bradley
on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Keri P. Ebeck
on behalf of Creditor Amur Equipment Finance Inc. kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Michael P. Kruszewski
on behalf of Creditor Highway Commercial Services Inc. mkruszewski@leechtishman.com, dbender@leechtishman.com;bankruptcy@leechtishman.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronald S. Canter
on behalf of Creditor Channel Partners Capital LLC rcanter@roncanterllc.com

TOTAL: 12