**Fill in this information to identify the case:**

Debtor Name H. A. Stewart Trucking LLC

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: 23-22125 JAD

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: June 2024

Date report filed: ____________ MM / DD / YYYY

Line of business: Trucking

NAISC code: ____________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Hussjen Ali Stewart, Member

Original signature of responsible party [signature]

Printed name of responsible party Hussien Ali Stewart

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☑ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☑ | ☒ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

CamScanner

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☑ | ☐ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☑ | ☐ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 1,039.80

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 36,931.10

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 33.539.13

22. **Net cash flow** + $ 3,391.97

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 4,431.77

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

CamScanner

Debtor Name H. A. Stewart Trucking LLC Case number 23-22125 JAD

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** *(Exhibit F)* $ 0.00

## 5. Employees

26. What was the number of employees when the case was filed? 2
27. What is the number of employees as of the date of this monthly report? 3

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** | – | Column B **Actual** | = | *Column C* **Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ | – | $ | = | $ |
| 33. **Cash disbursements** | $ | – | $ | = | $ |
| 34. **Net cash flow** | $ | – | $ | = | $ |

35. Total projected cash receipts for the next month: $
36. Total projected cash disbursements for the next month: - $
37. Total projected net cash flow for the next month: = $



Debtor Name H. A. Stewart Trucking LLC Case number 23-22125 JAD

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

CamScanner

# H.A. Stewart Trucking LLC.
## Balance Sheet
### As of June 30, 2024

| | Total |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| **Checking - 1st Commonwealth 6794** | 4,431.77 |
| **Citizens Bank (Business Checking)** | 0.00 |
| **insurance escrow** | 0.00 |
| **Loan to Shareholder** | 0.00 |
| **United Community** | 0.00 |
| **Total Bank Accounts** | **$ 4,431.77** |
| **Other Current Assets** | |
| **Deposit on Purchase of Trailer** | 0.00 |
| **Deposit on Purchase of Vehicle** | 5,450.43 |
| **Payroll Advances to Employees** | 0.00 |
| **Uncategorized Asset** | 0.00 |
| **Total Other Current Assets** | **$ 5,450.43** |
| **Total Current Assets** | **$ 9,882.20** |
| **Fixed Assets** | |
| **Accumulated Depreciation** | -216,981.33 |
| **Vehicles** | 459,998.70 |
| **Vehicles - approved by Court** | 270,249.43 |
| **Total Fixed Assets** | **$ 513,266.80** |
| **TOTAL ASSETS** | **$ 523,149.00** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| **Capital One Credit Card** | 0.00 |
| **Citizens Business Credit Card** | 0.00 |
| **Citizens Credit Card 6898 - 3** | 8,593.77 |
| **Citizens Credit Card ending 9662** | 10,494.63 |
| **XXXX6049 - 2** | 5,162.25 |
| **Total Credit Cards** | **$ 24,250.65** |
| **Total Current Liabilities** | **$ 24,250.65** |
| **Long-Term Liabilities** | |
| **1st Commonwealth Bank Loan Monthly Pmt $353.56** | 15,956.92 |
| **Channel Loan - Citizens Bank 2022** | 0.00 |
| **Channel Partners Citizens Bank Loan 2023** | 86,626.46 |
| **Highway Commercial Loan Monthly Pmt $615.50** | 60,000.00 |
| **Loan From Shareholder** | 63,986.98 |
| **Mazo Capital Solutions** | 52,088.11 |
| **Navitas Loan Monthly Pmt $1,436.16** | 137,138.74 |
| **Navitas Loan Monthly Pmt $512.91** | 48,978.13 |
| **Navitas Loan # 2** | 44,603.76 |
| **Notes Payable - Alphonso Stewart** | 0.00 |
| **Notes Payable 1st Commonwealth** | 25,936.43 |
| **Notes Payable Navitas** | 0.00 |

| | |
|---|---|
| **Notes Payable North MIlls** | 117,315.63 |
| **Notes Payable SBA** | 141,959.00 |
| **Quality Equipment Finance** | 108,408.24 |
| **Quickbooks Intuit Loan** | 42,502.04 |
| **Vehicle Loan** | 0.00 |
| **Vehicle Loan MHC** | 0.00 |
| **Total Long-Term Liabilities** | **$ 945,500.44** |
| **Total Liabilities** | **$ 969,751.09** |
| **Equity** | |
| **Opening Balance Equity** | -69.41 |
| **Owner's Pay & Personal Expenses** | 21,900.00 |
| **Retained Earnings** | -466,861.30 |
| **Net Income** | -1,571.38 |
| **Total Equity** | **-$ 446,602.09** |
| **TOTAL LIABILITIES AND EQUITY** | **$ 523,149.00** |
| | |
| | |
| | |

