**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Bankruptcy Case No. 23-22125 JAD |
| H.A. Stewart Trucking LLC, | Chapter 11 |
| Debtor | |

### SUMMARY OF BALLOTS REGARDING SMALL BUSINESS DEBTOR'S AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED AS OF JULY 15, 2024

**Christopher M. Frye, Esquire**
**PA ID No. 208402**
**Steidl & Steinberg**
**Suite 2830 Gulf Tower**
**707 Grant Street**
**Pittsburgh, PA  15219**
**412-391-8000**
**Counsel for Debtor**

## BALLOT SUMMARY

### Class 1 – United States of America Small Business Administration - Impaired

Class 1 did not submit a ballot with respect to the Debtor's Plan. Pursuant to the Plan, a Class of creditors that opts not to vote to either accept or reject the Plan shall have been deemed to **ACCEPT** the Plan.

### Class 2 – Navitas Credit Corp. - Impaired

Class 2 submitted a ballot that **ACCEPTS** the Debtor's Plan.

### Class 3 – First Commonwealth Bank - Impaired

Class 3 did not submit a ballot but the Debtor and First Commonwealth Bank entered into a Stipulation with respect to the Plan treatment of First Commonwealth Bank at Docket No. 123 that is incorporated into this Plan. First Commonwealth Bank **ACCCEPTS** the Debtor's Plan subject to the approval of the filed Stipulation.

### Class 4 – Secured Claim with Collateral to be Surrendered - Unimpaired

Class 4 is not impaired and not entitled to vote on the Plan.

### Class 5 – General Unsecured Creditors - Impaired

|  | NUMBER OF VOTES | AMOUNT |
|---|---|---|
| ACCEPT | 3 | $250,115.61 |
| REJECT | 0 | $0.00 |

.

### Class 6 – Equity Security Holders - Unimpaired

Class 6 is not impaired and not entitled to vote on the Plan.

**NOTE: ALL ORIGINAL BALLOTS ARE BEING HELD BY CHRISTOPHER M. FRYE, ESQUIRE, COUNSEL FOR THE DEBTOR AND ARE AVAILABLE FOR**

**<u>INSPECTION UPON REQUEST</u>.**

                            Respectfully submitted,

| | |
|---|---|
| <u>August 29, 2024</u> | <u>/s/ Christopher M. Frye</u> |
| DATE | Christopher M. Frye, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG, P.C. |
| | Suite 2830 – Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | PA I. D. No.  208402 |
| | chris.frye@steidl-steinberg.com |