**Fill in this information to identify the case:**

Debtor Name: H. A. Stewart Trucking LLC

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: 23-22125 JAD

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: August 2024

Date report filed: _____
MM / DD / YYYY

Line of business: Trucking

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Hussien Ali Stewart, Member

Original signature of responsible party: /s/ Hussien Ali Stewart

Printed name of responsible party: Hussien Ali Stewart

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☑ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  H. A. Stewart Trucking LLC                              Case number  23-22125 JAD

17. Have you paid any bills you owed before you filed bankruptcy?  ☑ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 559.58

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 62,575.74

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 59,615.45

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 2,960.29

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 3,519.87

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00
    (Exhibit E)

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 2



Debtor Name  H. A. Stewart Trucking LLC                         Case number  23-22125 JAD

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                                                $ _____0.00_____

    (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?       _____2_____
27. What is the number of employees as of the date of this monthly report?   _____4_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00_____
30. How much have you paid this month in other professional fees?   $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?   $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected | – | Column B<br>Actual | = | Column C<br>Difference |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. Cash receipts | $ _____ | – | $ _____ | = | $ _____ |
| 33. Cash disbursements | $ _____ | – | $ _____ | = | $ _____ |
| 34. Net cash flow | $ _____ | – | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                  $ _____
36. Total projected cash disbursements for the next month:           – $ _____
37. Total projected net cash flow for the next month:                  = $ _____



Debtor Name  H. A. Stewart Trucking LLC          Case number  23-22125 JAD

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



# H.A. Stewart Trucking LLC.
## Profit and Loss by Month
### January - August, 2024

| | Jan 2024 | Feb 2024 | Mar 2024 | Apr 2024 | May 2024 | Jun 2024 |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
|   Sales | 60,062.07 | 80,931.39 | 61,923.12 | 45,335.44 | 36,324.11 | 31,916.62 |
| **Total Income** | **$ 60,062.07** | **$ 80,931.39** | **$ 61,923.12** | **$ 45,335.44** | **$ 36,324.11** | **$ 31,916.62** |
| **Gross Profit** | **$ 60,062.07** | **$ 80,931.39** | **$ 61,923.12** | **$ 45,335.44** | **$ 36,324.11** | **$ 31,916.62** |
| **Expenses** | | | | | | |
|   **Accounting** | 470.40 | 1,095.40 | 895.40 | 95.40 | 195.40 | 95.40 |
|   **Bank Charges & Fees** | 90.00 | 58.00 | 58.00 | 122.00 | 87.00 | 55.00 |
|   **Commissions and Fees** | 2,139.43 | 2,427.94 | 1,857.71 | 1,360.08 | 1,089.72 | 957.50 |
|   **Company Car Payment** | | 1,500.00 | 2,500.00 | 2,000.00 | 1,000.00 | |
|   **Dues & subscriptions** | 161.88 | 159.75 | 164.01 | 161.88 | 1,322.68 | 2.13 |
|   **Escrow account** | | | | 0.00 | | |
|   Fuel | 14,605.81 | 15,285.97 | 20,430.44 | 9,926.81 | 6,394.11 | 6,268.07 |
|   **IFTA Taxes** | 65.45 | | | 92.12 | | |
|   Insurance | 13,682.56 | 4,308.14 | 6,947.53 | 5,273.18 | 11,211.04 | -6,631.00 |
|   **Insurance Escrow Greenleaf** | 250.00 | | | | | |
|   **Interest Paid** | 59.59 | 58.77 | 721.48 | 711.49 | 55.78 | 700.45 |
|   **Job Supplies** | 427.34 | 148.18 | | | | |
|   **Lawyer Steidl and Steinberg** | 1,000.00 | 2,000.00 | | | | |
|   **Medical Exam** | | | 148.50 | | 100.00 | |
|   **Office Supplies & Software** | | | 105.99 | | 37.09 | |
|   **Payroll Expenses** | 11,165.97 | 17,101.52 | 23,729.92 | 14,721.31 | 13,885.25 | 14,689.77 |
|   **Payroll Expenses EIB** | 772.86 | 429.30 | 439.68 | 456.22 | 556.01 | 469.96 |
|   **Payroll Expenses HRS + 401 K Ded** | 3,255.01 | 2,436.40 | 2,436.40 | 2,710.91 | 2,383.72 | 1,803.81 |
|   **Payroll Taxes** | 3,439.74 | 2,719.65 | 4,052.25 | 4,013.52 | 1,955.48 | 1,407.83 |
|   **Repairs & Maintenance** | 1,800.00 | 3,268.13 | 2,743.22 | 1,837.34 | -3,899.84 | 2,154.00 |
|   Subcontractors | 5,430.95 | 6,892.84 | 1,443.30 | | 517.08 | |
|   **Tags** | 44.29 | | | | | |
|   **Tolls and Parking** | | 1,096.45 | | | | |
|   tow | | 2,004.00 | 950.00 | | | |
|   **Trailer Rental** | 2,980.00 | 4,600.00 | 3,240.00 | 2,020.00 | 2,000.00 | 1,720.00 |
|   **Training** | 210.00 | 595.00 | | | | |
|   **Truck Parts** | | 12.18 | | | | |
|   **Truck Wash** | | | | | 83.53 | |
|   Utilities | 413.90 | 133.69 | 133.69 | 1,076.43 | 463.33 | 463.33 |
|   Vehicle Leases | | | | | 1,331.58 | 2,766.22 |
| **Total Expenses** | **$ 62,465.18** | **$ 68,331.31** | **$ 72,997.52** | **$ 46,578.69** | **$ 40,768.96** | **$ 26,922.47** |
| **Net Operating Income** | **-$ 2,403.11** | **$ 12,600.08** | **-$ 11,074.40** | **-$ 1,243.25** | **-$ 4,444.85** | **$ 4,994.15** |
| **Net Income** | **-$ 2,403.11** | **$ 12,600.08** | **-$ 11,074.40** | **-$ 1,243.25** | **-$ 4,444.85** | **$ 4,994.15** |

