FILED
11/4/24 12:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-22125 JAD |
| H.A. Stewart Trucking LLC, ) | Chapter 11 |
| ) | Docket No. 157 |
| Debtor ) | |
| ) | |
| ) | |
| H.A. Stewart Trucking LLC, ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| No Respondents ) | |

## ORDER OF COURT

AND NOW, to wit, this __4th__ day of __November__, 2024, upon consideration of the Consent Motion to Continue Chapter 11 Plan Confirmation Hearing it is hereby ORDERED, ADJUDGED, and DECREED, that the confirmation hearing related to the Debtor's Amended Chapter 11 Plan Dated July 15, 2024 scheduled for November 5, 2024 at 10:00 am is continued to __17th__ day of __December__, 2024 at 11:00 A.M. via Zoom with Judge Deller.

_____ jsf
Honorable Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22125-JAD |
| H.A. Stewart Trucking LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 04, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | H.A. Stewart Trucking LLC, 235 West Chestnut Street, Apt. 811, Washington, PA 15301-4396 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2024         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor H.A. Stewart Trucking LLC chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher P. Lacich | on behalf of Creditor Highway Commercial Services  Inc. clacich@roth-blair.com, kryan@roth-blair.com |
| Denise Carlon | on behalf of Creditor QL Titling Trust  LTD/Quality Leasing Co., Inc. dcarlon@kmllawgroup.com |
| Elvina Rofael | on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 04, 2024 | Form ID: pdf900 | Total Noticed: 1 |

James S. Fellin
    jfellin@nottinghamgroup.com

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Kate Bradley
    on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Keri P. Ebeck
    on behalf of Creditor Amur Equipment Finance Inc. kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Michael P. Kruszewski
    on behalf of Creditor Highway Commercial Services Inc. mkruszewski@leechtishman.com,
    dbender@leechtishman.com;bankruptcy@leechtishman.com;Kruszewski.MichaelB138686@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronald S. Canter
    on behalf of Creditor Channel Partners Capital LLC rcanter@roncanterllc.com

TOTAL: 12