**Fill in this information to identify the case:**

Debtor Name H. A. Stewart Trucking LLC

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: 23-22125 JAD

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: October 2024

Date report filed: ______ MM / DD / YYYY

Line of business: Trucking

NAISC code: ______

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Hussien Ali Stewart, Member

Original signature of responsible party [signature]

Printed name of responsible party Hussien Ali Stewart

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☑ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☑ | ☒ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name H. A. Stewart Trucking LLC Case number 23-22125 JAD

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☑ | ☐ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☑ | ☐ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 2,243.61

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 60,086.82

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 50,803.60

22. **Net cash flow** + $ 9,283.22

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 11,526.83

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

Debtor Name H. A. Stewart Trucking LLC Case number 23-22125 JAD

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 2
27. What is the number of employees as of the date of this monthly report? 4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ | – | $ | = | $ |
| 33. **Cash disbursements** | $ | – | $ | = | $ |
| 34. **Net cash flow** | $ | – | $ | = | $ |

35. Total projected cash receipts for the next month: $
36. Total projected cash disbursements for the next month: - $
37. Total projected net cash flow for the next month: = $

Debtor Name H. A. Stewart Trucking LLC Case number 23-22125 JAD

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

# H.A. Stewart Trucking L
## Profit and Loss by Mor
### January - October, 2024

| | Jan 2024 | Feb 2024 | Mar 2024 | Apr 2024 | May 2024 |
|---|---|---|---|---|---|
| **Income** | | | | | |
| **Sales** | 60,062.07 | 80,931.39 | 61,923.12 | 45,335.44 | 36,324.11 |
| **Total Income** | **$ 60,062.07** | **$ 80,931.39** | **$ 61,923.12** | **$ 45,335.44** | **$ 36,324.11** |
| **Gross Profit** | **$ 60,062.07** | **$ 80,931.39** | **$ 61,923.12** | **$ 45,335.44** | **$ 36,324.11** |
| **Expenses** | | | | | |
| **Accounting** | 470.40 | 1,095.40 | 895.40 | 95.40 | 195.40 |
| **Bank Charges & Fees** | 90.00 | 58.00 | 58.00 | 122.00 | 87.00 |
| **Commissions and Fees** | 2,139.43 | 2,427.94 | 1,857.71 | 1,360.08 | 1,089.72 |
| **Company Car Payment** | | 1,500.00 | 2,500.00 | 2,000.00 | 1,000.00 |
| **Dues & subscriptions** | 161.88 | 159.75 | 164.01 | 161.88 | 1,322.68 |
| **Escrow account** | | | | 0.00 | |
| **Fuel** | 14,605.81 | 15,285.97 | 20,430.44 | 9,926.81 | 6,394.11 |
| **IFTA Taxes** | 65.45 | | | 92.12 | |
| **Insurance** | 13,682.56 | 4,308.14 | 6,947.53 | 5,273.18 | 11,211.04 |
| **Insurance Escrow Greenleaf** | 250.00 | | | | |
| **Interest Paid** | 59.59 | 58.77 | 721.48 | 711.49 | 55.78 |
| **Job Supplies** | 427.34 | 148.18 | | | |
| **Lawyer Steidl and Steinberg** | 1,000.00 | 2,000.00 | | | |
| **Medical Exam** | | | 148.50 | | 100.00 |
| **Office Supplies & Software** | | | 105.99 | | 37.09 |
| **Other Business Expenses** | | | | | |
| **Payroll Expenses** | 11,165.97 | 17,101.52 | 23,729.92 | 14,721.31 | 13,885.25 |
| **Payroll Expenses EIB** | 772.86 | 429.30 | 439.68 | 456.22 | 556.01 |
| **Payroll Expenses HRS + 401 K Ded** | 3,255.01 | 2,436.40 | 2,436.40 | 2,710.91 | 2,383.72 |
| **Payroll Taxes** | 3,439.74 | 2,719.65 | 4,052.25 | 4,013.52 | 1,955.48 |
| **Repairs & Maintenance** | 1,800.00 | 3,268.13 | 2,743.22 | 1,837.34 | -3,899.84 |
| **Subcontractors** | 5,430.95 | 6,892.84 | 1,443.30 | | 517.08 |
| **Tags** | 44.29 | | | | |
| **Tolls and Parking** | | 1,096.45 | | | |
| **tow** | | 2,004.00 | 950.00 | | |
| **Trailer Rental** | 2,980.00 | 4,600.00 | 3,240.00 | 2,020.00 | 2,000.00 |
| **Training** | 210.00 | 595.00 | | | |
| **Truck Parts** | | 12.18 | | | |
| **Truck Wash** | | | | | 83.53 |
| **Utilities** | 413.90 | 133.69 | 133.69 | 1,076.43 | 463.33 |
| **Vehicle Leases** | | | | | 1,331.58 |
| **Total Expenses** | **$ 62,465.18** | **$ 68,331.31** | **$ 72,997.52** | **$ 46,578.69** | **$ 40,768.96** |
| **Net Operating Income** | **-$ 2,403.11** | **$ 12,600.08** | **-$ 11,074.40** | **-$ 1,243.25** | **-$ 4,444.85** |
| **Net Income** | **-$ 2,403.11** | **$ 12,600.08** | **-$ 11,074.40** | **-$ 1,243.25** | **-$ 4,444.85** |

