**Fill in this information to identify the case:**

Debtor Name: H. A. Stewart Trucking LLC

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: 23-22125 JAD

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: December 2024

Date report filed: _____ MM / DD / YYYY

Line of business: Trucking

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Hussien Ali Stewart, Member

Original signature of responsible party: /s/ Hussien A. Stewart

Printed name of responsible party: Hussien Ali Stewart

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☑ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C         Monthly Operating Report for Small Business Under Chapter 11         page 1

Debtor Name  H. A. Stewart Trucking LLC                           Case number  23-22125 JAD

17. Have you paid any bills you owed before you filed bankruptcy? ☑ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 8,674.41

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.  $ 39,982.02

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.  – $ 47,954.09

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -7,972.07

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 702.34

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ 0.00
    (Exhibit E)

Debtor Name  H. A. Stewart Trucking LLC  Case number 23-22125 JAD

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables $ 0.00

(Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed? 2
27. What is the number of employees as of the date of this monthly report? 4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>Projected<br><br>Copy lines 35-37 from the previous month's report. | − | Column B<br>Actual<br><br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ | − | $ | = | $ |
| 33. Cash disbursements | $ | − | $ | = | $ |
| 34. Net cash flow | $ | − | $ | = | $ |

35. Total projected cash receipts for the next month: $
36. Total projected cash disbursements for the next month: − $
37. Total projected net cash flow for the next month: = $

Debtor Name  H. A. Stewart Trucking LLC            Case number  23-22125 JAD

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



**First Commonwealth Bank**
PO Box 400
Indiana, PA 15701-0400
**Address Service Requested**

Page    1
**Statement Date:**
12/31/2024
234    Y    XXXXXXXXXXXX6794
HAK5349

#BWNMCMC
00002069 MFCBI153860101251142 01 000000000
H A Stewart Trucking LLC
Debtor in Possession #23-22125
235 West Chestnut St APT811
Washington PA 15301

**Customer Service Information**

**Personal Service:** 1-800-711-BANK (2265)
Monday - Friday 7:00 a.m. - 7:00 p.m.
Saturday - Sunday 8:00 a.m. - 2:00 p.m.
**Automated Service:** 24 hours, 7 days
**Main Office:**
First Commonwealth, PO Box 400,
Indiana, PA 15701-0400

**Download our app or visit us at www.fcbanking.com for Online Banking and Bill Payment.**

**Visit Us On Facebook:** First Commonwealth Bank

Enrolling in eStatements is easy. Just click the eNotices tab within your Online Banking to start receiving email notifications when your statements are ready to be viewed.

---

Summary of Bank Accounts
| Account # | Account Type | Ending Balance |
|---|---|---|
| XXXXXXXXXXXX6794 | Business Solutions Checking | 702.34 |

CHECKING ACCOUNTS

Account Holder: H A Stewart Trucking LLC
Debtor in Possession #23-22125

Business Solutions Checking
| | | | |
|---|---|---|---|
| Account Number | XXXXXXXXXXXX6794 | Statement Dates | 12/02/24 thru 12/31/24 |
| Beginning Balance | 8,674.41 | Days in the statement period | 30 |
| 13 Deposits/Credits | 39,982.02 | Average Daily Balance | 2,805.88 |
| 45 Checks/Debits | 47,929.09 | Average Collected | 2,805.88 |
| Total Service Charges | 25.00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 702.34 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $175.00 |
| Total Returned Item Fees | $.00 | $35.00 |



**First Commonwealth Bank**
PO Box 400
Indiana, PA 15701-0400
Address Service Requested

## RECONCILEMENT WORKSHEET

Before you begin to balance your account with this statement, **make sure all items shown on the statement have been entered in your records, including any interest earned or service fees assessed.** Then follow the instructions below to reconcile your account.



