**Fill in this information to identify the case:**

Debtor Name: H. A. Stewart Trucking LLC

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: 23-22125 JAD

☐ Check if this is an amended filing

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: January 2025

Date report filed: _____ MM / DD / YYYY

Line of business: Trucking

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Hussien Ali Stewart, Member

Original signature of responsible party: *[signed]*

Printed name of responsible party: Hussien Ali Stewart

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☒ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☒ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C        Monthly Operating Report for Small Business Under Chapter 11        page 1

Debtor Name  H. A. Stewart Trucking LLC                                       Case number  23-22125 JAD

17. Have you paid any bills you owed before you filed bankruptcy?   ☑ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**   $ 702.34

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 56,833.98

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.   – $ 56,025.18

    Report the total from *Exhibit D* here.

22. **Net cash flow**   + $ 808.80

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ 1,511.14

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00

    (Exhibit E)

Debtor Name  H. A. Stewart Trucking LLC                              Case number  23-22125 JAD

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables  $ _____ 0.00

   (Exhibit F)

### 5. Employees

26. What was the number of employees when the case was filed?  _____ 2
27. What is the number of employees as of the date of this monthly report?  _____ 4

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00
30. How much have you paid this month in other professional fees?  $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?  $ _____ 0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ _____ | − | $ _____ | = | $ _____ |
| 33. Cash disbursements | $ _____ | − | $ _____ | = | $ _____ |
| 34. Net cash flow | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:  $ _____
36. Total projected cash disbursements for the next month:  − $ _____
37. Total projected net cash flow for the next month:  = $ _____

---

Official Form 425C     Monthly Operating Report for Small Business Under Chapter 11     page 3



Debtor Name  H. A. Stewart Trucking LLC                    Case number   23-22125 JAD

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.



# H.A. Stewart Trucking LLC.
## Balance Sheet
### As of January 31, 2025

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
|   **Bank Accounts** | |
|     Checking - 1st Commonwealth 6794 | 1,511.14 |
|     Citizens Bank (Business Checking) | 0.00 |
|     insurance escrow | 0.00 |
|     Loan to Shareholder | 0.00 |
|     United Community | 0.00 |
|   **Total Bank Accounts** | **$ 1,511.14** |
|   **Other Current Assets** | |
|     Deposit on Purchase of Trailer | 0.00 |
|     Deposit on Purchase of Vehicle | 5,450.43 |
|     Payroll Advances to Employees | 0.00 |
|     Uncategorized Asset | 0.00 |
|   **Total Other Current Assets** | **$ 5,450.43** |
| **Total Current Assets** | **$ 6,961.57** |
| **Fixed Assets** | |
|   Accumulated Depreciation | -284,008.33 |
|   Vehicles | 459,998.70 |
|   Vehicles - approved by Court | 270,249.43 |
| **Total Fixed Assets** | **$ 446,239.80** |
| **TOTAL ASSETS** | **$ 453,201.37** |
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Credit Cards** | |
|         Capital One Credit Card | 0.00 |
|         Citizens Business Credit Card | 0.00 |
|         Citizens Credit Card 6898 - 3 | 8,593.77 |
|         Citizens Credit Card ending 9662 | 10,494.63 |
|         XXXX6049 - 2 | 5,162.25 |
|       **Total Credit Cards** | **$ 24,250.65** |
|     **Total Current Liabilities** | **$ 24,250.65** |
|     **Long-Term Liabilities** | |
|       1st Commonwealth Bank  Loan   Monthly  Pmt  $353.56 | 15,956.92 |
|       Channel Loan - Citizens Bank 2022 | 0.00 |
|       Channel Partners Citizens Bank Loan 2023 | 86,626.46 |
|       Highway Commercial   Loan   Monthly  Pmt  $615.50 | 60,000.00 |
|       Loan From Shareholder | 63,986.98 |
|       Mazo Capital Solutions | 52,088.11 |
|       Navitas Loan  Monthly  Pmt  $1,436.16 | 137,138.74 |

