IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| H.A. Stewart Trucking LLC, | ) | Bankruptcy No. 23-22125 JAD |
| | ) | Chapter 11 |
| Debtor | ) | Related to Doc. No(s). 170 and 171 |
| | ) | |
| H.A. Stewart Trucking LLC, | ) | Hearing Date and Time: |
| | ) | June 3, 2025 at 10:00 am |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO DISMISS CASE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Case filed on May 7, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Dismiss Case appears thereon. Pursuant to the Notice of Hearing, objections for Motion to Dismiss Case were to be filed and served no later than May 26, 2025.

It is hereby respectfully requested that the Order attached to the Motion to Dismiss Case be entered by the Court.

Respectfully submitted,

May 27, 2025         /s/Christopher M. Frye_____
Date:                Christopher M. Frye, Esquire
                     Attorney for the Debtor
                     STEIDL & STEINBERG
                     Koppers Building, Suite 322
                     436 Seventh Avenue
                     Pittsburgh, PA  15219
                     (412) 391-8000
                     PA I. D. No.  208402
                     chris.frye@steidl-steinberg.com