Tuesday, Jul 09, 2024 02:29:10 AM GMT-7 - Cash Basis

# H.A. Stewart Trucking LLC.
## Profit and Loss by Month
### January - June, 2024

| | Jan 2024 | Feb 2024 | Mar 2024 | Apr 2024 | May 2024 | Jun 2024 |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| **Sales** | 60,062.07 | 80,931.39 | 61,923.12 | 45,335.44 | 36,324.11 | 31,916.62 |
| **Total Income** | **$ 60,062.07** | **$ 80,931.39** | **$ 61,923.12** | **$ 45,335.44** | **$ 36,324.11** | **$ 31,916.62** |
| **Gross Profit** | **$ 60,062.07** | **$ 80,931.39** | **$ 61,923.12** | **$ 45,335.44** | **$ 36,324.11** | **$ 31,916.62** |
| **Expenses** | | | | | | |
| **Accounting** | 470.40 | 1,095.40 | 895.40 | 95.40 | 195.40 | 95.40 |
| **Bank Charges & Fees** | 90.00 | 58.00 | 58.00 | 122.00 | 87.00 | 55.00 |
| **Commissions and Fees** | 2,139.43 | 2,427.94 | 1,857.71 | 1,360.08 | 1,089.72 | 957.50 |
| **Company Car Payment** | | 1,500.00 | 2,500.00 | 2,000.00 | 1,000.00 | |
| **Dues & subscriptions** | 161.88 | 159.75 | 164.01 | 161.88 | 1,322.68 | 2.13 |
| **Escrow account** | | | | 0.00 | | |
| **Fuel** | 14,605.81 | 15,285.97 | 20,430.44 | 9,926.81 | 6,394.11 | 6,268.07 |
| **IFTA Taxes** | 65.45 | | | 92.12 | | |
| **Insurance** | 13,682.56 | 4,308.14 | 6,947.53 | 5,273.18 | 11,211.04 | -6,631.00 |
| **Insurance Escrow Greenleaf** | 250.00 | | | | | |
| **Interest Paid** | 59.59 | 58.77 | 721.48 | 711.49 | 55.78 | 700.45 |
| **Job Supplies** | 427.34 | 148.18 | | | | |
| **Lawyer Steidl and Steinberg** | 1,000.00 | 2,000.00 | | | | |
| **Medical Exam** | | | 148.50 | | 100.00 | |
| **Office Supplies & Software** | | | 105.99 | | 37.09 | |
| **Payroll Expenses** | 11,165.97 | 17,101.52 | 23,729.92 | 14,721.31 | 13,885.25 | 14,689.77 |
| **Payroll Expenses EIB** | 772.86 | 429.30 | 439.68 | 456.22 | 556.01 | 469.96 |
| **Payroll Expenses HRS + 401 K Ded** | 3,255.01 | 2,436.40 | 2,436.40 | 2,710.91 | 2,383.72 | 1,803.81 |
| **Payroll Taxes** | 3,439.74 | 2,719.65 | 4,052.25 | 4,013.52 | 1,955.48 | 1,407.83 |
| **Repairs & Maintenance** | 1,800.00 | 3,268.13 | 2,743.22 | 1,837.34 | -3,899.84 | 2,154.00 |
| **Subcontractors** | 5,430.95 | 6,892.84 | 1,443.30 | | 517.08 | |
| **Tags** | 44.29 | | | | | |
| **Tolls and Parking** | | 1,096.45 | | | | |
| **tow** | | 2,004.00 | 950.00 | | | |
| **Trailer Rental** | 2,980.00 | 4,600.00 | 3,240.00 | 2,020.00 | 2,000.00 | 1,720.00 |
| **Training** | 210.00 | 595.00 | | | | |
| **Truck Parts** | | 12.18 | | | | |
| **Truck Wash** | | | | | 83.53 | |
| **Utilities** | 413.90 | 133.69 | 133.69 | 1,076.43 | 463.33 | 463.33 |
| **Vehicle Leases** | | | | | 1,331.58 | 2,766.22 |
| **Total Expenses** | **$ 62,465.18** | **$ 68,331.31** | **$ 72,997.52** | **$ 46,578.69** | **$ 40,768.96** | **$ 26,922.47** |
| **Net Operating Income** | **-$ 2,403.11** | **$ 12,600.08** | **-$ 11,074.40** | **-$ 1,243.25** | **-$ 4,444.85** | **$ 4,994.15** |
| **Net Income** | **-$ 2,403.11** | **$ 12,600.08** | **-$ 11,074.40** | **-$ 1,243.25** | **-$ 4,444.85** | **$ 4,994.15** |