Wednesday, Sep 11, 2024 01:36:19 PM GMT-7 - Cash Basis

| Jul 2024 | Aug 2024 | Total |
|---:|---:|---:|
| 40,035.36 | 68,407.99 | 424,936.10 |
| $ 40,035.36 | $ 68,407.99 | $ 424,936.10 |
| $ 40,035.36 | $ 68,407.99 | $ 424,936.10 |
| 95.40 | 404.94 | 3,347.74 |
| 157.00 | 55.00 | 682.00 |
| 1,201.05 | 2,052.25 | 13,085.68 |
|  |  | 7,000.00 |
| 2.13 | 493.88 | 2,468.34 |
|  |  | 0.00 |
| 7,216.30 | 10,258.16 | 90,385.67 |
| 111.41 |  | 268.98 |
|  | 5,501.00 | 40,292.45 |
|  |  | 250.00 |
|  |  | 2,307.56 |
|  |  | 575.52 |
|  |  | 3,000.00 |
|  |  | 248.50 |
|  |  | 143.08 |
| 17,468.21 | 22,724.80 | 135,486.75 |
| 617.45 | 481.03 | 4,222.51 |
| 2,568.91 | 2,552.78 | 20,147.94 |
| 2,693.75 | 3,216.39 | 23,498.61 |
|  |  | 7,902.85 |
|  | 1,531.91 | 15,816.08 |
|  |  | 44.29 |
|  |  | 1,096.45 |
|  |  | 2,954.00 |
| 2,180.00 | 3,780.00 | 22,520.00 |
|  |  | 805.00 |
|  |  | 12.18 |
|  |  | 83.53 |
| 465.73 | 474.96 | 3,625.06 |
| 9,130.21 | 11,920.60 | 25,148.61 |
| $ 43,907.55 | $ 65,447.70 | $ 427,419.38 |
| -$ 3,872.19 | $ 2,960.29 | -$ 2,483.28 |
| -$ 3,872.19 | $ 2,960.29 | -$ 2,483.28 |