Document Page 6 of 19

Friday, Nov 08, 2024 04:14:37 AM GMT-8 - Ca

**.LC.**
**nth**

| Jun 2024 | Jul 2024 | Aug 2024 | Sep 2024 | Oct 2024 | Total |
|---|---|---|---|---|---|
| 31,916.62 | 40,035.36 | 68,407.99 | 45,390.75 | 65,759.44 | 536,086.29 |
| **$ 31,916.62** | **$ 40,035.36** | **$ 68,407.99** | **$ 45,390.75** | **$ 65,759.44** | **$ 536,086.29** |
| **$ 31,916.62** | **$ 40,035.36** | **$ 68,407.99** | **$ 45,390.75** | **$ 65,759.44** | **$ 536,086.29** |
| | | | | | |
| 95.40 | 95.40 | 404.94 | | 209.88 | 3,557.62 |
| 55.00 | 157.00 | 55.00 | 125.00 | 90.00 | 897.00 |
| 957.50 | 1,201.05 | 2,052.25 | 1,361.74 | 1,972.80 | 16,420.22 |
| | | | | | 7,000.00 |
| 2.13 | 2.13 | 493.88 | 2.13 | 2.13 | 2,472.60 |
| | | | | | 0.00 |
| 6,268.07 | 7,216.30 | 10,258.16 | 7,591.42 | 7,615.92 | 105,593.01 |
| | 111.41 | | | | 268.98 |
| -6,631.00 | | 5,501.00 | 5,584.83 | 5,100.69 | 50,977.97 |
| | | | | | 250.00 |
| 700.45 | | | | | 2,307.56 |
| | | | | | 575.52 |
| | | | | | 3,000.00 |
| | | | | 100.00 | 348.50 |
| | | | | | 143.08 |
| | | | | 235.04 | 235.04 |
| 14,689.77 | 17,468.21 | 22,724.80 | 13,542.52 | 16,784.03 | 165,813.30 |
| 469.96 | 617.45 | 481.03 | 481.03 | 771.28 | 5,474.82 |
| 1,803.81 | 2,568.91 | 2,552.78 | 2,453.16 | 2,404.80 | 25,005.90 |
| 1,407.83 | 2,693.75 | 3,216.39 | 2,522.88 | 3,270.52 | 29,292.01 |
| 2,154.00 | | | | | 7,902.85 |
| | | 1,531.91 | | | 15,816.08 |
| | | | | | 44.29 |
| | | | | | 1,096.45 |
| | | | | | 2,954.00 |
| 1,720.00 | 2,180.00 | 3,780.00 | 2,420.00 | 3,700.00 | 28,640.00 |
| | | | | | 805.00 |
| | | | | | 12.18 |
| | | | | | 83.53 |
| 463.33 | 465.73 | 474.96 | 191.29 | 773.89 | 4,590.24 |
| 2,766.22 | 9,130.21 | 11,920.60 | 10,391.01 | 13,445.24 | 48,984.86 |
| **$ 26,922.47** | **$ 43,907.55** | **$ 65,447.70** | **$ 46,667.01** | **$ 56,476.22** | **$ 530,562.61** |
| **$ 4,994.15** | **-$ 3,872.19** | **$ 2,960.29** | **-$ 1,276.26** | **$ 9,283.22** | **$ 5,523.68** |
| **$ 4,994.15** | **-$ 3,872.19** | **$ 2,960.29** | **-$ 1,276.26** | **$ 9,283.22** | **$ 5,523.68** |