| | | | | |
|---|---|---|---|---|
| **1. Ending** balance from statement: | $ | | **1. Balance** shown in your checkbook: | $ |
| **List** deposits/credits not shown on statement: | $ | | **List** deposits/credits not entered in your checkbook: | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| **2. SUBTOTAL** deposits not on statement: | $ | | | $ |
| **List** outstanding checks/debits not shown on statement: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | Account interest | $ |
| Check number/Debit: | $ | | **2. SUBTOTAL** deposits not on statement: | $ |
| Check number/Debit: | $ | | **List** service charges and other account charges not in checkbook: | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| **3. SUBTOTAL** debits not on statement: | $ | | **3. SUBTOTAL** debits not on statement: | $ |
| **4. TOTAL** outstanding transactions 2 - 3: | $ | | **4. TOTAL** outstanding transactions 2 - 3: | $ |
| **5. UPDATED BALANCE** 1+4: | $ | = | **5. UPDATED BALANCE** 1+4: | $ |

## ELECTRONIC FUNDS TRANSFER

In case of errors or questions about your electronic transfers, call us at 800.711.2265, or write us as soon as you can at EFT Processing, P.O. Box 400, Indiana, Pa., 15701-0400. If you think your statement or receipt is incorrect or you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Provide us with your name and account number (if any.)
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Provide us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will adjust your account for the amount you think is in error, so that you will have use of the money during the time it takes for us to complete our investigation.



Member FDIC



Page    3



```
Business Solutions Checking          XXXXXXXXXXXX6794    (Continued)
                                  Service Charge Detail
Date       Description                                      Amount
12/31      Service Charge                                    25.00
```
_____

```
                          Activity in Date Order
Date    Description                    Debit       Credit           Balance
12/02  DBT CRD 1519 11/30/24 3305      378.71-                     8,295.70
       PENSKE TRK LSG 025410
       209 E VIEW DR
       MOUNT PLEASANPA  C# 4232
12/02  DBT CRD 1512 11/30/24 3305    1,045.79-                     7,249.91
       PENSKE TRK LSG 025410
       209 E VIEW DR
       MOUNT PLEASANPA  C# 4232
12/02  PAYCHEX EIB         INVOICE      132.60-                    7,117.31
       X09770500023068
            H A STEWART TRUCKING
12/02  PAYCHEX TPS         TAXES        595.86-                    6,521.45
       09772500001315X
            H A STEWART TRUCKING
12/02  PAYCHEX-HRS         401(K)       617.24-                    5,904.21
       0000046448144
            H A STEWART TRUCKING
12/02  Wex Inc             EFSLLC     1,685.12-                    4,219.09
       3770002015312
            H.A. STEWART TRUCKING
12/03  DBT CRD 1719 12/02/24 4835        86.00-                    4,133.09
       SHEETZ 2671    00026716
       300 RACETRACK ROAD
       WASHINGTONPA    C# 4232
12/03  DBT CRD 1506 12/02/24 1003     1,205.44-                    2,927.65
       PENSKE TRK LSG 025410
```





Business Solutions Checking          XXXXXXXXXXXX6794    (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | 209 E VIEW DR | | | |
| | MOUNT PLEASANPA C# 4232 | | | |
| 12/03 | DBT CRD 1506 12/02/24 1003 | 1,205.44- | | 1,722.21 |
| | PENSKE TRK LSG 025410 | | | |
| | 209 E VIEW DR | | | |
| | MOUNT PLEASANPA C# 4232 | | | |
| 12/05 | GREEN BROKERAGE    ACH | | 3,289.82 | 5,012.03 |
| | H A STEWART TRUCKING | | | |
| 12/05 | GREEN BROKERAGE    ACH | | 3,538.13 | 8,550.16 |
| | H A STEWART TRUCKING | | | |
| 12/05 | GREEN BROKERAGE    ACH | | 5,829.29 | 14,379.45 |
| | H A STEWART TRUCKING | | | |
| 12/05 | PAYCHEX-HRS        401(K) | 605.72- | | 13,773.73 |
| | 0000046496222 | | | |
| | H A STEWART TRUCKING | | | |
| 12/05 | PAYCHEX TPS        TAXES | 711.37- | | 13,062.36 |
| | 09840100003932X | | | |
| | H A STEWART TRUCKING | | | |
| 12/06 | DBT CRD 0440 12/06/24 3538 | 224.87- | | 12,837.49 |
| | VZWRLSS*APOCC VISB | | | |
| | 899 HEATHROW PARK LN | | | |
| | 800-922-0204FL  C# 4232 | | | |
| 12/06 | PAYCHEX EIB       INVOICE | 193.53- | | 12,643.96 |
| | X09842500016480 | | | |
| | H A STEWART TRUCKING | | | |
| 12/06 | Wex Inc           EFSLLC | 1,688.18- | | 10,955.78 |
| | 3770002015312 | | | |
| | H.A. STEWART TRUCKING | | | |
| 12/06 | H A Stewart Truc  Employe | 4,707.11- | | 6,248.67 |
| | H A Stewart Truc | | | |
| 12/06 | Account Analysis Fee | 30.00- | | 6,218.67 |