| | | |
|---|---:|---:|
| **Navitas Loan  Monthly  Pmt  $512.91** | | 48,978.13 |
| **Navitas Loan # 2** | | 44,603.76 |
| **Notes Payable - Alphonso Stewart** | | 0.00 |
| **Notes Payable 1st Commonwealth** | | 25,936.43 |
| **Notes Payable Navitas** | | 0.00 |
| **Notes Payable North MIlls** | | 117,315.63 |
| **Notes Payable SBA** | | 141,959.00 |
| **Quality Equipment Finance** | | 108,408.24 |
| **Quickbooks Intuit Loan** | | 42,502.04 |
| **Vehicle Loan** | | 0.00 |
| **Vehicle Loan MHC** | | 0.00 |
| **Total Long-Term Liabilities** | $ | **945,500.44** |
| **Total Liabilities** | $ | **969,751.09** |
| **Equity** | | |
| **Opening Balance Equity** | | -69.41 |
| **Owner's Pay & Personal Expenses** | | 21,900.00 |
| **Retained Earnings** | | -539,189.11 |
| **Net Income** | | 808.80 |
| **Total Equity** | -$ | **516,549.72** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **453,201.37** |

Sunday, Feb 02, 2025 09:52:13 AM GMT-8 - Cash Basis

# H.A. Stewart Trucking LLC.
# Profit and Loss by Month
### January 2025

|  | Jan 2025 | Total |
|---|---:|---:|
| **Income** | | |
|   Sales | 61,516.80 | 61,516.80 |
| **Total Income** | **$ 61,516.80** | **$ 61,516.80** |
| **Gross Profit** | **$ 61,516.80** | **$ 61,516.80** |
| **Expenses** | | |
|   Accounting | 504.94 | 504.94 |
|   Bank Charges & Fees | 90.00 | 90.00 |
|   Commissions and Fees | 1,845.49 | 1,845.49 |
|   Dues & subscriptions | 2.13 | 2.13 |
|   Fuel | 12,268.67 | 12,268.67 |
|   IFTA Taxes | 55.61 | 55.61 |
|   Insurance | 2,318.10 | 2,318.10 |
|   Job Supplies | 94.92 | 94.92 |
|   Office Supplies & Software | 228.40 | 228.40 |
|   Payroll Expenses | 21,595.15 | 21,595.15 |
|   Payroll Expenses EIB | 924.83 | 924.83 |
|   Payroll Expenses HRS + 401 K Ded | 3,270.07 | 3,270.07 |
|   Payroll Taxes | 3,570.54 | 3,570.54 |
|   Reimbursable Expenses | 100.00 | 100.00 |
|   Trailer Rental | 2,880.00 | 2,880.00 |
|   Truck Parts | 445.18 | 445.18 |
|   Utilities | 517.63 | 517.63 |
|   Vehicle Leases | 9,996.34 | 9,996.34 |
| **Total Expenses** | **$ 60,708.00** | **$ 60,708.00** |
| **Net Operating Income** | **$ 808.80** | **$ 808.80** |
| **Net Income** | **$ 808.80** | **$ 808.80** |

Sunday, Feb 02, 2025 09:53:32 AM GMT-8 - Cash Basis



**First Commonwealth Bank**
PO Box 400
Indiana, PA 15701-0400
**Address Service Requested**

Page    1
**Statement Date:**
01/31/2025
234    Y    XXXXXXXXXXXX6794
HAK5349

#BWNMCMC
00000395 MFCBI153860201250656 01 000000000
H A Stewart Trucking LLC
Debtor in Possession #23-22125
235 West Chestnut St APT811
Washington PA 15301

**Customer Service Information**

**Personal Service:** 1-800-711-BANK (2265)
Monday - Friday 7:00 a.m. - 7:00 p.m.
Saturday - Sunday 8:00 a.m. - 2:00 p.m.
**Automated Service:** 24 hours, 7 days
**Main Office:**
First Commonwealth, PO Box 400,
Indiana, PA 15701-0400

**Download our app or visit us at www.fcbanking.com for Online Banking and Bill Payment.**

**Visit Us On Facebook:** First Commonwealth Bank

Enrolling in eStatements is easy. Just click the eNotices tab within your Online Banking to start receiving email notifications when your statements are ready to be viewed.