Tuesday, Jul 09, 2024 02:30:43 AM GMT-7 - Cash Basis

| Total |
|---|
| |
| 316,492.75 |
| **$ 316,492.75** |
| **$ 316,492.75** |
| |
| 2,847.40 |
| 470.00 |
| 9,832.38 |
| 7,000.00 |
| 1,972.33 |
| 0.00 |
| 72,911.21 |
| 157.57 |
| 34,791.45 |
| 250.00 |
| 2,307.56 |
| 575.52 |
| 3,000.00 |
| 248.50 |
| 143.08 |
| 95,293.74 |
| 3,124.03 |
| 15,026.25 |
| 17,588.47 |
| 7,902.85 |
| 14,284.17 |
| 44.29 |
| 1,096.45 |
| 2,954.00 |
| 16,560.00 |
| 805.00 |
| 12.18 |
| 83.53 |
| 2,684.37 |
| 4,097.80 |
| **$ 318,064.13** |
| **-$ 1,571.38** |
| **-$ 1,571.38** |

First Commonwealth

First Commonwealth Bank
PO Box 400
Indiana, PA 15701-0400
Address Service Requested

Page 1
Statement Date:
06/28/2024
234 Y XXXXXXXXXXXX6794
HAK5349

#BWNMCMC
00001661 MFCBI153860629240656 01 000000000



H A Stewart Trucking LLC
Debtor in Possession #23-22125
235 West Chestnut St APT811
Washington PA 15301

**Customer Service Information**

Personal Service: 1-800-711-BANK (2265)
Monday - Friday 7:00 a.m. - 7:00 p.m.
Saturday - Sunday 8:00 a.m. - 2:00 p.m.
Automated Service: 24 hours, 7 days
Main Office:
First Commonwealth, PO Box 400,
Indiana, PA 15701-0400

Download our app or visit us at www.fcbanking.com for Online Banking and Bill Payment.

Visit Us On Facebook: First Commonwealth Bank

00001661-0349396-0001-0007-MFCBI153860629240656-32-L

Enrolling in eStatements is easy. Just click the eNotices tab within your Online Banking to start receiving email notifications when your statements are ready to be viewed.

---

Summary of Bank Accounts

| Account # | Account Type | Ending Balance |
|---|---|---|
| XXXXXXXXXXXX6794 | Business Solutions Checking | 4,431.77 |

CHECKING ACCOUNTS

Account Holder: H A Stewart Trucking LLC
Debtor in Possession #23-22125

Business Solutions Checking

| | | | |
|---|---|---|---|
| Account Number | XXXXXXXXXXXX6794 | Statement Dates | 6/03/24 thru 6/30/24 |
| Beginning Balance | 1,039.80 | Days in the statement period | 28 |
| 11 Deposits/Credits | 36,931.10 | Average Daily Balance | 4,353.98 |
| 36 Checks/Debits | 33,514.13 | Average Collected | 4,353.98 |
| Total Service Charges | 25.00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 4,431.77 | | |

---

Service Charge Detail

| Date | Description | Amount |
|---|---|---|
| 6/28 | Service Charge | 25.00 |

---

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 6/03 | Stop Pay Return | | 6,631.00 | 7,670.80 |
| 6/03 | DBT CRD 1909 06/02/24 0679 VZWRLSS*APOCC VISB | 180.11- | | 7,490.69 |

FIRST Commonwealth Bank

First Commonwealth Bank
PO Box 400
Indiana, PA 15701-0400
Address Service Requested

## RECONCILEMENT WORKSHEET

Before you begin to balance your account with this statement, **make sure all items shown on the statement have been entered in your records, including any interest earned or service fees assessed.** Then follow the instructions below to reconcile your account.