# H.A. Stewart Trucking LLC.
## Balance Sheet
### As of August 31, 2024

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| Checking - 1st Commonwealth 6794 | 3,519.87 |
| Citizens Bank (Business Checking) | 0.00 |
| insurance escrow | 0.00 |
| Loan to Shareholder | 0.00 |
| United Community | 0.00 |
| **Total Bank Accounts** | **$ 3,519.87** |
| **Other Current Assets** | |
| Deposit on Purchase of Trailer | 0.00 |
| Deposit on Purchase of Vehicle | 5,450.43 |
| Payroll Advances to Employees | 0.00 |
| Uncategorized Asset | 0.00 |
| **Total Other Current Assets** | **$ 5,450.43** |
| **Total Current Assets** | **$ 8,970.30** |
| **Fixed Assets** | |
| Accumulated Depreciation | -216,981.33 |
| Vehicles | 459,998.70 |
| Vehicles - approved by Court | 270,249.43 |
| **Total Fixed Assets** | **$ 513,266.80** |
| **TOTAL ASSETS** | **$ 522,237.10** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| Capital One Credit Card | 0.00 |
| Citizens Business Credit Card | 0.00 |
| Citizens Credit Card 6898 - 3 | 8,593.77 |
| Citizens Credit Card ending 9662 | 10,494.63 |
| XXXX6049 - 2 | 5,162.25 |
| **Total Credit Cards** | **$ 24,250.65** |
| **Total Current Liabilities** | **$ 24,250.65** |
| **Long-Term Liabilities** | |
| 1st Commonwealth Bank  Loan   Monthly  Pmt  $353.56 | 15,956.92 |
| Channel Loan - Citizens Bank 2022 | 0.00 |
| Channel Partners Citizens Bank Loan 2023 | 86,626.46 |
| Highway Commercial   Loan   Monthly  Pmt  $615.50 | 60,000.00 |
| Loan From Shareholder | 63,986.98 |
| Mazo Capital Solutions | 52,088.11 |
| Navitas Loan  Monthly  Pmt  $1,436.16 | 137,138.74 |
| Navitas Loan  Monthly  Pmt  $512.91 | 48,978.13 |
| Navitas Loan # 2 | 44,603.76 |
| Notes Payable - Alphonso Stewart | 0.00 |
| Notes Payable 1st Commonwealth | 25,936.43 |
| Notes Payable Navitas | 0.00 |

|  |  |  |
|---|---:|---:|
| **Notes Payable North Mills** |  | 117,315.63 |
| **Notes Payable SBA** |  | 141,959.00 |
| **Quality Equipment Finance** |  | 108,408.24 |
| **Quickbooks Intuit Loan** |  | 42,502.04 |
| **Vehicle Loan** |  | 0.00 |
| **Vehicle Loan MHC** |  | 0.00 |
| **Total Long-Term Liabilities** | $ | **945,500.44** |
| **Total Liabilities** | $ | **969,751.09** |
| **Equity** |  |  |
| Opening Balance Equity |  | -69.41 |
| Owner's Pay & Personal Expenses |  | 21,900.00 |
| Retained Earnings |  | -466,861.30 |
| Net Income |  | -2,483.28 |
| **Total Equity** | -$ | **447,513.99** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **522,237.10** |

Wednesday, Sep 11, 2024 01:35:15 PM GMT-7 - Cash Basis



**First Commonwealth**
First Commonwealth Bank
PO Box 400
Indiana, PA 15701-0400
**Address Service Requested**

```
                                                           Page      1
                                                        Statement Date:
                                                           08/30/2024
                                           234   Y  XXXXXXXXXXXX6794
                                                           HAK5349
```

```
#BWNMCMC
  00000834 MFCBI153860831240716 01 000000000
H A Stewart Trucking LLC
Debtor in Possession #23-22125
235 West Chestnut St APT811
Washington PA 15301
```

**Customer Service Information**

**Personal Service:** 1-800-711-BANK (2265)
Monday - Friday 7:00 a.m. - 7:00 p.m.
Saturday - Sunday 8:00 a.m. - 2:00 p.m.
**Automated Service:** 24 hours, 7 days
**Main Office:**
First Commonwealth, PO Box 400,
Indiana, PA 15701-0400