ash Basis

# H.A. Stewart Trucking LLC.
## Balance Sheet
### As of October 31, 2024

| | | Total |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Bank Accounts** | | |
| **Checking - 1st Commonwealth 6794** | | 11,526.83 |
| **Citizens Bank (Business Checking)** | | 0.00 |
| **insurance escrow** | | 0.00 |
| **Loan to Shareholder** | | 0.00 |
| **United Community** | | 0.00 |
| **Total Bank Accounts** | **$** | **11,526.83** |
| **Other Current Assets** | | |
| **Deposit on Purchase of Trailer** | | 0.00 |
| **Deposit on Purchase of Vehicle** | | 5,450.43 |
| **Payroll Advances to Employees** | | 0.00 |
| **Uncategorized Asset** | | 0.00 |
| **Total Other Current Assets** | **$** | **5,450.43** |
| **Total Current Assets** | **$** | **16,977.26** |
| **Fixed Assets** | | |
| **Accumulated Depreciation** | | -216,981.33 |
| **Vehicles** | | 459,998.70 |
| **Vehicles - approved by Court** | | 270,249.43 |
| **Total Fixed Assets** | **$** | **513,266.80** |
| **TOTAL ASSETS** | **$** | **530,244.06** |
| **LIABILITIES AND EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Credit Cards** | | |
| **Capital One Credit Card** | | 0.00 |
| **Citizens Business Credit Card** | | 0.00 |
| **Citizens Credit Card 6898 - 3** | | 8,593.77 |
| **Citizens Credit Card ending 9662** | | 10,494.63 |
| **XXXX6049 - 2** | | 5,162.25 |
| **Total Credit Cards** | **$** | **24,250.65** |
| **Total Current Liabilities** | **$** | **24,250.65** |
| **Long-Term Liabilities** | | |
| **1st Commonwealth Bank Loan Monthly Pmt $353.56** | | 15,956.92 |
| **Channel Loan - Citizens Bank 2022** | | 0.00 |
| **Channel Partners Citizens Bank Loan 2023** | | 86,626.46 |
| **Highway Commercial Loan Monthly Pmt $615.50** | | 60,000.00 |
| **Loan From Shareholder** | | 63,986.98 |
| **Mazo Capital Solutions** | | 52,088.11 |
| **Navitas Loan Monthly Pmt $1,436.16** | | 137,138.74 |

| | | |
|---|---|---|
| Navitas Loan Monthly Pmt $512.91 | | 48,978.13 |
| Navitas Loan # 2 | | 44,603.76 |
| Notes Payable - Alphonso Stewart | | 0.00 |
| Notes Payable 1st Commonwealth | | 25,936.43 |
| Notes Payable Navitas | | 0.00 |
| Notes Payable North MIlls | | 117,315.63 |
| Notes Payable SBA | | 141,959.00 |
| Quality Equipment Finance | | 108,408.24 |
| Quickbooks Intuit Loan | | 42,502.04 |
| Vehicle Loan | | 0.00 |
| Vehicle Loan MHC | | 0.00 |
| **Total Long-Term Liabilities** | **$** | **945,500.44** |
| **Total Liabilities** | **$** | **969,751.09** |
| **Equity** | | |
| Opening Balance Equity | | -69.41 |
| Owner's Pay & Personal Expenses | | 21,900.00 |
| Retained Earnings | | -466,861.30 |
| Net Income | | 5,523.68 |
| **Total Equity** | **-$** | **439,507.03** |
| **TOTAL LIABILITIES AND EQUITY** | **$** | **530,244.06** |



First Commonwealth

First Commonwealth Bank
PO Box 400
Indiana, PA 15701-0400
Address Service Requested

**Page 1**
**Statement Date:**
10/31/2024
234 Y XXXXXXXXXXXX6794
HAK5349

#BWNMCMC
00000196 MFCBI153861101240756 01 000000000

H A Stewart Trucking LLC
Debtor in Possession #23-22125
235 West Chestnut St APT811
Washington PA 15301

**Customer Service Information**

**Personal Service:** 1-800-711-BANK (2265)
Monday - Friday 7:00 a.m. - 7:00 p.m.
Saturday - Sunday 8:00 a.m. - 2:00 p.m.
**Automated Service:** 24 hours, 7 days
**Main Office:**
First Commonwealth, PO Box 400,
Indiana, PA 15701-0400

**Download our app or visit us at www.fcbanking.com for Online Banking and Bill Payment.**

**Visit Us On Facebook:** First Commonwealth Bank

Enrolling in eStatements is easy. Just click the eNotices tab within your Online Banking to start receiving email notifications when your statements are ready to be viewed.