**Page    5**



```
Business Solutions Checking          XXXXXXXXXXXX6794   (Continued)
                                 Activity in Date Order
Date  Description                       Debit         Credit              Balance
12/09 DBT CRD 1530 12/07/24 4303     1,205.44-                           5,013.23
      PENSKE TRK LSG 025410
      209 E VIEW DR
      MOUNT PLEASANPA C# 4232
12/09 DBT CRD 1820 12/06/24 4750     4,808.95-                             204.28
      GEICO  *COMMERCIAL
      One GEICO Plaza
      866-509-9444DC  C# 4232
12/11 DBT CRD 1504 12/10/24 3805     1,205.44-                           1,001.16-
      PENSKE TRK LSG 025410
      209 E VIEW DR
      MOUNT PLEASANPA C# 4232
12/11 Paid Item Fee                     35.00-                           1,036.16-
12/12 GREEN BROKERAGE     ACH                            907.10            129.06-
      H A STEWART TRUCKING
12/12 GREEN BROKERAGE     ACH                          1,958.69          1,829.63
      H A STEWART TRUCKING
12/12 GREEN BROKERAGE     ACH                          3,514.60          5,344.23
      H A STEWART TRUCKING
12/12 PAYCHEX-HRS         401(K)       652.92-                           4,691.31
      0000046559448

      H A STEWART TRUCKING
12/12 PAYCHEX TPS         TAXES        719.41-                           3,971.90
      09928600006637X

      H A STEWART TRUCKING
12/13 PAYCHEX-HRS         HRS PMT      122.52-                           3,849.38
      47275918

      H A STEWART TRUCKING
12/13 PAYCHEX EIB         INVOICE      193.53-                           3,655.85
      X09935200004113

      H A STEWART TRUCKING
```



<mark>



Page    6



Business Solutions Checking              XXXXXXXXXXXX6794    (Continued)

                                    Activity in Date Order
```
Date  Description                            Debit        Credit         Balance
12/13 Wex Inc          EFSLLC            1,170.09-                       2,485.76
      3770002015312

      H.A. STEWART TRUCKING
12/16 DBT CRD 1516 12/14/24 0404         1,205.44-                       1,280.32
      PENSKE TRK LSG 025410
      209 E VIEW DR
      MOUNT PLEASANPA C# 4232
12/18 DBT CRD 1502 12/17/24 7505         1,205.44-                          74.88
      PENSKE TRK LSG 025410
      209 E VIEW DR
      MOUNT PLEASANPA C# 4232
12/19 GREEN BROKERAGE   ACH                           1,240.87            1,315.75
      H A STEWART TRUCKING
12/19 GREEN BROKERAGE   ACH                           5,015.16            6,330.91
      H A STEWART TRUCKING
12/19 GREEN BROKERAGE   ACH                           5,785.76           12,116.67
      H A STEWART TRUCKING
12/19 POS DEB 1426 12/19/24 1404             2.13-                       12,114.54
      GOOGLE *GOOGLE ONE
      MOUNTAIN VIEWCA
      Card# 4232
12/19 PAYCHEX TPS       TAXES              351.44-                       11,763.10
      10022700004770X

      H A STEWART TRUCKING
12/19 PAYCHEX-HRS       401(K)             560.12-                       11,202.98
      0000046627962

      H A STEWART TRUCKING
12/19 H A Stewart Truc  Employe          2,976.43-                        8,226.55
      H A Stewart Truc
12/19 H A Stewart Truc  Employe          4,461.29-                        3,765.26
      H A Stewart Truc
12/20 GREEN BROKERAGE   ACH                           2,500.00            6,265.26
```