_____

Summary of Bank Accounts
| Account # | Account Type | Ending Balance |
|---|---|---|
| XXXXXXXXXXXX6794 | Business Solutions Checking | 1,511.14 |

CHECKING ACCOUNTS

Account Holder: H A Stewart Trucking LLC
Debtor in Possession #23-22125

Business Solutions Checking
| Account Number | XXXXXXXXXXXX6794 | Statement Dates | 1/01/25 thru 2/02/25 |
|---|---|---|---|
| Beginning Balance | 702.34 | Days in the statement period | 33 |
| 16 Deposits/Credits | 56,833.98 | Average Daily Balance | 3,569.35 |
| 57 Checks/Debits | 56,000.18 | Average Collected | 3,569.35 |
| Total Service Charges | 25.00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 1,511.14 | | |

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |
| Total Returned Item Fees | $.00 | $.00 |



**FIRST Commonwealth Bank**

First Commonwealth Bank
PO Box 400
Indiana, PA 15701-0400
Address Service Requested

## RECONCILEMENT WORKSHEET

Before you begin to balance your account with this statement, **make sure all items shown on the statement have been entered in your records, including any interest earned or service fees assessed.** Then follow the instructions below to reconcile your account.



| | | | | |
|---|---|---|---|---|
| **Ending** balance from statement: | $ | | **1. Balance** shown in your checkbook: | $ |
| **List** deposits/credits not shown on statement: | $ | | **List** deposits/credits not entered in your checkbook: | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| **2. SUBTOTAL** deposits not on statement: | $ | | | $ |
| **List** outstanding checks/debits not shown on statement: | $ | | | $ |
| Check number/Debit: | $ | | Account interest | $ |
| Check number/Debit: | $ | | **2. SUBTOTAL** deposits not on statement: | $ |
| Check number/Debit: | $ | | **List** service charges and other account charges not in checkbook: | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| **3. SUBTOTAL** debits not on statement: | $ | | **3. SUBTOTAL** debits not on statement: | $ |
| **4. TOTAL** outstanding transactions 2 - 3: | $ | | **4. TOTAL** outstanding transactions 2 - 3: | $ |
| **5. UPDATED BALANCE** 1+4: | $ | = | **5. UPDATED BALANCE** 1+4: | $ |

### ELECTRONIC FUNDS TRANSFER

In case of errors or questions about your electronic transfers, call us at 800.711.2265, or write us as soon as you can at EFT Processing, P.O. Box 400, Indiana, Pa., 15701-0400. If you think your statement or receipt is incorrect or you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Provide us with your name and account number (if any.)
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Provide us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will adjust your account for the amount you think is in error, so that you will have use of the money during the time it takes for us to complete our investigation.



Member FDIC



Page   3



Business Solutions Checking          XXXXXXXXXXXX6794   (Continued)