| | |
|---|---|
| 1. **Ending** balance from statement: | $ |
| **List** deposits/credits not shown on statement: | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| 2. **SUBTOTAL** deposits not on statement: | $ |
| **List** outstanding checks/debits not shown on statement: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| 3. **SUBTOTAL** debits not on statement: | $ |
| 4. **TOTAL** outstanding transactions 2 - 3: | $ |
| 5. **UPDATED BALANCE** 1+4: | $ |

=

| | |
|---|---|
| 1. **Balance** shown in your checkbook: | $ |
| **List** deposits/credits not entered in your checkbook: | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| Account interest | $ |
| 2. **SUBTOTAL** deposits not on statement: | $ |
| **List** service charges and other account charges not in checkbook: | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| 3. **SUBTOTAL** debits not on statement: | $ |
| 4. **TOTAL** outstanding transactions 2 - 3: | $ |
| 5. **UPDATED BALANCE** 1+4: | $ |

## ELECTRONIC FUNDS TRANSFER

In case of errors or questions about your electronic transfers, call us at 800.711.2265, or write us as soon as you can at EFT Processing, P.O. Box 400, Indiana, Pa., 15701-0400. If you think your statement or receipt is incorrect or you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Provide us with your name and account number (if any.)
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Provide us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will adjust your account for the amount you think is in error, so that you will have use of the money during the time it takes for us to complete our investigation.

Member FDIC

00001661-0349397-0002-0007-MFCBI153860629240656-32-L





Business Solutions Checking XXXXXXXXXXXX6794 (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | 899 HEATHROW PARK LN<br>800-922-0204FL C# 0543 | | | |
| 6/03 | Check 1081 | 1,949.07- | | 5,541.62 |
| 6/04 | PAYCHEX TPS TAXES<br>07610500006387X<br><br>H A STEWART TRUCKING | 306.21- | | 5,235.41 |
| 6/05 | POS DEB 0940 06/05/24 0091<br>Speedway<br>50 Angelina Avenue<br>McKees RocksPA C# 0543 | 94.00- | | 5,141.41 |
| 6/05 | PAYCHEX EIB INVOICE<br>X07624200041491<br><br>H A STEWART TRUCKING | 117.49- | | 5,023.92 |
| 6/05 | PAYCHEX-HRS 401(K)<br>0000044787879<br><br>H A STEWART TRUCKING | 407.02- | | 4,616.90 |
| 6/06 | GREEN BROKERAGE ACH<br>H A STEWART TRUCKING | | 3,548.80 | 8,165.70 |
| 6/06 | GREEN BROKERAGE ACH<br>H A STEWART TRUCKING | | 4,039.68 | 12,205.38 |
| 6/07 | POS DEB 1746 06/07/24 0508<br>GOOGLE *GOOGLE STORAGE<br>MOUNTAIN VIEWCA<br>Card# 0543 | 2.13- | | 12,203.25 |
| 6/07 | DBT CRD 2141 06/06/24 4838<br>SHEETZ 2751 00027516<br>3636 ROUTE 31<br>DONEGALPA C# 0543 | 78.00- | | 12,125.25 |
| 6/07 | DBT CRD 2127 06/06/24 0005<br>PENSKE TRK LSG 025410<br>209 E VIEW DR<br>MOUNT PLEASANPA C# 0543 | 1,331.58- | | 10,793.67 |