**Download our app or visit us at www.fcbanking.com for Online Banking and Bill Payment.**

**Visit Us On Facebook:** First Commonwealth Bank

```
Enrolling in eStatements is easy. Just click the eNotices tab within your Online
Banking to start receiving email notifications when your statements are ready to be
viewed.
_____

Summary of Bank Accounts
Account #              Account Type                       Ending Balance
XXXXXXXXXXXX6794       Business Solutions Checking              3,519.87
                            CHECKING ACCOUNTS

          Account Holder: H A Stewart Trucking LLC
                  Debtor in Possession #23-22125

Business Solutions Checking
Account Number                  XXXXXXXXXXXX6794   Statement Dates   8/01/24 thru  9/02/24
Beginning Balance                         559.58   Days in the statement period         33
   14 Deposits/Credits                 62,575.74   Average Daily Balance           5,952.75
   52 Checks/Debits                    59,590.45   Average Collected               5,952.75
Total Service Charges                      25.00
Interest Paid                                .00
Ending Balance                          3,519.87
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $70.00 |
| Total Returned Item Fees | $.00 | $.00 |



**First Commonwealth Bank**

First Commonwealth Bank
PO Box 400
Indiana, PA 15701-0400
Address Service Requested

## RECONCILEMENT WORKSHEET

Before you begin to balance your account with this statement, **make sure all items shown on the statement have been entered in your records, including any interest earned or service fees assessed.** Then follow the instructions below to reconcile your account.



| | | | | |
|---|---|---|---|---|
| **1. Ending** balance from statement: | $ | | **1. Balance** shown in your checkbook: | $ |
| **List** deposits/credits not shown on statement: | $ | | **List** deposits/credits not entered in your checkbook: | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| **2. SUBTOTAL** deposits not on statement: | $ | | | $ |
| **List** outstanding checks/debits not shown on statement: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | Account interest | $ |
| Check number/Debit: | $ | | **2. SUBTOTAL** deposits not on statement: | $ |
| Check number/Debit: | $ | | **List** service charges and other account charges not in checkbook: | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| **3. SUBTOTAL** debits not on statement: | $ | | **3. SUBTOTAL** debits not on statement: | $ |
| **4. TOTAL** outstanding transactions 2 - 3: | $ | = | **4. TOTAL** outstanding transactions 2 - 3: | $ |
| **5. UPDATED BALANCE** 1+4: | $ | | **5. UPDATED BALANCE** 1+4: | $ |

## ELECTRONIC FUNDS TRANSFER

In case of errors or questions about your electronic transfers, call us at 800.711.2265, or write us as soon as you can at EFT Processing, P.O. Box 400, Indiana, Pa., 15701-0400. If you think your statement or receipt is incorrect or you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Provide us with your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Provide us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will adjust your account for the amount you think is in error, so that you will have use of the money during the time it takes for us to complete our investigation.



Member FDIC



Page   3



```
Business Solutions Checking         XXXXXXXXXXXX6794   (Continued)
                                 Service Charge Detail
Date       Description                                       Amount
8/30       Service Charge                                     25.00
```

_____

```
                             Activity in Date Order
Date   Description                        Debit        Credit           Balance
8/01 GREEN BROKERAGE    ACH                            4,041.39        4,600.97
     H A STEWART TRUCKING
8/01 GREEN BROKERAGE    ACH                            4,273.55        8,874.52
     H A STEWART TRUCKING
8/01 GREEN BROKERAGE    ACH                            5,060.65       13,935.17
     H A STEWART TRUCKING
8/01 DBT CRD 1822 07/31/24 2704      1,046.44-                        12,888.73
     PENSKE TRK LSG 025410
     209 E VIEW DR
     MOUNT PLEASANPA C# 0543
8/02 DBT CRD 1102 08/02/24 8616        191.29-                        12,697.44
     VZWRLSS*APOCC VISB
     899 HEATHROW PARK LN
     800-922-0204FL   C# 0543
8/02 DBT CRD 2027 08/01/24 8207        981.31-                        11,716.13
     PENSKE TRK LSG 025410
     209 E VIEW DR
     MOUNT PLEASANPA C# 0543
8/02 Wex Inc            EFSLLC       2,163.47-                         9,552.66
     3770002015312
     H.A. STEWART TRUCKING
8/02 H A Stewart Truc   Employe      5,561.45-                         3,991.21
     H A Stewart Truc
8/06 PAYCHEX TPS        TAXES          652.49-                         3,338.72
     08372100004660X
     H A STEWART TRUCKING
8/07 POS DEB 1746 08/07/24 0528          2.13-                         3,336.59
     GOOGLE *GOOGLE ONE
```





Page     4