---

Summary of Bank Accounts

| Account # | Account Type | Ending Balance |
|---|---|---|
| XXXXXXXXXXXX6794 | Business Solutions Checking | 11,526.83 |

CHECKING ACCOUNTS

Account Holder: H A Stewart Trucking LLC
Debtor in Possession #23-22125

Business Solutions Checking

| | | | |
|---|---|---|---|
| Account Number | XXXXXXXXXXXX6794 | Statement Dates | 10/01/24 thru 10/31/24 |
| Beginning Balance | 2,243.61 | Days in the statement period | 31 |
| 17 Deposits/Credits | 60,086.82 | Average Daily Balance | 4,196.65 |
| 50 Checks/Debits | 50,778.60 | Average Collected | 4,196.65 |
| Total Service Charges | 25.00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 11,526.83 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $140.00 |
| Total Returned Item Fees | $35.00 | $35.00 |



FIRST Commonwealth Bank

First Commonwealth Bank
PO Box 400
Indiana, PA 15701-0400
Address Service Requested

## RECONCILEMENT WORKSHEET

Before you begin to balance your account with this statement, **make sure all items shown on the statement have been entered in your records, including any interest earned or service fees assessed.** Then follow the instructions below to reconcile your account.

| | |
|---|---|
| 1. **Ending** balance from statement: | $ |
| **List** deposits/credits not shown on statement: | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| 2. **SUBTOTAL** deposits not on statement: | $ |
| **List** outstanding checks/debits not shown on statement: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| Check number/Debit: | $ |
| 3. **SUBTOTAL** debits not on statement: | $ |
| 4. **TOTAL** outstanding transactions 2 - 3: | $ |
| 5. **UPDATED BALANCE** 1+4: | $ |

=

| | |
|---|---|
| 1. **Balance** shown in your checkbook: | $ |
| **List** deposits/credits not entered in your checkbook: | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| Account interest | $ |
| 2. **SUBTOTAL** deposits not on statement: | $ |
| **List** service charges and other account charges not in checkbook: | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| 3. **SUBTOTAL** debits not on statement: | $ |
| 4. **TOTAL** outstanding transactions 2 - 3: | $ |
| 5. **UPDATED BALANCE** 1+4: | $ |

## ELECTRONIC FUNDS TRANSFER

In case of errors or questions about your electronic transfers, call us at 800.711.2265, or write us as soon as you can at EFT Processing, P.O. Box 400, Indiana, Pa., 15701-0400. If you think your statement or receipt is incorrect or you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Provide us with your name and account number (if any.)
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Provide us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will adjust your account for the amount you think is in error, so that you will have use of the money during the time it takes for us to complete our investigation.

Member FDIC

00000196-0283311-0002-0009-MFCBI153861101240756-29-L



Business Solutions Checking XXXXXXXXXXXX6794 (Continued)

Service Charge Detail

| Date | Description | Amount |
|---|---|---|
| 10/31 | Service Charge | 25.00 |

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 10/02 | DBT CRD 1548 10/01/24 0209 PENSKE TRK LSG 025410 209 E VIEW DR MOUNT PLEASANPA C# 4232 | 893.80- | | 1,349.81 |
| 10/02 | DBT CRD 1548 10/01/24 0209 PENSKE TRK LSG 025410 209 E VIEW DR MOUNT PLEASANPA C# 4232 | 1,110.04- | | 239.77 |
| 10/02 | DBT CRD 1557 10/01/24 0209 PENSKE TRK LSG 025410 209 E VIEW DR MOUNT PLEASANPA C# 4232 | 1,112.04- | | 872.27- |
| 10/03 | GREEN BROKERAGE ACH H A STEWART TRUCKING | | 2,744.74 | 1,872.47 |
| 10/03 | GREEN BROKERAGE ACH H A STEWART TRUCKING | | 3,986.97 | 5,859.44 |
| 10/03 | GREEN BROKERAGE ACH H A STEWART TRUCKING | | 5,180.03 | 11,039.47 |
| 10/03 | PAYCHEX-HRS 401(K) 0000045919558 H A STEWART TRUCKING | 579.64- | | 10,459.83 |
| 10/03 | PAYCHEX TPS TAXES 09085100002652X H A STEWART TRUCKING | 583.13- | | 9,876.70 |
| 10/04 | DBT CRD 1821 10/03/24 9826 INTUIT *QBooks Online | 104.94- | | 9,771.76 |