**Page 7**

```
Business Solutions Checking         XXXXXXXXXXXX6794   (Continued)
                                  Activity in Date Order
 Date   Description                    Debit         Credit          Balance
        H A STEWART TRUCKING
12/20  PAYCHEX EIB         INVOICE     193.53-                        6,071.73
       X10026500036784

        H A STEWART TRUCKING
12/20  Wex Inc             EFSLLC    2,038.71-                        4,033.02
       3770002015312

        H.A. STEWART TRUCKING
12/23  POS DEB 2244 12/21/24 7600      74.00-                         3,959.02
       SHEETZ 2826
       650 PIKE STREET
       MEADOWLANDSPA    C# 4232
12/23  DBT CRD 1519 12/21/24 8404   1,205.44-                         2,753.58
       PENSKE TRK LSG 025410
       209 E VIEW DR
       MOUNT PLEASANPA C# 4232
12/26  GREEN BROKERAGE     ACH                       2,131.59         4,885.17
        H A STEWART TRUCKING
12/26  GREEN BROKERAGE     ACH                       3,349.65         8,234.82
        H A STEWART TRUCKING
12/26  DBT CRD 1501 12/24/24 0904   1,205.44-                         7,029.38
       PENSKE TRK LSG 025410
       209 E VIEW DR
       MOUNT PLEASANPA C# 4232
12/26  PAYCHEX EIB         INVOICE     193.53-                        6,835.85
       X10100100038546

        H A STEWART TRUCKING
12/26  PAYCHEX-HRS         401(K)      654.84-                        6,181.01
       0000046688876

        H A STEWART TRUCKING
12/26  PAYCHEX TPS         TAXES       873.67-                        5,307.34
       10101400001777X
```





Page    8



```
Business Solutions Checking        XXXXXXXXXXXX6794    (Continued)
                                Activity in Date Order
Date   Description                       Debit        Credit         Balance
            H A STEWART TRUCKING
12/26  H A Stewart Truc    Employe      2,878.68-                    2,428.66
            H A Stewart Truc
12/27  DBT CRD 0516 12/27/24 5970         283.67-                    2,144.99
            COMCAST THREERIVERS, PA
            15 SUMMIT PARK DR
            800-COMCASTPA     C# 4232
12/27  Wex Inc            EFSLLC        1,028.63-                    1,116.36
            3770002015312

            H.A. STEWART TRUCKING
12/30  CREDIT 1510 12/28/24 8904180                    921.36        2,037.72
            PENSKE TRK LSG 025410
            209 E VIEW DR
            MOUNT PLEASANPA C# 4232
12/30  DBT CRD 1504 12/27/24 7283         104.94-                    1,932.78
            INTUIT *QBooks Online
            2535 Garcia Ave
            CL.INTUIT.COMCA C# 4232
12/30  DBT CRD 1509 12/28/24 8904        1,205.44-                     727.34
            PENSKE TRK LSG 025410
            209 E VIEW DR
            MOUNT PLEASANPA C# 4232
12/31  Service Charge                      25.00-     SC               702.34
```

## Important Information

Vacation and Holiday Club Accounts: First Commonwealth Bank has eliminated the penalty for withdrawing funds prior to disbursement date on Vacation Club and Holiday Club accounts. Club Account holders can now access funds at any time during their term in person or over the phone without incurring a penalty. The updated Vacation Club and Holiday Club Truth-in-Savings disclosures are available by calling our Engagement Center at 800.711.BANK (2265) or emailing us at engage@fcbanking.com.

Excessive Transaction Fee Assessment: The number of free withdrawals or transfers from a savings or money market account to another account of yours at FCB or to a third party by means of preauthorized or automatic transfer by telephone, personal computer, check, draft, debit card or similar transactions is limited to six (6) per statement cycle. Withdrawals and transfers made in person at any of our community offices, ATM locations or by mail are not included in this total.

Effective January 27, 2025, the $6 fee will be charged as the excess transactions occur instead of as one lump sum on the statement date. Additionally, the Excessive Transaction notice will be updated and sent after the 5th debit transaction as a reminder of the limit and the $6 fee for each item paid in excess of six during the statement cycle.