### Service Charge Detail

| Date | Description | Amount |
|---|---|---|
| 1/31 | Service Charge | 25.00 |

### Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 1/02 | DBT CRD 1508 12/31/24 0005<br>PENSKE TRK LSG 025410<br>209 E VIEW DR<br>MOUNT PLEASANPA  C# 4232 | 1,124.00- |  | 421.66- |
| 1/02 | Paid Item Fee | 35.00- |  | 456.66- |
| 1/03 | GREEN BROKERAGE    ACH<br>H A STEWART TRUCKING |  | 1,878.58 | 1,421.92 |
| 1/03 | GREEN BROKERAGE    ACH<br>H A STEWART TRUCKING |  | 3,561.54 | 4,983.46 |
| 1/03 | GREEN BROKERAGE    ACH<br>H A STEWART TRUCKING |  | 3,964.58 | 8,948.04 |
| 1/03 | PAYCHEX TPS        TAXES<br>10183500003886X<br>H A STEWART TRUCKING | 337.44- |  | 8,610.60 |
| 1/03 | PAYCHEX EIB        INVOICE<br>X10182600003809<br>H A STEWART TRUCKING | 394.43- |  | 8,216.17 |
| 1/03 | PAYCHEX-HRS        401(K)<br>0000046765530<br>H A STEWART TRUCKING | 594.68- |  | 7,621.49 |
| 1/03 | Wex Inc           EFSLLC<br>3770002015312<br>H.A. STEWART TRUCKING | 1,966.16- |  | 5,655.33 |
| 1/03 | H A Stewart Truc   Employe<br>H A Stewart Truc | 3,879.14- |  | 1,776.19 |






```
Business Solutions Checking         XXXXXXXXXXXX6794   (Continued)
                                 Activity in Date Order
Date  Description                     Debit          Credit           Balance
1/06  DBT CRD 1516 01/04/25 5903      468.40-                         1,307.79
      PENSKE TRK LSG 025410
      209 E VIEW DR
      MOUNT PLEASANPA  C# 4232
1/06  DBT CRD 1507 01/04/25 5903      560.48-                           747.31
      PENSKE TRK LSG 025410
      209 E VIEW DR
      MOUNT PLEASANPA  C# 4232
1/07  DBT CRD 1457 01/06/25 5399      224.87-                           522.44
      VZWRLSS*APOCC VISB
      899 HEATHROW PARK LN
      800-922-0204FL  C# 4232
1/08  Account Analysis Fee             30.00-                           492.44
1/09  GREEN BROKERAGE     ACH                         4,360.04         4,852.48
      H A STEWART TRUCKING
1/09  GREEN BROKERAGE     ACH                         4,682.96         9,535.44
      H A STEWART TRUCKING
1/09  GREEN BROKERAGE     ACH                        10,770.69        20,306.13
      H A STEWART TRUCKING
1/09  DBT CRD 1454 01/08/25 3502    1,124.00-                         19,182.13
      PENSKE TRK LSG 025410
      209 E VIEW DR
      MOUNT PLEASANPA  C# 4232
1/09  DBT CRD 1448 01/08/25 4246    1,294.51-                         17,887.62
      GEICO  *COMMERCIAL
      One GEICO Plaza
      866-509-9444DC  C# 4232
1/09  PAYCHEX TPS         TAXES       476.88-                         17,410.74
      10268800004050X

      H A STEWART TRUCKING
1/09  PAYCHEX-HRS         401(K)      611.24-                         16,799.50
      0000046823054

      H A STEWART TRUCKING
1/09  H A Stewart Truc   Employe    6,278.49-                         10,521.01
```





**Page 5**



Business Solutions Checking           XXXXXXXXXXXX6794    (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 1/10 | H A Stewart Truc<br>PAYCHEX EIB         INVOICE<br>X10272800042224 | 132.60- | | 10,388.41 |
| 1/10 | H A STEWART TRUCKING<br>Wex Inc            EFSLLC<br>3770002015312 | 3,335.91- | | 7,052.50 |
| 1/13 | H.A. STEWART TRUCKING<br>DBT CRD 1506 01/11/25 8903<br>PENSKE TRK LSG 025410<br>209 E VIEW DR<br>MOUNT PLEASANPA C# 4232 | 1,074.12- | | 5,978.38 |
| 1/14 | DBT CRD 0416 01/14/25 4843<br>MCAFEE*AUTORENEWAL<br>17 Cowboys Way suite 60<br>866-622-3911TX  C# 4232 | 105.99- | | 5,872.39 |
| 1/14 | DBT CRD 0415 01/14/25 0417<br>BIBERK INSURANCE<br>39 PUBLIC SQUARE<br>WILKES BARREPA  C# 4232 | 1,023.59- | | 4,848.80 |
| 1/15 | DBT CRD 1441 01/14/25 3303<br>PENSKE TRK LSG 025410<br>209 E VIEW DR<br>MOUNT PLEASANPA C# 4232 | 968.96- | | 3,879.84 |
| 1/15 | COMMWLTHOFPAPATH    PAIFTAM<br>PATH12830436 | 36.00- | | 3,843.84 |
| 1/16 | H.A STEWART TRUCKING L<br>GREEN BROKERAGE    ACH | | 2,509.34 | 6,353.18 |
| 1/16 | H A STEWART TRUCKING<br>GREEN BROKERAGE    ACH | | 3,254.13 | 9,607.31 |
| 1/16 | H A STEWART TRUCKING<br>GREEN BROKERAGE    ACH<br>H A STEWART TRUCKING | | 3,594.92 | 13,202.23 |