00001661-0349398-0003-0007-MFCBI153860629240656-32-L





Business Solutions Checking XXXXXXXXXXXX6794 (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 6/07 | Wex Inc EFSLLC<br>3770002015312<br><br>H.A. STEWART TRUCKING | 1,681.50- | | 9,112.17 |
| 6/07 | H A Stewart Truc Employe<br>H A Stewart Truc | 3,983.27- | | 5,128.90 |
| 6/07 | Account Analysis Fee | 30.00- | | 5,098.90 |
| 6/10 | POS DEB 1139 06/10/24 0021<br>Speedway<br>5603 Grand Ave<br>PittsburghPA C# 0543 | 84.25- | | 5,014.65 |
| 6/10 | Check 1082 | 2,154.00- | | 2,860.65 |
| 6/11 | PAYCHEX TPS TAXES<br>07693400007971X<br><br>H A STEWART TRUCKING | 350.34- | | 2,510.31 |
| 6/12 | PAYCHEX EIB INVOICE<br>X07706700011472<br><br>H A STEWART TRUCKING | 117.49- | | 2,392.82 |
| 6/12 | PAYCHEX-HRS 401(K)<br>0000044851995<br><br>H A STEWART TRUCKING | 407.02- | | 1,985.80 |
| 6/13 | GREEN BROKERAGE ACH<br>H A STEWART TRUCKING | | 2,560.49 | 4,546.29 |
| 6/13 | GREEN BROKERAGE ACH<br>H A STEWART TRUCKING | | 4,839.69 | 9,385.98 |
| 6/14 | DBT CRD 1802 06/13/24 0004<br>PENSKE TRK LSG 025410<br>209 E VIEW DR<br>MOUNT PLEASANPA C# 0543 | 160.00- | | 9,225.98 |
| 6/14 | DBT CRD 1758 06/13/24 0004<br>PENSKE TRK LSG 025410 | 1,331.58- | | 7,894.40 |

00001661-0349399-0004-0007-MFCBI153860629240656-32-L





FIRST Commonwealth

Business Solutions Checking XXXXXXXXXXXX6794 (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | 209 E VIEW DR<br>MOUNT PLEASANPA C# 0543 | | | |
| 6/14 | PAYCHEX-HRS HRS PMT<br>45949825 | 175.73- | | 7,718.67 |
| | H A STEWART TRUCKING | | | |
| 6/14 | Wex Inc EFSLLC<br>3770002015312 | 766.05- | | 6,952.62 |
| | H.A. STEWART TRUCKING | | | |
| 6/14 | H A Stewart Truc Employe<br>H A Stewart Truc | 3,207.62- | | 3,745.00 |
| 6/17 | PAYCHEX TPS TAXES<br>07782100003333X | 489.55- | | 3,255.45 |
| | H A STEWART TRUCKING | | | |
| 6/17 | Electronic transfer | 353.56- | | 2,901.89 |
| 6/18 | CREDIT 1717 06/17/24 0004264<br>PENSKE TRK LSG 025410<br>209 E VIEW DR<br>MOUNT PLEASANPA C# 0543 | | 93.98 | 2,995.87 |
| 6/18 | PAYCHEX EIB INVOICE<br>X07792500018578 | 117.49- | | 2,878.38 |
| | H A STEWART TRUCKING | | | |
| 6/18 | PAYCHEX-HRS 401(K)<br>0000044917385 | 407.02- | | 2,471.36 |
| | H A STEWART TRUCKING | | | |
| 6/20 | CREDIT 1727 06/19/24 0005905<br>PENSKE TRK LSG 025410<br>209 E VIEW DR<br>MOUNT PLEASANPA C# 0543 | | 967.00 | 3,438.36 |
| 6/21 | GREEN BROKERAGE ACH<br>H A STEWART TRUCKING | | 1,523.54 | 4,961.90 |
| 6/21 | GREEN BROKERAGE ACH | | 3,323.36 | 8,285.26 |

00001661-0349400-0005-0007-MFCBI153860629240656-32-L







Business Solutions Checking XXXXXXXXXXXX6794 (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 6/21 | Wex Inc EFSLLC<br>H A STEWART TRUCKING<br>3770002015312 | 2,148.56- | | 6,136.70 |
| 6/21 | H A Stewart Truc Employe<br>H.A. STEWART TRUCKING | 3,251.28- | | 2,885.42 |
| 6/25 | PAYCHEX TPS TAXES<br>H A Stewart Truc<br>07875900004131X | 261.73- | | 2,623.69 |
| 6/26 | PAYCHEX EIB INVOICE<br>H A STEWART TRUCKING<br>X07887100006563 | 117.49- | | 2,506.20 |
| 6/26 | PAYCHEX-HRS 401(K)<br>H A STEWART TRUCKING<br>0000044990645 | 407.02- | | 2,099.18 |
| 6/27 | GREEN BROKERAGE ACH<br>H A STEWART TRUCKING | | 2,654.45 | 4,753.63 |
| 6/27 | GREEN BROKERAGE ACH<br>H A STEWART TRUCKING | | 6,749.11 | 11,502.74 |
| 6/27 | DDA B/P 1105 06/27/24 1120<br>H A STEWART TRUCKING<br>INTUIT 18004INTUIT<br>MOUNTAIN VIEWCA<br>Card# 0543 | 95.40- | | 11,407.34 |
| 6/27 | DBT CRD 0812 06/27/24 1531<br>COMCAST THREERIVERS,PA<br>15 SUMMIT PARK DR<br>800-COMCASTPA C# 0543 | 283.22- | | 11,124.12 |
| 6/27 | DBT CRD 1751 06/26/24 6304<br>PENSKE TRK LSG 025410<br>209 E VIEW DR<br>MOUNT PLEASANPA C# 0543 | 1,004.04- | | 10,120.08 |