```
Business Solutions Checking        XXXXXXXXXXXX6794   (Continued)
                                Activity in Date Order
Date   Description                      Debit          Credit           Balance
          MOUNTAIN VIEWCA
          Card# 0543
8/07 DBT CRD 1750 08/06/24 5105         953.33-                        2,383.26
       PENSKE TRK LSG 025410
       209 E VIEW DR
       MOUNT PLEASANPA C# 0543
8/07 PAYCHEX EIB        INVOICE         121.18-                        2,262.08
       X08384100026073

       H A STEWART TRUCKING
8/07 PAYCHEX-HRS        401(K)          616.72-                        1,645.36
       0000045378975

       H A STEWART TRUCKING
8/07 Account Analysis Fee                30.00-                        1,615.36
8/08 GREEN BROKERAGE    ACH                            4,827.31        6,442.67
       H A STEWART TRUCKING
8/08 GREEN BROKERAGE    ACH                            5,121.58       11,564.25
       H A STEWART TRUCKING
8/08 GREEN BROKERAGE    ACH                            5,812.60       17,376.85
       H A STEWART TRUCKING
8/09 DBT CRD 0818 08/09/24 0992         828.00-                       16,548.85
       PIE INSURANCE SERVICES
       1615 L Street NWSuite 6
       WASHINGTONDC    C# 0543
8/09 DBT CRD 1811 08/08/24 4603         930.43-                       15,618.42
       PENSKE TRK LSG 025410
       209 E VIEW DR
       MOUNT PLEASANPA C# 0543
8/09 DBT CRD 1811 08/08/24 4603       1,046.44-                       14,571.98
       PENSKE TRK LSG 025410
       209 E VIEW DR
       MOUNT PLEASANPA C# 0543
8/09 Wex Inc            EFSLLC        2,594.30-                       11,977.68
       3770002015312
```

00000834-0327730-0004-0009-MFCBI153860831240716-31-L



00000834-0327730-0004-0009-MFCBI153860831240716-31-L



Page    5



```
Business Solutions Checking         XXXXXXXXXXXX6794   (Continued)
                                 Activity in Date Order
Date  Description                        Debit       Credit          Balance
             H.A. STEWART TRUCKING
8/09  H A Stewart Truc    Employe       4,574.91-                   7,402.77
             H A Stewart Truc
8/09  Check               1080          1,531.91-                   5,870.86
8/12  DBT CRD 0431 08/12/24 6097            12.50-                  5,858.36
             FMCSA D&A CLEARINGHOUS
             1200 NEW JERSEY AVE SE
             WASHINGTONDC   C# 0543
8/13  PAYCHEX TPS         TAXES           977.73-                   4,880.63
             08448900001138X

             H A STEWART TRUCKING
8/14  DBT CRD 1749 08/13/24 9605          921.40-                   3,959.23
             PENSKE TRK LSG 025410
             209 E VIEW DR
             MOUNT PLEASANPA C# 0543
8/14  PAYCHEX EIB         INVOICE         121.18-                   3,838.05
             X08466600001214

             H A STEWART TRUCKING
8/14  PAYCHEX-HRS         401(K)          664.20-                   3,173.85
             0000045437016

             H A STEWART TRUCKING
8/15  GREEN BROKERAGE     ACH                        2,411.29       5,585.14
             H A STEWART TRUCKING
8/15  GREEN BROKERAGE     ACH                        2,782.00       8,367.14
             H A STEWART TRUCKING
8/15  GREEN BROKERAGE     ACH                        3,736.23      12,103.37
             H A STEWART TRUCKING
8/15  DBT CRD 1806 08/14/24 3804        1,046.44-                  11,056.93
             PENSKE TRK LSG 025410
             209 E VIEW DR
             MOUNT PLEASANPA C# 0543
```