Business Solutions Checking XXXXXXXXXXXX6794 (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | 2535 Garcia Ave<br>CL.INTUIT.COMCA C# 4232 | | | |
| 10/04 | PAYCHEX EIB INVOICE<br>X09089400042826 | 202.11- | | 9,569.65 |
| | H A STEWART TRUCKING | | | |
| 10/04 | Wex Inc EFSLLC<br>3770002015312 | 2,012.65- | | 7,557.00 |
| | H.A. STEWART TRUCKING | | | |
| 10/04 | H A Stewart Truc Employe<br>H A Stewart Truc | 4,221.98- | | 3,335.02 |
| 10/07 | DBT CRD 0846 10/06/24 5385<br>DSI MEDICAL SERVICES<br>300 WELSH RD<br>HORSHAMPA C# 4232 | 100.00- | | 3,235.02 |
| 10/07 | DBT CRD 0556 10/05/24 0463<br>VZWRLSS*BILL PAY VB<br>899 HEATHROW PARK LN<br>800-922-0204FL C# 4232 | 191.47- | | 3,043.55 |
| 10/07 | Account Analysis Fee | 30.00- | | 3,013.55 |
| 10/08 | PAYPAL ACCTVERIFY<br>H A STEWART TRUCKING L | | .06 | 3,013.61 |
| 10/08 | PAYPAL ACCTVERIFY<br>H A STEWART TRUCKING L | | .12 | 3,013.73 |
| 10/08 | PAYPAL ACCTVER<br>H A STEWART TRUCKING L | .18- | | 3,013.55 |
| 10/09 | DBT CRD 1559 10/08/24 7405<br>PENSKE TRK LSG 025410<br>209 E VIEW DR<br>MOUNT PLEASANPA C# 4232 | 47.70- | | 2,965.85 |
| 10/09 | DBT CRD 1557 10/08/24 7405<br>PENSKE TRK LSG 025410<br>209 E VIEW DR<br>MOUNT PLEASANPA C# 4232 | 893.80- | | 2,072.05 |

00000196-0283313-0004-0009-MFCBI153861101240756-29-L







Business Solutions Checking XXXXXXXXXXXX6794 (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 10/09 | DBT CRD 1558 10/08/24 7405<br>PENSKE TRK LSG 025410<br>209 E VIEW DR<br>MOUNT PLEASANPA C# 4232 | 893.80- | | 1,178.25 |
| 10/10 | GREEN BROKERAGE ACH<br>H A STEWART TRUCKING | | 1,828.25 | 3,006.50 |
| 10/10 | GREEN BROKERAGE ACH<br>H A STEWART TRUCKING | | 3,047.08 | 6,053.58 |
| 10/10 | GREEN BROKERAGE ACH<br>H A STEWART TRUCKING | | 5,370.13 | 11,423.71 |
| 10/10 | DBT CRD 1607 10/09/24 7403<br>PENSKE TRK LSG 025410<br>209 E VIEW DR<br>MOUNT PLEASANPA C# 4232 | 33.70- | | 11,390.01 |
| 10/10 | DBT CRD 1606 10/09/24 7403<br>PENSKE TRK LSG 025410<br>209 E VIEW DR<br>MOUNT PLEASANPA C# 4232 | 1,124.04- | | 10,265.97 |
| 10/11 | PAYCHEX EIB INVOICE<br>X09172700040207<br><br>H A STEWART TRUCKING | 182.11- | | 10,083.86 |
| 10/11 | PAYCHEX TPS TAXES<br>09173700000695X<br><br>H A STEWART TRUCKING | 632.10- | | 9,451.76 |
| 10/11 | PAYCHEX-HRS 401(K)<br>0000045987819<br><br>H A STEWART TRUCKING | 639.80- | | 8,811.96 |
| 10/11 | Wex Inc EFSLLC<br>3770002015312<br><br>H.A. STEWART TRUCKING | 1,939.43- | | 6,872.53 |
| 10/11 | H A Stewart Truc Employe | 3,868.00- | | 3,004.53 |