## Building Your Financial Confidence




### Credit Score Manager

You can access your credit score and report within your First Commonwealth Bank online and mobile banking account. With Credit Score Manager you can stay on top of your credit with alerts if your score changes, see how your credit score might change when you take certain actions like getting a loan or opening a new credit card and more. **Log in to online banking or your mobile app today to get started.**

The credit score on this screen is an illustration only.

# H.A. Stewart Trucking LLC.
# Balance Sheet
### As of December 31, 2024

|  | Total |
|---|---:|
| **ASSETS** | |
|  **Current Assets** | |
|   **Bank Accounts** | |
|    Checking - 1st Commonwealth 6794 | 702.34 |
|    Citizens Bank (Business Checking) | 0.00 |
|    insurance escrow | 0.00 |
|    Loan to Shareholder | 0.00 |
|    United Community | 0.00 |
|   **Total Bank Accounts** | **$ 702.34** |
|   **Other Current Assets** | |
|    Deposit on Purchase of Trailer | 0.00 |
|    Deposit on Purchase of Vehicle | 5,450.43 |
|    Payroll Advances to Employees | 0.00 |
|    Uncategorized Asset | 0.00 |
|   **Total Other Current Assets** | **$ 5,450.43** |
|  **Total Current Assets** | **$ 6,152.77** |
|  **Fixed Assets** | |
|   Accumulated Depreciation | -284,008.33 |
|   Vehicles | 459,998.70 |
|   Vehicles - approved by Court | 270,249.43 |
|  **Total Fixed Assets** | **$ 446,239.80** |
| **TOTAL ASSETS** | **$ 452,392.57** |
| **LIABILITIES AND EQUITY** | |
|  **Liabilities** | |
|   **Current Liabilities** | |
|    **Credit Cards** | |
|     Capital One Credit Card | 0.00 |
|     Citizens Business Credit Card | 0.00 |
|     Citizens Credit Card 6898 - 3 | 8,593.77 |
|     Citizens Credit Card ending 9662 | 10,494.63 |
|     XXXX6049 - 2 | 5,162.25 |
|    **Total Credit Cards** | **$ 24,250.65** |
|   **Total Current Liabilities** | **$ 24,250.65** |
|   **Long-Term Liabilities** | |
|    1st Commonwealth Bank  Loan   Monthly  Pmt  $353.56 | 15,956.92 |
|    Channel Loan - Citizens Bank 2022 | 0.00 |
|    Channel Partners Citizens Bank Loan 2023 | 86,626.46 |
|    Highway Commercial   Loan   Monthly  Pmt  $615.50 | 60,000.00 |
|    Loan From Shareholder | 63,986.98 |
|    Mazo Capital Solutions | 52,088.11 |
|    Navitas Loan  Monthly  Pmt $1,436.16 | 137,138.74 |

| | | |
|---|---:|---:|
| **Navitas Loan Monthly Pmt $512.91** | | 48,978.13 |
| **Navitas Loan # 2** | | 44,603.76 |
| **Notes Payable - Alphonso Stewart** | | 0.00 |
| **Notes Payable 1st Commonwealth** | | 25,936.43 |
| **Notes Payable Navitas** | | 0.00 |
| **Notes Payable North MIlls** | | 117,315.63 |
| **Notes Payable SBA** | | 141,959.00 |
| **Quality Equipment Finance** | | 108,408.24 |
| **Quickbooks Intuit Loan** | | 42,502.04 |
| **Vehicle Loan** | | 0.00 |
| **Vehicle Loan MHC** | | 0.00 |
| **Total Long-Term Liabilities** | $ | **945,500.44** |
| **Total Liabilities** | $ | **969,751.09** |
| **Equity** | | |
| **Opening Balance Equity** | | -69.41 |
| **Owner's Pay & Personal Expenses** | | 21,900.00 |
| **Retained Earnings** | | -466,861.30 |
| **Net Income** | | -72,327.81 |
| **Total Equity** | -$ | **517,358.52** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **452,392.57** |