Page    6



Business Solutions Checking          XXXXXXXXXXXX6794   (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 1/16 | POS DEB 0857 01/16/25 0009<br>OFFICE MAX/OFFI<br>343 WASHINGTON R<br>WASHINGTONPA      C# 4232 | 53.52- | | 13,148.71 |
| 1/16 | POS DEB 0931 01/16/25 7757<br>WAL WAL-MART SUPER 000280<br>1739 WAL-SAMS<br>WASHINGTONPA      C# 4232 | 94.92- | | 13,053.79 |
| 1/16 | PAYCHEX-HRS        401(K)<br>0000046893684<br>      H A STEWART TRUCKING | 639.16- | | 12,414.63 |
| 1/16 | PAYCHEX TPS        TAXES<br>10354600004756X<br>      H A STEWART TRUCKING | 1,536.13- | | 10,878.50 |
| 1/16 | H A Stewart Truc   Employe<br>      H A Stewart Truc | 3,976.77- | | 6,901.73 |
| 1/17 | PAYCHEX EIB        INVOICE<br>X10356500038535<br>      H A STEWART TRUCKING | 132.60- | | 6,769.13 |
| 1/17 | PAYCHEX-HRS        HRS PMT<br>47634418<br>      H A STEWART TRUCKING | 250.97- | | 6,518.16 |
| 1/17 | Wex Inc            EFSLLC<br>3770002015312<br>      H.A. STEWART TRUCKING | 1,764.35- | | 4,753.81 |
| 1/21 | POS DEB 1426 01/19/25 1400<br>GOOGLE *GOOGLE ONE<br>MOUNTAIN VIEWCA<br>Card# 4232 | 2.13- | | 4,751.68 |
| 1/21 | DBT CRD 1452 01/17/25 7728<br>WWW.MCAFEE.COM/CHARGE | 68.89- | | 4,682.79 |





**Page    7**



```
Business Solutions Checking        XXXXXXXXXXXX6794   (Continued)
                              Activity in Date Order
Date  Description                     Debit      Credit         Balance
      17 Cowboys Way suite 60
      800-627-7306TX   C# 4232
1/21  DBT CRD 1523 01/18/25 8003    1,051.64-                  3,631.15
      PENSKE TRK LSG 025410
      209 E VIEW DR
      MOUNT PLEASANPA  C# 4232
1/21  Check               1084        100.00-                  3,531.15
1/22  DBT CRD 1448 01/21/25 4604     426.68-                   3,104.47
      PENSKE TRK LSG 025410
      209 E VIEW DR
      MOUNT PLEASANPA  C# 4232
1/22  POS DEB 1142 01/22/25 9023     445.18-                   2,659.29
      O REILLY 5107
      WASHINGTONPA
      Card# 4232
1/22  DBT CRD 1453 01/21/25 4604     697.32-                   1,961.97
      PENSKE TRK LSG 025410
      209 E VIEW DR
      MOUNT PLEASANPA  C# 4232
1/23  GREEN BROKERAGE     ACH                    1,274.28      3,236.25
      H A STEWART TRUCKING
1/23  GREEN BROKERAGE     ACH                    3,879.31      7,115.56
      H A STEWART TRUCKING
1/23  GREEN BROKERAGE     ACH                    4,848.72     11,964.28
      H A STEWART TRUCKING
1/23  DBT CRD 1725 01/22/25 4805      80.00-                  11,884.28
      SHEETZ 2852    00028522
      5800 Grand Avenue
      PittsburghPA    C# 4232
1/23  DBT CRD 1506 01/22/25 6204     422.37-                  11,461.91
      PENSKE TRK LSG 058910
      5600 GRAND AVE
      PITTSBURGHPA    C# 4232
1/23  PAYCHEX TPS       TAXES        503.20-                  10,958.71
      10427600002564X
```