Business Solutions Checking XXXXXXXXXXXX6794 (Continued)

Activity in Date Order

| Date | Description | | Debit | Credit | | Balance |
|---|---|---|---|---|---|---|
| 6/28 | Wex Inc 3770002015312 H.A. STEWART TRUCKING | EFSLLC | 1,415.71- | | | 8,704.37 |
| 6/28 | H A Stewart Truc H A Stewart Truc | Employe | 4,247.60- | | | 4,456.77 |
| 6/28 | Service Charge | | 25.00- | | SC | 4,431.77 |

--- CHECKS PAID SUMMARY ---

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 6/03 | 1081 | 1,949.07 | 6/10 | 1082 | 2,154.00 |

* Denotes check paid out of sequence

## Referral Rewards

**Earn rewards when friends, business owners and family you refer open and use a First Commonwealth Bank checking account.[1]**

Get started in your First Commonwealth Bank online banking or mobile app. Once your friend registers for the referral offer using your personal referral link and completes the offer criteria, you will each receive a Mastercard® Reward Card.

1 Terms and conditions apply and are available at www.fcbanking.com/referafriend.

## Avoid Fraud

**Have you ever received a text message and thought, "was that my bank or a fraudster?"**

**We will never send a text asking you for confidential information.**
Even if the text message says it's from us, it's not. We won't ever ask you for information like usernames and passwords.

**We will never ask for your two factor authentication code.**
Two-factor authentication protects your accounts. But the codes you receive during the 2FA process should never be shared. If anyone ever asks for your 2FA code, it's a fraudster.

*Explore our fraud resource center by scanning the QR code or visit fcbanking.com/resources/fraud-prevention-resources.*

## Mastercard® Endless Surprises

**Now through September 30, 2024, every eligible purchase you make with your First Commonwealth Bank® Mastercard will earn an entry for a chance to win a grand prize trip and more!**

Choose from 14 trips, including carving the slopes of Jackson Hole or wandering the cobblestone streets in Puerto Rico. Every eligible tap, swipe and check out with your Mastercard gets you closer to the action.

**Visit https://www.priceless.com for complete rules and details.**

H. A. Stewart Trucking LLC
Monthly Report June 2024 – Explanation

Question: 8 – We are currently working on establishing a plan to begin to pay the missed trustee payments. In the preceding months the business encountered a higher-than-normal tow bill along with repairs.

Question: 14 – We are now renting 2 truck due to the past unexpected events that occurred with the trucks we were attempting to purchase.

First Commonwealth Bank

Account: Checking 6794
Date: 7/5/2024

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER. HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED
H A STEWART TRUCKING LLC
PH. 412-512-8811
235 WEST CHESTNUT ST APT811
WASHINGTON, PA 15301
60-682/433
1081
DATE 4/1/2024
PAY TO THE ORDER OF NAVITAS
$ 1,949.07
ONE thousand NINE hundred fourty NINE 07/100 DOLLARS
First Commonwealth Bank.
MEMBER FDIC 1-800-711-BANK (2265)
fcbanking.com
MEMO Truck payment
Security features Details on back



Account: Checking 6794
Date: 7/5/2024

FOR DEPOSIT ONLY
Wabellco FCU
TELLER ID: JDP | BATCH ID: 44654
DATE: 6/7/2024
TIME: 12:24:54

H A STEWART TRUCKING LLC
PH. 412-512-8811
235 WEST CHESTNUT ST APT811
WASHINGTON, PA 15301

60-682/433 1082

DATE 6/7/2024

PAY TO THE ORDER OF Smitty's $ 2,154—

Two thousands one hundred fifty four DOLLARS

28840

First Commonwealth Bank
MEMBER FDIC 1-800-711-BANK (2265)
fcbanking.com

MEMO Repairs