```
Business Solutions Checking          XXXXXXXXXXXX6794   (Continued)
                                   Activity in Date Order
Date  Description                       Debit          Credit              Balance
 8/16 DBT CRD 1822 08/15/24 8604       893.93-                           10,163.00
      PENSKE TRK LSG 025410
      209 E VIEW DR
      MOUNT PLEASANPA C# 0543
 8/16 Wex Inc           EFSLLC       2,125.71-                            8,037.29
      3770002015312

      H.A. STEWART TRUCKING
 8/16 H A Stewart Truc    Employe    4,362.44-                            3,674.85
      H A Stewart Truc
 8/19 DBT CRD 1804 08/16/24 3204        91.04-                            3,583.81
      PENSKE TRK LSG 025410
      209 E VIEW DR
      MOUNT PLEASANPA C# 0543
 8/20 PAYCHEX TPS         TAXES        445.39-                            3,138.42
      08541700004567X

      H A STEWART TRUCKING
 8/21 DBT CRD 1726 08/20/24 2605       851.19-                            2,287.23
      PENSKE TRK LSG 025410
      209 E VIEW DR
      MOUNT PLEASANPA C# 0543
 8/21 PAYCHEX EIB         INVOICE      121.18-                            2,166.05
      X08550700011168

      H A STEWART TRUCKING
 8/21 PAYCHEX-HRS         401(K)       603.28-                            1,562.77
      0000045505019

      H A STEWART TRUCKING
 8/22 GREEN BROKERAGE     ACH                          2,386.09           3,948.86
      H A STEWART TRUCKING
 8/22 GREEN BROKERAGE     ACH                          6,370.60          10,319.46
      H A STEWART TRUCKING
 8/22 GREEN BROKERAGE     ACH                          6,375.77          16,695.23
```







```
Business Solutions Checking        XXXXXXXXXXXX6794    (Continued)
                                Activity in Date Order
Date    Description                    Debit          Credit              Balance
             H A STEWART TRUCKING
8/22 DBT CRD 1738 08/21/24 5204        1,046.44-                         15,648.79
             PENSKE TRK LSG 025410
             209 E VIEW DR
             MOUNT PLEASANPA  C# 0543
8/23 DBT CRD 0806 08/23/24 2196          159.75-                         15,489.04
             SAMSARA
             1 De Haro St
             SAN FRANCISCOCA  C# 0543
8/23 DBT CRD 0807 08/23/24 2365          159.75-                         15,329.29
             SAMSARA
             1 De Haro St
             SAN FRANCISCOCA  C# 0543
8/23 DBT CRD 0809 08/23/24 2268          159.75-                         15,169.54
             SAMSARA
             1 De Haro St
             SAN FRANCISCOCA  C# 0543
8/23 DBT CRD 0801 08/23/24 0991          829.00-                         14,340.54
             PIE INSURANCE SERVICES
             1615 L Street NWSuite 6
             WASHINGTONDC     C# 0543
8/23 Wex Inc            EFSLLC         1,649.60-                         12,690.94
             3770002015312

             H.A. STEWART TRUCKING
8/23 H A Stewart Truc    Employe       3,970.69-                          8,720.25
             H A Stewart Truc
8/27 DDA B/P 1039 08/27/24 1009          104.94-                          8,615.31
             INTUIT    18004INTUIT
             MOUNTAIN VIEWCA
             Card# 0543
8/27 DBT CRD 0753 08/27/24 8554          283.67-                          8,331.64
             COMCAST THREERIVERS,PA
             15 SUMMIT PARK DR
             800-COMCASTPA    C# 0543
```





Page    8



```
Business Solutions Checking         XXXXXXXXXXXX6794    (Continued)
                                Activity in Date Order
Date  Description                       Debit         Credit              Balance
 8/27 PAYCHEX TPS        TAXES        1,140.78-                          7,190.86
           08624600004258X