00000196-0283314-0005-0009-MFCBI153861101240756-29-L



Business Solutions Checking XXXXXXXXXXXX6794 (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | H A Stewart Truc | | | |
| 10/15 | DBT CRD 0509 10/12/24 6365 XFINITY RETAIL #2707 22 Old Mill Boulevard WASHINGTONPA C# 4232 | 582.42- | | 2,422.11 |
| 10/16 | DBT CRD 1551 10/15/24 8905 PENSKE TRK LSG 025410 209 E VIEW DR MOUNT PLEASANPA C# 4232 | 456.40- | | 1,965.71 |
| 10/16 | DBT CRD 1541 10/15/24 8905 PENSKE TRK LSG 025410 209 E VIEW DR MOUNT PLEASANPA C# 4232 | 647.41- | | 1,318.30 |
| 10/16 | DBT CRD 1541 10/15/24 8905 PENSKE TRK LSG 025410 209 E VIEW DR MOUNT PLEASANPA C# 4232 | 893.80- | | 424.50 |
| 10/16 | Return Item Unpaid Fee | 35.00- | | 389.50 |
| 10/17 | GREEN BROKERAGE ACH H A STEWART TRUCKING | | 3,102.17 | 3,491.67 |
| 10/17 | GREEN BROKERAGE ACH H A STEWART TRUCKING | | 3,700.36 | 7,192.03 |
| 10/17 | GREEN BROKERAGE ACH H A STEWART TRUCKING | | 4,265.91 | 11,457.94 |
| 10/17 | DBT CRD 1606 10/16/24 9204 PENSKE TRK LSG 025410 209 E VIEW DR MOUNT PLEASANPA C# 4232 | 1,157.74- | | 10,300.20 |
| 10/18 | PAYCHEX-HRS 401(K) 0000046060005 H A STEWART TRUCKING | 568.12- | | 9,732.08 |
| 10/18 | PAYCHEX TPS TAXES 09259600004729X | 582.55- | | 9,149.53 |





00000196-0283315-0006-0009-MFCBI153861101240756-29-L





Business Solutions Checking XXXXXXXXXXXX6794 (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 10/18 | Wex Inc EFSLLC H A STEWART TRUCKING 3770002015312 | 2,020.19- | | 7,129.34 |
| 10/18 | H A Stewart Truc Employe H.A. STEWART TRUCKING H A Stewart Truc | 3,884.86- | | 3,244.48 |
| 10/21 | POS DEB 1526 10/19/24 0300 GOOGLE *GOOGLE ONE MOUNTAIN VIEWCA Card# 4232 | 2.13- | | 3,242.35 |
| 10/21 | DBT CRD 1608 10/19/24 0329 RED ROOF INN - 064 362 42 SPENCER DR FAIRMONTWV C# 4232 | 235.04- | | 3,007.31 |
| 10/21 | PAYCHEX EIB INVOICE X09268300012943 H A STEWART TRUCKING | 193.53- | | 2,813.78 |
| 10/23 | DBT CRD 1550 10/22/24 8405 PENSKE TRK LSG 025410 209 E VIEW DR MOUNT PLEASANPA C# 4232 | 893.80- | | 1,919.98 |
| 10/23 | DBT CRD 1556 10/22/24 8405 PENSKE TRK LSG 025410 209 E VIEW DR MOUNT PLEASANPA C# 4232 | 1,157.74- | | 762.24 |
| 10/24 | GREEN BROKERAGE ACH H A STEWART TRUCKING | | 3,922.63 | 4,684.87 |
| 10/24 | GREEN BROKERAGE ACH H A STEWART TRUCKING | | 4,265.91 | 8,950.78 |
| 10/24 | GREEN BROKERAGE ACH H A STEWART TRUCKING | | 6,676.69 | 15,627.47 |
| 10/24 | DBT CRD 1539 10/23/24 3503 PENSKE TRK LSG 025410 | 30.19- | | 15,597.28 |