Tuesday, Jan 07, 2025 11:04:21 AM GMT-8 - Cash Basis

## H.A. Stewart Trucking LLC.
## Profit and Loss by Month
### January - December 2024

| | Jan 2024 | Feb 2024 | Mar 2024 | Apr 2024 | May 2024 | Jun 2024 | Jul 2024 | Aug 2024 | Sep 2024 | Oct 2024 | Nov 2024 | Dec 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Sales | 60,062.07 | 80,931.39 | 61,923.12 | 45,335.44 | 36,324.11 | 31,916.62 | 40,035.36 | 68,407.99 | 45,390.75 | 65,759.44 | 40,835.52 | 39,959.43 | 616,881.24 |
| **Total Income** | $ 60,062.07 | $ 80,931.39 | $ 61,923.12 | $ 45,335.44 | $ 36,324.11 | $ 31,916.62 | $ 40,035.36 | $ 68,407.99 | $ 45,390.75 | $ 65,759.44 | $ 40,835.52 | $ 39,959.43 | $ 616,881.24 |
| **Gross Profit** | $ 60,062.07 | $ 80,931.39 | $ 61,923.12 | $ 45,335.44 | $ 36,324.11 | $ 31,916.62 | $ 40,035.36 | $ 68,407.99 | $ 45,390.75 | $ 65,759.44 | $ 40,835.52 | $ 39,959.43 | $ 616,881.24 |
| **Expenses** | | | | | | | | | | | | | |
| Accounting | 470.40 | 1,095.40 | 895.40 | 95.40 | 195.40 | 95.40 | 95.40 | 404.94 | | 209.88 | 104.94 | 104.94 | 3,767.50 |
| Bank Charges & Fees | 90.00 | 58.00 | 58.00 | 122.00 | 87.00 | 55.00 | 157.00 | 55.00 | 125.00 | 90.00 | 55.00 | 90.00 | 1,042.00 |
| Commissions and Fees | 2,139.43 | 2,427.94 | 1,857.71 | 1,360.08 | 1,089.72 | 957.50 | 1,201.05 | 2,052.25 | 1,361.74 | 1,972.80 | 1,225.05 | 1,198.77 | 18,844.04 |
| Company Car Payment | | 1,500.00 | 2,500.00 | 2,000.00 | 1,000.00 | | | | | | | | 7,000.00 |
| Dues & subscriptions | 161.88 | 159.75 | 164.01 | 161.88 | 1,322.68 | 2.13 | 2.13 | 493.88 | 2.13 | 2.13 | 2.13 | 2.13 | 2,476.86 |
| Escrow account | | | | 0.00 | | | | | | | | | 0.00 |
| Fuel | 14,605.81 | 15,285.97 | 20,430.44 | 9,926.81 | 6,394.11 | 6,268.07 | 7,216.30 | 10,258.16 | 7,591.42 | 7,615.92 | 6,633.42 | 7,770.73 | 119,997.16 |
| IFTA Taxes | 65.45 | | | 92.12 | | | 111.41 | | | | 18.45 | | 287.43 |
| Insurance | 13,682.56 | 4,308.14 | 6,947.53 | 5,273.18 | 11,211.04 | -6,631.00 | | 5,501.00 | 5,584.83 | 5,100.69 | | 4,808.95 | 55,786.92 |
| Insurance Escrow Greenleaf | 250.00 | | | | | | | | | | | -2,500.00 | -2,250.00 |
| Interest Paid | 59.59 | 58.77 | 721.48 | 711.49 | 55.78 | 700.45 | | | | | | | 2,307.56 |
| Job Supplies | 427.34 | 148.18 | | | | | | | | | 44.01 | | 619.53 |
| Lawyer Steidl and Steinberg | 1,000.00 | 2,000.00 | | | | | | | | | | | 3,000.00 |
| Medical Exam | | | 148.50 | | 100.00 | | | | | 100.00 | | | 348.50 |
| Office Supplies & Software | | | 105.99 | | 37.09 | | | | | | 29.22 | | 172.30 |
| Other Business Expenses | | | | | | | | | | 235.04 | | | 235.04 |