**Page  8**



```
Business Solutions Checking        XXXXXXXXXXXX6794   (Continued)
                                Activity in Date Order
 Date   Description                      Debit        Credit        Balance
            H A STEWART TRUCKING
 1/23  PAYCHEX-HRS         401(K)        566.32-                  10,392.39
       0000046953558

            H A STEWART TRUCKING
 1/23  H A Stewart Truc    Employe      3,904.50-                  6,487.89
            H A Stewart Truc
 1/24  PAYCHEX EIB         INVOICE        132.60-                  6,355.29
       X10431100044119

            H A STEWART TRUCKING
 1/24  Wex Inc             EFSLLC       2,592.33-                  3,762.96
       3770002015312

            H.A. STEWART TRUCKING
 1/27  DBT CRD 0110 01/27/25 9410         292.76-                  3,470.20
            COMCAST THREERIVERS,PA
            15 SUMMIT PARK DR
            800-COMCASTPA     C# 4232
 1/27  DBT CRD 1510 01/25/25 7303         997.04-                  2,473.16
            PENSKE TRK LSG 025410
            209 E VIEW DR
            MOUNT PLEASANPA C# 4232
 1/28  DBT CRD 1502 01/27/25 9949         104.94-                  2,368.22
            INTUIT *QBooks Online
            2535 Garcia Ave
            CL.INTUIT.COMCA C# 4232
 1/29  CREDIT 1501 01/28/25 5904456                    42.67       2,410.89
            PENSKE TRK LSG 025410
            209 E VIEW DR
            MOUNT PLEASANPA C# 4232
 1/29  DBT CRD 1450 01/28/25 5904       1,124.00-                  1,286.89
            PENSKE TRK LSG 025410
```





Page    9



Business Solutions Checking          XXXXXXXXXXXX6794    (Continued)

Activity in Date Order

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | 209 E VIEW DR | | | |
| | MOUNT PLEASANPA  C# 4232 | | | |
| 1/29 | COMMWLTHOFPAPATH    PAIFTAM | 19.61- | | 1,267.28 |
| | PATH13016676 | | | |
| | H.A STEWART TRUCKING L | | | |
| 1/30 | GREEN BROKERAGE     ACH | | 1,990.38 | 3,257.66 |
| | H A STEWART TRUCKING | | | |
| 1/30 | GREEN BROKERAGE     ACH | | 2,310.11 | 5,567.77 |
| | H A STEWART TRUCKING | | | |
| 1/30 | GREEN BROKERAGE     ACH | | 3,911.73 | 9,479.50 |
| | H A STEWART TRUCKING | | | |
| 1/30 | PAYCHEX-HRS         401(K) | 607.70- | | 8,871.80 |
| | 0000047020626 | | | |
| | H A STEWART TRUCKING | | | |
| 1/30 | PAYCHEX TPS         TAXES | 716.89- | | 8,154.91 |
| | 10514600008015X | | | |
| | H A STEWART TRUCKING | | | |
| 1/30 | H A Stewart Truc    Employe | 3,556.25- | | 4,598.66 |
| | H A Stewart Truc | | | |
| 1/30 | Check                 1085 | 400.00- | | 4,198.66 |
| 1/31 | POS DEB 2335 01/30/25 9800 | 90.50- | | 4,108.16 |
| | SHEETZ 2852 | | | |
| | 5800 GRAND AVENUE | | | |
| | PITTSBURGHPA   C# 4232 | | | |
| 1/31 | PAYCHEX EIB         INVOICE | 132.60- | | 3,975.56 |
| | X10515800047166 | | | |
| | H A STEWART TRUCKING | | | |
| 1/31 | Wex Inc             EFSLLC | 2,439.42- | | 1,536.14 |
| | 3770002015312 | | | |
| | H.A. STEWART TRUCKING | | | |
| 1/31 | Service Charge | 25.00- | SC | 1,511.14 |





Page 10

Business Solutions Checking          XXXXXXXXXXXX6794    (Continued)
_____

```
                           --- CHECKS PAID SUMMARY ---
Date     Check No               Amount Date    Check No                    Amount
1/21     1084                   100.00  1/30    1085                       400.00
* Denotes check paid out of sequence
```

## Important Information

Effective March 25, 2025, the following enhancements will be rolled out to our Hometown Checking + Interest and Hometown Checking + Interest + Solutions checking accounts. Rest assured that your account number will remain the same and you will continue to access your account using your existing ATM/Debit card and checks (if applicable). You will also continue to receive all of the same great features and services that you enjoy today. Your current account type(s) can be found on page 1 of this statement, under the "Summary of Bank Accounts" section.