           H A STEWART TRUCKING
 8/27 Check               1083          300.00-                          6,890.86
 8/28 DBT CRD 1730 08/27/24 7005          5.33-                          6,885.53
           PENSKE TRK LSG 025410
           209 E VIEW DR
           MOUNT PLEASANPA  C# 0543
 8/28 DBT CRD 1734 08/27/24 7005      1,060.44-                          5,825.09
           PENSKE TRK LSG 025410
           209 E VIEW DR
           MOUNT PLEASANPA  C# 0543
 8/28 PAYCHEX EIB        INVOICE        117.49-                          5,707.60
           X08637200031884

           H A STEWART TRUCKING
 8/28 PAYCHEX-HRS        401(K)         668.58-                          5,039.02
           0000045562504

           H A STEWART TRUCKING
 8/28 UNITED FIN CAS     INS PRE      2,800.00-                          2,239.02
           HA STEWART TRUCKING LL
 8/29 GREEN BROKERAGE    ACH                          3,669.37           5,908.39
           H A STEWART TRUCKING
 8/29 GREEN BROKERAGE    ACH                          5,707.31          11,615.70
           H A STEWART TRUCKING
 8/29 DBT CRD 1745 08/28/24 1154        522.00-                         11,093.70
           PIE INSURANCE SERVICES
           1615 L Street NwSuite 6
           WASHINGTONDC    C# 0543
 8/29 DBT CRD 1748 08/28/24 1154        522.00-                         10,571.70
           PIE INSURANCE SERVICES
           1615 L Street NwSuite 6
           WASHINGTONDC    C# 0543
```





Page   9



```
Business Solutions Checking         XXXXXXXXXXXX6794    (Continued)
                                Activity in Date Order
Date   Description                        Debit         Credit              Balance
8/29 DBT CRD 1738 08/28/24 4604        1,046.44-                           9,525.26
       PENSKE TRK LSG 025410
       209 E VIEW DR
       MOUNT PLEASANPA C# 0543
8/30 Wex Inc            EFSLLC         1,725.08-                           7,800.18
       3770002015312

       H.A. STEWART TRUCKING
8/30 H A Stewart Truc   Employe        4,255.31-                           3,544.87
       H A Stewart Truc
8/30 Service Charge                       25.00-        SC                 3,519.87
_____

                        --- CHECKS PAID SUMMARY ---
Date    Check No              Amount  Date    Check No                      Amount
8/09      1080              1,531.91  8/27      1083*                       300.00
* Denotes check paid out of sequence
```

## Important Information

The Deposit Account Agreement was updated effective August 9, 2024. The Overdrafts/Returns, Overdraft Fees, Overdraft Protection section was updated to reflect revised process for identifying represented items. Non-Sufficient Funds Fees and Overdraft Fees for represented items are no longer assessed, rather than assessing during night processing and reversing prior to office opening the next Business Day. Additionally, the designation of First Commonwealth ATMs as those that are "branded" was removed from the Agreement.

The Funds Availability Policy, Account Holds on Other Funds section of the Deposit Account Agreement was revised to reflect that Canadian Checks deposited with a non-United States routing number will be made available on the 15th Business Day after the day of deposit, rather than the 5th Business Day after the day of deposit.

You can review and print the Notice of Change in Terms and the revised Deposit Account Agreement by visiting the our website at www.fcbanking.com/regulatory-notices. To request a copy, call your local community office or our Engagement Center at 800-711-BANK (2265), or email us at engage@fcbanking.com.

## Building Your Financial Confidence



### Credit Score Manager

You can access your credit score and report within your First Commonwealth Bank online and mobile banking account. With Credit Score Manager you can stay on top of your credit with alerts if your score changes, see how your credit score might change when you take certain actions like getting a loan or opening a new credit card and more. **Log in to online banking or your mobile app today to get started.**

The credit score on this screen is an illustration only.

Account: Checking 6794
Date: 9/8/2024





Account: Checking 6794
Date: 9/8/2024





**H A STEWART TRUCKING LLC**
PH. 412-512-8811
235 WEST CHESTNUT ST APT 811
WASHINGTON, PA 15301

60-682/433    1083

DATE 8/20/2024

PAY TO THE ORDER OF BenJie K. Hedburg Financial    $ 300.00

Three hundred ———————————— DOLLARS

First Commonwealth Bank
MEMBER FDIC   1-800-711-BANK (2265)
fcbanking.com

Memo: Account Payment