00000196-0283316-0007-0009-MFCBI153861101240756-29-L





Business Solutions Checking XXXXXXXXXXXX6794 (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | 209 E VIEW DR<br>MOUNT PLEASANPA C# 4232 | | | |
| 10/24 | DBT CRD 1540 10/23/24 3503<br>PENSKE TRK LSG 025410<br>209 E VIEW DR<br>MOUNT PLEASANPA C# 4232 | 941.50- | | 14,655.78 |
| 10/24 | PAYCHEX TPS TAXES<br>09332100003995X<br><br>H A STEWART TRUCKING | 596.12- | | 14,059.66 |
| 10/24 | PAYCHEX-HRS 401(K)<br>0000046105431<br><br>H A STEWART TRUCKING | 617.24- | | 13,442.42 |
| 10/25 | PAYCHEX EIB INVOICE<br>X09335700037438<br><br>H A STEWART TRUCKING | 193.53- | | 13,248.89 |
| 10/25 | Wex Inc EFSLLC<br>3770002015312<br><br>H.A. STEWART TRUCKING | 1,643.65- | | 11,605.24 |
| 10/25 | H A Stewart Truc Employe<br>H A Stewart Truc | 4,809.19- | | 6,796.05 |
| 10/28 | DBT CRD 1545 10/27/24 3421<br>INTUIT *QBooks Online<br>2535 Garcia Ave<br>CL.INTUIT.COMCA C# 4232 | 104.94- | | 6,691.11 |
| 10/28 | DBT CRD 0113 10/26/24 9840<br>PROGRESSIVE INS<br>6300 Wilson Mills Rd<br>855-758-0945OH C# 4232 | 2,500.00- | | 4,191.11 |
| 10/28 | DBT CRD 0113 10/26/24 9840<br>PROGRESSIVE INS | 2,600.69- | | 1,590.42 |





Business Solutions Checking XXXXXXXXXXXX6794 (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | 6300 Wilson Mills Rd<br>855-758-0945OH C# 4232 | | | |
| 10/31 | GREEN BROKERAGE ACH<br>H A STEWART TRUCKING | | 2,412.31 | 4,002.73 |
| 10/31 | GREEN BROKERAGE ACH<br>H A STEWART TRUCKING | | 4,027.13 | 8,029.86 |
| 10/31 | GREEN BROKERAGE ACH<br>H A STEWART TRUCKING | | 5,556.33 | 13,586.19 |
| 10/31 | DBT CRD 1550 10/30/24 1704<br>PENSKE TRK LSG 025410<br>209 E VIEW DR<br>MOUNT PLEASANPA C# 4232 | 1,157.74- | | 12,428.45 |
| 10/31 | PAYCHEX TPS TAXES<br>09418100005812X<br><br>H A STEWART TRUCKING | 876.62- | | 11,551.83 |
| 10/31 | Service Charge | 25.00- | SC | 11,526.83 |

## Building Your Financial Confidence

### Credit Score Manager

You can access your credit score and report within your First Commonwealth Bank online and mobile banking account. With Credit Score Manager you can stay on top of your credit with alerts if your score changes, see how your credit score might change when you take certain actions like getting a loan or opening a new credit card and more. **Log in to online banking or your mobile app today to get started.**

The credit score on this screen is an illustration only.

## Avoid Fraud

**Have you ever received a text message and thought, "was that my bank or a fraudster?"**

**We will never send a text asking you for confidential information.**
Even if the text message says it's from us, it's not. We won't ever ask you for information like usernames and passwords.

**We will never ask for your two factor authentication code.**
Two-factor authentication protects your accounts. But the codes you receive during the 2FA process should never be shared. If anyone ever asks for your 2FA code, it's a fraudster.

*Explore our fraud resource center by scanning the QR code or visit fcbanking.com/resources/fraud-prevention-resources.*

## Referral Rewards

**Earn rewards when friends, business owners and family you refer open and use a First Commonwealth Bank checking account.[1]**

Get started in your First Commonwealth Bank online banking or mobile app. Once your friend registers for the referral offer using your personal referral link and completes the offer criteria, you will each receive a Mastercard® Reward Card.

1 Terms and conditions apply and are available at www.fcbanking.com/referafriend.

00000196-0283318-0009-0009-MFCBI153861101240756-29-L