| Payroll Expenses | 11,165.97 | 17,101.52 | 23,729.92 | 14,721.31 | 13,885.25 | 14,689.77 | 17,468.21 | 22,724.80 | 13,542.52 | 16,784.03 | 18,430.72 | 15,023.51 | 199,267.53 |
| Payroll Expenses EIB | 772.86 | 429.30 | 439.68 | 456.22 | 556.01 | 469.96 | 617.45 | 481.03 | 481.03 | 771.28 | 770.02 | 906.72 | 7,151.56 |
| Payroll Expenses HRS + 401 K Ded | 3,255.01 | 2,436.40 | 2,436.40 | 2,710.91 | 2,383.72 | 1,803.81 | 2,568.91 | 2,552.78 | 2,453.16 | 2,404.80 | 2,515.30 | 3,213.36 | 30,734.56 |
| Payroll Taxes | 3,439.74 | 2,719.65 | 4,052.25 | 4,013.52 | 1,955.48 | 1,407.83 | 2,693.75 | 3,216.39 | 2,522.88 | 3,270.52 | 1,805.22 | 3,251.75 | 34,348.98 |
| Repairs & Maintenance | 1,800.00 | 3,268.13 | 2,743.22 | 1,837.34 | -3,899.84 | 2,154.00 | | | | | | | 7,902.85 |
| Subcontractors | 5,430.95 | 6,892.84 | 1,443.30 | | 517.08 | | | | 1,531.91 | | | | 15,816.08 |
| Tags | 44.29 | | | | | | | | | | | | 44.29 |
| Taxes & Licenses | | | | | | | | | | | 142.10 | | 142.10 |
| Tolls and Parking | | | 1,096.45 | | | | | | | | | | 1,096.45 |
| tow | | | 2,004.00 | 950.00 | | | | | | | | | 2,954.00 |
| Trailer Rental | 2,980.00 | 4,600.00 | 3,240.00 | 2,020.00 | 2,000.00 | 1,720.00 | 2,180.00 | 3,780.00 | 2,420.00 | 3,700.00 | 2,340.00 | 2,200.00 | 33,180.00 |
| Training | 210.00 | 595.00 | | | | | | | | | | | 805.00 |
| Truck Parts | | 12.18 | | | | | | | | | | | 12.18 |
| Truck Wash | | | | | 83.53 | | | | | | | | 83.53 |
| Utilities | 413.90 | 133.69 | 133.69 | 1,076.43 | 463.33 | 463.33 | 465.73 | 474.96 | 191.29 | 773.89 | 508.54 | 508.54 | 5,607.32 |
| Vehicle Leases | | | | | 1,331.58 | 2,766.22 | 9,130.21 | 11,920.60 | 10,391.01 | 13,445.24 | 9,063.82 | 11,352.10 | 69,400.78 |
| **Total Expenses** | $ 62,465.18 | $ 68,331.31 | $ 72,997.52 | $ 46,578.69 | $ 40,768.96 | $ 26,922.47 | $ 43,907.55 | $ 65,447.70 | $ 46,667.01 | $ 56,476.22 | $ 43,687.94 | $ 47,931.50 | $ 622,182.05 |
| **Net Operating Income** | -$ 2,403.11 | $ 12,600.08 | -$ 11,074.40 | -$ 1,243.25 | -$ 4,444.85 | $ 4,994.15 | -$ 3,872.19 | $ 2,960.29 | -$ 1,276.26 | $ 9,283.22 | -$ 2,852.42 | -$ 7,972.07 | -$ 5,300.81 |
| **Other Expenses** | | | | | | | | | | | | | |
| Depreciation | | | | | | | | | | | | 67,027.00 | 67,027.00 |
| **Total Other Expenses** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 67,027.00 | $ 67,027.00 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Other Income** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | -$ 67,027.00 | -$ 67,027.00 |
| **Net Income** | -$ 2,403.11 | $ 12,600.08 | -$ 11,074.40 | -$ 1,243.25 | -$ 4,444.85 | $ 4,994.15 | -$ 3,872.19 | $ 2,960.29 | -$ 1,276.26 | $ 9,283.22 | -$ 2,852.42 | -$ 74,999.07 | -$ 72,327.81 |

Tuesday, Jan 07, 2025 11:07:31 AM GMT-8 - Cash Basis