### Hometown Checking + Interest changes effective March 25, 2025:
- **Account Name**: The name of this account type is changing to **"Hometown Checking Plus."**
- **ATM Fees**: All of our accounts come with access to 55,000+ fee-free ATMs[1] through Allpoint™ and Freedom Alliance™. The locations of participating network ATMs can be found at www.fcbanking.com/branch-locations, in your Online Banking or by downloading the Allpoint™ app. As an added benefit, we will waive the first five (5) non-network ATM cash withdrawal fees per calendar month, based on the transaction posting date, for Hometown Checking Plus accounts. You will be responsible for any additional fees charged by the owner of a non-network ATM as well as any international transaction or other fees charged by the network.
- **Monthly Service Charge**: We are adding core deposit relationship balance as a way to waive the monthly service charge, which will increase from $5 to $10 per month. The monthly service charge will be waived when there are $1,000 or more in deposits to the account per statement cycle, OR a $5,000 minimum daily balance is maintained in related core deposit balances. A core deposit is defined as another checking, savings, money market account or club account that shares a primary or joint owner with the Hometown Checking Plus account.

### Hometown Checking + Interest + Solutions changes effective March 25, 2025:
- **Account Name**: The name of this account type is changing to **"Hometown Checking Premium."**
- **ATM Fees**: All of our accounts come with access to 55,000+ fee-free ATMs[1] through Allpoint™ and Freedom Alliance™. The locations of participating network ATMs can be found at www.fcbanking.com/branch-locations, in your Online Banking or by downloading the Allpoint™ app. As an added benefit, we will waive all non-network ATM fees, including cash withdrawals, deposits, transfers and inquiries completed at a non-network ATM for Hometown Checking Premium accounts. You will be responsible for any additional fees charged by the owner of a non-network ATM as well as any international transaction or other fees charged by the network.
- **Annual Fee Waiver on Brokerage IRAs**: Hometown Checking Premium account holders can qualify for the annual maintenance fee to be waived on a Brokerage Individual Retirement Account (IRA) with First Commonwealth Advisors. To qualify for the fee waiver, the IRA must have a minimum balance of $10,000 or more AND the account owner must also be the primary or joint owner on a Hometown Checking Premium account on the 10th calendar day of the month in which your annual maintenance fee is assessed. If you do not have a qualifying checking account or there are changes to your checking account (it is closed, changed to a new account type or no longer shares an owner with the Brokerage IRA), the annual maintenance fee may be assessed on the IRA.
- **Monthly Service Charge**: We are adding core deposit relationship balance as a way to waive the monthly service charge, which will increase from $10 to $15 per month. The monthly service charge will be waived when there are $2,000 or more in deposits to the account per statement cycle, OR a $10,000 minimum daily balance is maintained in related core deposit balances. A core deposit is defined as another checking, savings, money market account or club account that shares a primary or joint owner with the Hometown Checking Premium account. We will also begin waiving the monthly service charge on Hometown Checking Premium accounts when the primary or joint owner is active military or a military veteran. You must present a valid Military ID or Veteran ID to qualify for the waiver.

**Also effective March 25, 2025 for all accounts**, the Image Statement Fee name is changing to "Check Image Fee". There is no change to the amount of the fee and is only applicable for accounts currently enrolled to receive check images on their monthly statement.

Updated account disclosures are available by visiting your local community office, calling our Engagement Center at 800.711.BANK (2265) or emailing us at engage@fcbanking.com.

[1] Mastercard Cross Border fees for international transactions may apply.

00000395-0308998-0010-0010-MFCBI153860201250656-28-L



Account: Checking 6794
Date: 2/9/2025







Account: Checking 6794
Date: 2/9/2025



